UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 27 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 05-30255 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-04-00003-a-JWS |
| v. | District of Alaska, Anchorage |
| JOSEF FRANZ BOEHM, aka Joe Millionair, | ORDER |
| Defendant - Appellant. | |

RECEIVED

MAR 0 2 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Before: T.G. NELSON, WARDLAW and TALLMAN, Circuit Judges

The motion for reconsideration is denied. *See* 9th Cir. R. 27-10.

No further filings shall be accepted in this closed case.

C:\Documents and Settings\carolinej\Local Settings\Temp\notesE1EF34\05-30255.wpd