UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

**OCT 14 2005**

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 05-30255 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-04-00003-a-JWS |
| v. | District of Alaska, Anchorage |
| JOSEF FRANZ BOEHM, aka Joe Millionair, | ORDER |
| Defendant - Appellant. | |

RECEIVED

MAR 09 2006

CLERK U.S. DISTRICT CO...
ANCHORAGE...

Before: T.G. NELSON, WARDLAW and TALLMAN, Circuit Judges

Appellee's motion to dismiss this appeal in light of the valid appeal waiver is granted. *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir. 2000) (stating that an appeal waiver is valid when it is entered into knowingly and voluntarily).

**DISMISSED.**

S:\MOATT\Panelord\10.17.05\orders\ds3\05-30255.wpd