UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 05-30255 |
| --- | --- |
| Plaintiff - Appellee, | D.C. No. CR-04-00003-a-JWS |
| V. | |
| JOSEF FRANZ BOEHM, aka Joe Millionair, | **JUDGMENT** |
| Defendant - Appellant. | |

Appeal from the United States District Court for the District of Alaska (Anchorage).

On consideration whereof, it is now here ordered and adjudged by this Court, that the appeal in this cause be, and hereby is **DISMISSED for lack of jurisdiction**.

Filed and entered 10/14/05

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

MAR 0 3 2006

by: _____
Deputy Clerk