Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>BAMBI TYREE,<br><br>　　　　　Defendant. | NO.  3:04-cr-0003-04-JWS<br><br>**NOTICE OF TERMINATION OF SERVICE** |

　　　　　Sue Ellen Tatter hereby notifies the Court that she is no longer an active participant in *United States v. Bambi Tyree*, Case No.  3:04-cr-0003-JWS, and hereby authorizes the Clerk's Office to terminate service of all future documents filed in this case.

　　　　　DATED this 11th day of January 2007.

　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　s/Sue Ellen Tatter
　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　601 West Fifth Avenue, Suite 800
　　　　　　　　　　Anchorage, AK 99501
　　　　　　　　　　Phone:　　907-646-3400
　　　　　　　　　　Fax:　　　907-646-3480
　　　　　　　　　　E-Mail:　　sue_ellen_tatter@fd.org

Certification:
I certify that on January 11, 2007, a copy of the **Notice of Termination of Service** was served electronically on:

Frank Russo
Assistant U.S. Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

Rex Lamont Butler
Counsel for Defendant Josef F. Boehm (1)
745 West 4th Avenue, Suite 300
Anchorage, AK 99501
lawoffices@gci.net

Kevin T. Fitzgerald
Counsel for Defendant Josef F. Boehm (1)
813 W 3rd Avenue
Anchorage, AK 99501
kevin@impc-law.com

Phillip Paul Weidner
Counsel for Defendant Josef F. Boehm (1)
330 L. Street, Suite 200
Anchorage, AK 99501
lrosano@weidnerjustice.com

Meredith Appel Ahearn
Counsel for Leslie J. Williams, Jr. (3)
310 K. Street, Suite 400
Anchorage, AK 99501
haw@alaska.net

and on January 12, 2007, mailed a copy to:

Joseph Shemaria
10100 Santa Monica Boulevard
Suite 2080
Los Angeles, CA 90067

s/Sue Ellen Tatter