AO 243 (Rev. 5/85}

## MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT
### SENTENCE BY A PERSON IN FEDERAL CUSTODY

| **United States District Court** | District<br>Alaska | |
|---|---|---|
| Name of Movant<br>Josef Franz Boehm | Prisoner No. | Case No.<br>A04-003-01-CR(JWS) |
| Place of Confinement<br>FCI Victorville | | |

UNITED STATES OF AMERICA          V.     Josef Franz Boehm
(name under which convicted)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack _____

   District Court For the District of Alaska at Anchorage

2. Date of judgment of conviction  May 10, 2005

3 Length of sentence  135 Months

4. Nature of offense involved (all counts)  _____

   Conspiracy to Commit Sex Trafficking in Children 18 U.S.C. Section 371; Conspiracy to Distribute a Controlled

   Substance to Persons Under 21 Years of Age 21 U.S.C. 846, 841(a)(1)(b)(1)(A), and 859(a).

5. What was your plea? (Check one)
   (a) Not guilty          ☐
   (b) Guilty              ☒
   (c) Nolo contendere     ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury               ☐
   (b) Judge only         ☐

7. Did you testify at the trial?
   Yes ☐ No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☒ No ☐

AO 243 (Rev. 5/85)

9. If you did appeal, answer the following:

    (a) Name of court   United States Circuit Court of Appeals 9th Circuit

    (b) Result   Dismissed -- Motion to Reconsider Denied

    (c) Date of result   2-27-06

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
    Yes ☐ No ☒

11. If your answer to 10 was "yes", give the following information:

    (a) (1) Name of court

        (2) Nature of proceeding

        (3) Grounds raised

        (4) Did you receive an evidentiary hearing on your petition, application or motion?
            Yes ☐ No ☐

        (5) Result

        (6) Date of result

    (b) As to any second petition, application or motion give the same information:

        (1) Name of court

        (2) Nature of proceeding

        (3) Grounds raised

AO 243 (Rev. 5/85)

(4) Did you receive an evidentiary hearing on your petition, application or motion?
   Yes ☐ No ☐

(5) Result _____

(6) Date of result _____

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
   (1) First petition, etc.        Yes ☐ No ☐
   (2) Second petition, etc.     Yes ☐ No ☐

(d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

   CAUTION If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

   For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.
   Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

   (a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.
   (b) Conviction obtained by use of coerced confession.

(4)

AO 243 (Rev. 5/85)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: Conviction obtained by plea of guilty which was unlawfully induced or not made *voluntarily* w/ understanding of the nature of the charges or consequences of the plea.

Supporting FACTS (state *briefly* without citing cases or law) _____

At the time of the signing of the plea agreement and the plea, I was suffering from significant mental deficits which impaired my judgment and ability to understand what I was doing and the nature and consequences of what I was doing. The cause of the mental deficits was demonstrable organic brain damage. My lawyers and the court was aware of this, but merely evaluated these defects as "mitigation" of my sentence. The court never determined prior to accepting my plea that I was making a knowing and intelligent waiver of my rights in making the plea. At the time I entered the plea the Court had already ordered neurological testing which would verify my brain damage. Despite not having those results, the Court went forward and took my plea.  SEE ATTACHED FACTUAL BACKGROUND.

B. Ground two: The court based the sentence upon an improper standard of proof on disputed facts.

Supporting FACTS (state *briefly* without citing cases or law):

The court decided the upward adjustment at my sentence for leadership on a preponderance of evidence standard rather then beyond a reasonable doubt.   SEE ATTACHED FACTUAL BACKGROUND.

C. Ground three: The waivers of defendant's right to appeal on collateral grounds were not made knowingly or willfully.

Supporting FACTS (state *briefly* without citing cases or law): _____
SEE ATTACHED FACTUAL BACKGROUND.

(5)

AO 243 (Rev. 5/85)

D. Ground four: _____

Supporting FACTS (state *briefly* without citing cases or law): _____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them: _____

None of the grounds were presented on direct appeal because it was the decision of my lawyers as to what would be

appealed.

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
Yes ☐ No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing    Phillip Paul Weidner, 330 L Street, Suite 200, Anchorage, Alaska 99501;

Kevin T. Fitzgerald, Ingaldson Maassen, P.C., 813 West Third Avenue, Anchorage, Alaska 99501-2001

(b) At arraignment and plea    Phillip Paul Weidner, 330 L Street, Suite 200, Anchorage, Alaska 99501;

Kevin T. Fitzgerald, Ingaldson Maassen, P.C., 813 West Third Avenue, Anchorage, Alaska 99501-2001

(c) At trial    N/A

(d) At sentencing    Same as above and Rex Butler, 745 West 4th Avenue, Suite 300, Anchorage, Alaska 99501

AO 243 (Rev. 5/85)

(e) On appeal    Same as sentencing

(f) In any post-conviction proceeding    David Kenner, 16000 Ventura Blv., Penthouse 1208, Encino, CA 91436

(g) On appeal from any adverse ruling in a post-conviction proceeding    N/A

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☒ No☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐ No ☒

(a) If so, give name and location of court which imposed sentence to be served in the future:

(b) Give date and length of the above sentence:

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐ No ☐

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

5-24-07
(date)

Def. in prison lock down/ unable to sign but agrees to doc.
Signature of Movant