**KENNER LAW FIRM, P.C.**
**David E. Kenner, SBN 41425**
**16000 Ventura Boulevard, PH 1208**
**Encino, CA 91364**
**818 995 1195**
**818 475 5369 – fax**

**Attorney for Josef F. Boehm**

## IN THE UNITED STATES DISTRICT COURT DISTRICT OF ALASKA

| | |
|---|---|
| **Josef Franz Boehm,** ) | **CASE NO.: A05-0085** |
| ) | |
| **Plaintiff,** ) | **CERTIFICATE OF SERVICE** |
| ) | |
| **v.** ) | **DATE:    May 24, 2007** |
| ) | |
| **United States of America** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |
| _____ ) | |
| ) | |

This is to Certify that on or about May 24, 2007 a true and correct copy of the **Motion Under 28 USC Section 2255 to Vacate Sentence By A Person in Federal Custody and The Statement of Facts** were sent electronically to the following parties of record:

Meredith Appel Ahearn haw@alaska.net, beckybeard85@hotmail.com

Rex Lamont Butler lawoffices@gci.net, rexattys@alaska.net; raveninvestigations@gmail.com

Kevin T. Fitzgerald kevin@impc-law.com, jennifer@impc-law.com

Frank V. Russo Frank.Russo@usdoj.gov, danielle.newberry@usdoj.gov; usaak.ecf@usdoj.gov

Phillip Paul Weidner lrosano@weidnerjustice.com, nbackes@weidnerjustice.com

**3:04-cr-3-1 Notice will be delivered by other means to:**

Joseph Shemaria
10100 Santa Monica Boulevard
Suite 2080
Los Angeles, CA 90067

1

2

3

4

5          KENNER LAW FIRM, P.C.

6

           By:_____/s/_____
7          David E. Kenner,
           Attorney for Defendant Josef Boehm
8          KENNER LAW FIRM, P.C.
           David E. Kenner, SBN 41425
9          16000 Ventura Boulevard, PH 1208
           Encino, CA 91364
10         Phone:  818 995 1195
           Fax:  818 475 5369
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28