**KENNER LAW FIRM, P.C.**
**David E. Kenner, SBN 41425**
**Brett A. Greenfield, SBN 217343**
**16000 Ventura Boulevard, PH 1208**
**Encino, CA 91364**
**818 995 1195**
**818 475 5369 – fax**


**Attorney for Plaintiff Josef F. Boehm**

### IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF ALASKA


| | |
|---|---|
| **Josef Franz Boehm,** | ) |
| | ) **Certificate of Service** |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **United States of America** | ) **CASE NO.: A04-003-01-CR(JWS)** |
| | ) |
| **Defendants.** | ) |
| | ) |
| | ) |
| _____ | ) |


     This is to Certify that on or about May 24, 2007 a true and correct copy of the **MEMORANDUM OF POINTS AND AUTHORITIES FOR MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE** was electronically sent to the following parties of record:

Meredith Appel Ahearn haw@alaska.net, beckybeard85@hotmail.com

Rex Lamont Butler lawoffices@gci.net, rexattys@alaska.net; raveninvestigations@gmail.com

Kevin T. Fitzgerald kevin@impc-law.com, jennifer@impc-law.com

David Kenner david@kennerlaw.com, ajoshua@kennerlaw.com

Frank V. Russo Frank.Russo@usdoj.gov, danielle.newberry@usdoj.gov; usaak.ecf@usdoj.gov

1

**Certificate of Service**

1   Phillip Paul Weidner lrosano@weidnerjustice.com, nbackes@weidnerjustice.com

2

3       DATED: 5-25-07
                            KENNER LAW FIRM, P.C.
4

5                           By:_____/s/_____
                            David E. Kenner,
6                           Attorney for Defendant Josef Boehm
                            KENNER LAW FIRM, P.C.
7                           David E. Kenner, SBN 41425
                            16000 Ventura Boulevard, PH 1208
8                           Encino, CA 91364
                            Phone:  818 995 1195
9                           Fax:  818 475 5369

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                        2

**Certificate of Service**