KENNER LAW FIRM, P.C.
David E. Kenner, SBN 41425
Brett A. Greenfield, SBN 217343
16000 Ventura Boulevard, PH 1208
Encino, CA 91364
(818) 995-1195
(818) 475-5369 – Facsimile

Wade, Kelly & Sullivan
Pamela S. Sullivan
745 W. 4th Avenue, Suite 425
Anchorage, Alaska 99501
(907) 561-7743
(907) 562-8977 / Facsimile
Sullivan@ak.net

Attorneys for Defendant Josef F. Boehm

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) Case No. 3::04-003 CR (JWS) | |
| JOSEF FRANZ BOEHM, et al., ) | |
| ) | |
| Defendants. ) ENTRY OF APPEARANCE | |
| ) | |

Pamela S. Sullivan, attorney for the law firm of Wade, Kelly & Sullivan, hereby enters her appearance as local co-counsel on behalf of the defendant Josef F. Boehm and respectfully requests that all pleading and other writings in this matter be sent to her at the following:

Pamela S. Sullivan
Wade, Kelly & Sullivan
745 W. 4th Ave., Suite 425
Anchorage, AK 99501
(907) 561-7743

1

Email: Sullivan@ak.net and krisq@gci.net

DATED this 30th day of May, 2007 at Anchorage, Alaska.

>WADE, KELLY & SULLIVAN
>s/ Pamela S. Sullivan
>745 W. 4th Avenue suite 425
>Anchorage, Alaska 99501
>907-561-7743 Ph.
>907-562-8977 Fx.
>Sullivan@ak.net
>AK Bar No. 9711072

**Certificate of Service**

I certify that this document was
Served electronically on this
30th day of May, 2007 on:

Rex Butler, Kevin Fitzgerald,
Frank Russo, Phillip Weidner,

And by US Mail to Joseph Shemaria at
his address of record.

/s/Pamela S. Sullivan