KENNER LAW FIRM, P.C.
David E. Kenner, SBN 41425
Brett A. Greenfield, SBN 217343
16000 Ventura Boulevard, PH 1208
Encino, CA 91364
(818) 995-1195
(818) 475-5369 – Facsimile

Wade, Kelly & Sullivan
Pamela S. Sullivan
745 W. 4th Avenue, Suite 425
Anchorage, Alaska 99501
(907) 561-7743
(907) 562-8977 / Facsimile
Sullivan@ak.net

Attorneys for Defendant Josef F. Boehm

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) Plaintiff, ) | |
| ) vs. ) | |
| ) | Case No. 3::04-003 CR (JWS) |
| JOSEF FRANZ BOEHM, et al., ) | |
| ) Defendants. ) | **MOTION TO UNSEAL** |

Josef Boehm, through his undersigned counsel, respectfully requests that the court unseal and release to Mr. Boehm's counsel all taped proceedings and written documents and/or pleadings filed with the court relating to Mr. Boehm's competency hearing of November 17, 2004 (see Docket 686).

As grounds for this motion, the defendant states that he is filing an application pursuant to 28 U.S.C. §2255, and the substance of these proceedings and supporting documentation is necessary to support Mr. Boehm's application.

Respectfully submitted this 30th day of May, 2007.

          WADE, KELLY & SULLIVAN
          s/ Pamela S. Sullivan
          AK Bar No. 9711072
          745 West 4th Avenue, Suite 200
          Anchorage, Alaska 99501
          907-561-7743 Ph.
          907-562-8977 Fx.
          Sullivan@ak.net

Certificate of Service

This document was transmitted via
Electronic mail to the following:

Rex Lamont Butler, Esq.
Kevin T. Fitzgerald, Esq.
Phillip P. Weidner, Esq.
Frank Russon, Esq.

and by U.S. mail to J. Shamaria
at his address on record.

/s/ Pamela S. Sullivan