KENNER LAW FIRM, P.C.
David E. Kenner, SBN 41425
Brett A. Greenfield, SBN 217343
16000 Ventura Boulevard, PH 1208
Encino, CA 91364
(818) 995-1195
(818) 475-5369 – Facsimile

Wade, Kelly & Sullivan
Pamela S. Sullivan
745 W. 4th Avenue, Suite 425
Anchorage, Alaska 99501
(907) 561-7743
(907) 562-8977 / Facsimile
Sullivan@ak.net

Attorneys for Defendant Josef F. Boehm

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>) Case No. 3:04-003 CR (JWS)<br>JOSEF FRANZ BOEHM, et al., )<br>)<br>Defendants. )**[Proposed] ORDER TO UNSEAL**<br>)| |

Upon review of the defendant Josef F. Boehm's Motion to Unseal; and all opposition

thereto; and finding good cause appearing;

IT IS HEREBY ORDERED that the motion to unseal those portions of taped proceedings

and written documents and/or pleadings filed with the court relating to the defendant's

competency hearing of November 17, 2004 is hereby GRANTED.

1

DATED this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT COURT JUDGE

**Certificate of Service**

I certify that this document was
Served electronically on this
30th day of May, 2007 on:

Rex Butler, Kevin Fitzgerald,
Frank Russo, Phillip Weidner,

and by US Mail to Joseph Shemaria at
his address of record.

/s/Pamela S. Sullivan