Phillip Paul Weidner
Phillip Paul Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska 99501
(907) 276-1200

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. A04-003 CR (JWS) |
| ) | |
| JOSEF FRANZ BOEHM, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Comes now, Phillip Paul Weidner of Weidner & Associates, A Professional Corporation, hereby moves that Mr. Weidner, his law firm, and any members of his firm that have entered an appearance in this matter be allowed to withdraw as counsel of record for Mr. Boehm.

This Motion is made on the grounds that as reflected by the record in the instant case, certain motions have now been filed on behalf of Mr. Boehm by retained counsel, The Kenner Law Firm, to wit, a Motion to vacate Sentence and Conviction Pursuant to 28 U.S.C. § 2255,[1]

---

[1] Such documents were filed on or about May 24-25, 2007, and included (1) the Motion to Vacate, Set Aside or Correct Sentence with Statement of Facts; and (2) the Memorandum of Points and Authorities in Support of Motion to Vacate, Set Aside or Correct Sentence.

and are based on the asserted grounds that Mr. Boehm received ineffective assistance of trial and appellate counsel, including undersigned counsel.

Additionally, this motion is based on the Entry of Appearance filed on May 30, 2007 by Pamela Sullivan of Wade, Kelly & Sullivan indicating she is acting as "local counsel" for Mr. Bohem in this matter.

RESPECTFULLY SUBMITTED this 4th day of June, 2007.

WEIDNER & ASSOCIATES, INC.
Attorneys for Defendant


s/ Phillip Paul Weidner
WEIDNER & ASSOCIATES, INC.
330 L Street, Suite 200
Anchorage, AK  99501
Phone (907) 276-1200
Fax (907) 278-6571
E-mail: jgreene@weidnerjustice.com
ABA 7305032

CERTIFICATE OF SERVICE
I hereby certify that on June 4, 2007, a copy of the foregoing Motion to Withdraw as Counsel of Record was served electronically on Frank Russo, David Kenner, Pamela Sullivan, Kevin Fitzgerald, and Rex Lamont Butler.

And by U.S. Mail to:

Joseph Shemaria
Law Office of Joseph Shemaria
2029 Century Park East, Suite 1400
Los Angeles, CA  90067-2915

Brett A. Greenfield
KENNER LAW FIRM, APC
16000 Ventura Blvd., Penthouse 1208
Encino, CA  91436

Josef Boehm
c/o David Kenner
KENNER LAW FIRM, APC
16000 Ventura Blvd., Penthouse 1208
Encino, CA  91436

Josef Boehm
c/o Brett A. Greenfield
KENNER LAW FIRM, APC
16000 Ventura Blvd., Penthouse 1208
Encino, CA  91436

Josef Boehm
c/o Pamela Sullivan
WADE, KELLY & SULLIVAN
745 West 4th Avenue, Suite 425
Anchorage, AK  99501


s/ Phillip Paul Weidner
ABA 7305032

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200  Fzx (907) 278-6571