Phillip Paul Weidner
Phillip Paul Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                            )<br>                         Plaintiff,          )<br>                                                            )<br>         vs.                                           )<br>                                                            )<br>JOSEF FRANZ BOEHM, et al.       )<br>                                                            )<br>                         Defendants.      )<br>_____) | Case No. A04-003 CR (JWS) |

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD

PURSUANT to motion and for good cause shown, IT IS HEREBY ORDERED that Phillip Paul Weidner, Weidner & Associates, Inc., and any members of said firm having previously filed an Entry of Appearance on behalf of Defendant Josef F. Boehm in the above-captioned matter ARE HEREBY WITHDRAWN as counsel of record for Mr. Boehm herein.

DATED:_____          By:_____
                                                                                    The Honorable John W. Sedwick
                                                                                    United States District Court Judge

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200  Fzx (907) 278-6571

1

CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2007, a copy of the foregoing Order Granting Motion to Withdraw as Counsel of Record was served electronically on Frank Russo, David Kenner, Pamela Sullivan, Kevin Fitzgerald, and Rex Lamont Butler.

And by U.S. Mail to:

Joseph Shemaria
Law Office of Joseph Shemaria
2029 Century Park East, Suite 1400
Los Angeles, CA  90067-2915

Brett A. Greenfield
KENNER LAW FIRM, APC
16000 Ventura Blvd., Penthouse 1208
Encino, CA  91436

Josef Boehm
c/o David Kenner
KENNER LAW FIRM, APC
16000 Ventura Blvd., Penthouse 1208
Encino, CA  91436

Josef Boehm
c/o Brett A. Greenfield
KENNER LAW FIRM, APC
16000 Ventura Blvd., Penthouse 1208
Encino, CA  91436

Josef Boehm
c/o Pamela Sullivan
WADE, KELLY & SULLIVAN
745 West 4th Avenue, Suite 425
Anchorage, AK  99501


s/ Phillip Paul Weidner
ABA 7305032

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200 Fax (907) 278-6571