- 1 -

# MINUTES OF THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

<u>UNITED STATES OF AMERICA</u>       v.  <u>JOSEF F. BOEHM, et al.</u>

THE HONORABLE H. RUSSEL HOLLAND      CASE NO.  <u>3:04-cr-0003-JWS</u>

This Minute Order Pertains to:       <u>Josef F. BOEHM (D-01)</u>

<u>Deputy Clerk</u>                      <u>Official Recorder</u>
_____             _____

APPEARANCES:    for PLAINTIFF:   ----

                for DEFENDANT:   ----

PROCEEDINGS:    **ORDER FROM CHAMBERS**

The court is in receipt of the motion and application of non-resident attorney David E. Kenner for permission to appear and participate as counsel for defendant Josef F. Boehm in the above-entitled cause, pursuant to Rule 83.1(d) of the Local Rules for the United States District Court, District of Alaska.

The motion and application (Docket No. 898) is granted.

- 1 -