```
          UNITED STATES
         DISTRICT COURT
          District of Alaska
          Anchorage Division

         # 00130571 - PS
          June 18, 2007

   Code    Case #    Qty      Amount

   6855XX-N 04-3              150.00 CK


   TOTAL→              150.00



   FROM: KENNER LAW FIRM FOR
         DAVID KNNER
         NON RESIDENT ATTORNEY
         3:04-CR-0003-01
```