IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
UNITED STATES OF AMERICA,            )
                                     )
                    Plaintiff,       )
                                     )
     vs.                             )
                                     )
JOSEF F. BOEHM             [D-01]    )
ALLEN K. BOLLING           [D-02]    )
LESLIE J. WILLIAMS, JR.    [D-03]    )
     and                             )
BAMBI TYREE                [D-04]    )
                                     )
                    Defendants.      )
_____)
                                     )   No. 3:04-cr-0003-JWS
This Order Pertains to:              )
                                     )
JOSEF F. BOEHM             [D-01]    )
_____)
```

O R D E R

Motion to Unseal[1]

     Upon review of defendant Josef F. Boehm's motion to unseal, which is unopposed, and good cause appearing;

     IT IS HEREBY ORDERED that the motion to unseal those portions of taped proceedings and written documents and/or pleadings filed with the court relating to the defendant's competency hearing of November 17, 2004, is hereby GRANTED. The

---

[1] Docket No. 894.

- 1 -

unsealed proceedings and documents are released to Boehm's counsel only.

        DATED at Anchorage, Alaska, this <u>20th</u> day of June, 2007.

                                      <u>/s/H. Russel Holland</u>
                                      United States District Judge