IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| JOSEF F. BOEHM          [D-01] ) | |
| ALLEN K. BOLLING        [D-02] ) | |
| LESLIE J. WILLIAMS, JR. [D-03] ) | |
|     and                        ) | |
| BAMBI TYREE            [D-04] ) | |
| ) | |
| Defendants.  ) | |
| _____) | |
| ) | No. 3:04-cr-0003-JWS |
| This Order Pertains to:   ) | |
| ) | |
| JOSEF F. BOEHM         [D-01] ) | |
| _____) | |

O R D E R

Order Directing Response

On May 24, 2007, defendant Boehm, through counsel, filed a motion to vacate, set aside, or correct sentence.[1]  As a consequence of a CM/ECF processing error, this filing was not recognized for procedural purposes as being a motion pursuant to 28 U.S.C. § 2255; and, therefore, the procedures that normally attend such filings were not instituted.  The significance of this error did not become apparent to the court until the normal motion response time had expired, at which point inquiry was made to the

---

[1]Docket No. 887.

- 1 -

United States Attorney's Office concerning the fact that no response had been filed. As a result of that inquiry, the court understands that the United States Attorney has received the instant motion, but was awaiting the usual direction from the court as regards filing a response.

In consideration of the foregoing, the United States Attorney will please file an answer or other responsive pleading on or before July 9, 2007. The answer will respond to the allegations of the motion and, in addition, state whether Mr. Boehm has used any other available federal remedies, including any prior post-conviction motions under applicable rules, to address the issues presented.[2] The United States Attorney shall also supplement the answer or response with appropriate copies of transcripts, affidavits, and other memoranda of points and authorities material to the issues raised.

On or before seven days following the filing of the United States' answer, counsel for the parties will please confer for purposes of proposing to the court a briefing schedule.[3] Counsel for defendant Boehm will please report the results of this conference to the court within three days following the conference.

The court may hold an evidentiary hearing on its own motion or on the motion of a party. Unless the parties agree otherwise, either party may make a motion for an evidentiary hearing within 30 days after the date the United States Attorney files an answer.

---

[2] See Rule 5, Rules Governing Section 2255 Proceedings.

[3] See D. Ak. H.C.R. 8.2.

The motion must contain a clear and concise statement of the necessity of the hearing, including why the evidence in the record is not sufficient.[4]

DATED at Anchorage, Alaska, this 21st day of June, 2007.

/s/H. Russel Holland
United States District Judge

---

[4] See D. Ak. H.C.R. 8.1.