IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>               Plaintiff, ) <br> ) <br>   vs. ) <br> ) <br> JOSEF F. BOEHM      [D-01] ) <br> ALLEN K. BOLLING    [D-02] ) <br> LESLIE J. WILLIAMS, JR. [D-03] ) <br>     and ) <br> BAMBI TYREE         [D-04] ) <br> ) <br>               Defendants. ) <br> _____) <br> )   No. 3:04-cr-0003-JWS <br> This Order Pertains to: ) <br> ) <br> JOSEF F. BOEHM      [D-01] ) <br> _____) | |

O R D E R

Motion to Withdraw

PURSUANT to motion[1] and for good cause shown, IT IS HEREBY ORDERED that Phillip Paul Weidner, Weidner & Associates, Inc., and any members of said firm having previously filed an entry of appearance on behalf of defendant Josef F. Boehm in the above-captioned matter ARE HEREBY WITHDRAWN as counsel of record for Mr. Boehm herein.

DATED at Anchorage, Alaska, this <u>25th</u> day of June, 2007.

                                        /s/H. Russel Holland
                                        United States District Judge

---

[1] Docket No. 896.