NELSON P. COHEN
United States Attorney

FRANK V. RUSSO
Assistant U. S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Rm. C-253
Anchorage, AK  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: frank.russo@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>JOSEF F. BOEHM,<br><br>　　　　　　　Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 3:04-CR-00003-HRH<br><br>**MOTION TO UNSEAL TRANSCRIPT OF THE TESTIMONY OF LISA HOPE**<br><br>**FILED ON SHORTENED TIME** |

　　　　COMES NOW the United States of America, by and through counsel and hereby moves this court for an order unsealing the transcripts of the testimony of Lisa Hope during the competency hearing, held on November 17, 2004, in the above-captioned case for the purpose of providing counsel with a transcript for use in responding to the defendant's Motion to Vacate, Set Aside, or Correct Sentence,

filed at docket 887. The government was ordered at docket 906 to respond to the defendant's motion by July 9, 2007.

The government therefore requests that the transcript of the testimony of Lisa Hope be ordered unsealed solely for the purpose of obtaining the transcript for use in responding to the defendant's motion, as ordered by this court.

RESPECTFULLY SUBMITTED this 27th day of June, 2007, at Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Frank V. Russo
FRANK V. RUSSO
Assistant U. S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Rm. C-253
Anchorage, AK  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: frank.russo@usdoj.gov

**Certificate of Service**
I certify that a copy of the foregoing
*Motion* was sent via ECF to:

David Kenner
david@kennerlaw.com

s/Danielle Newberry
Legal Assistant