IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>JOSEF F. BOEHM,<br><br>　　　　　　　Defendant. | ) No. 3:04-cr-00003-HRH<br>)<br>) **[PROPOSED]**<br>)<br>) **ORDER UNSEALING**<br>) **TRANSCRIPT OF THE**<br>) **TESTIMONY OF LISA HOPE**<br>)<br>)<br>) |

Having considered the government's motion to unseal the transcript of the testimony of Lisa Hope, solely for the purpose of obtaining a copy to be used by counsel for use in responding to the defendant's motion at docket 887, IT IS HEREBY ORDERED that the transcript of the testimony of Lisa Hope at the Competency Hearing, held on November 17, 2004, shall be unsealed solely for that purpose. The Clerk of Court is hereby directed to provide a copy of the transcript to the government.

　　　　IT IS SO ORDERED.

　　　　DATED this ____ day of June, 2007 at Anchorage, Alaska.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　United States District Judge