IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
UNITED STATES OF AMERICA,            )
                                     )
                    Plaintiff,       )
                                     )
    vs.                              )
                                     )
JOSEF F. BOEHM         [D-01]        )
ALLEN K. BOLLING       [D-02]        )
LESLIE J. WILLIAMS, JR. [D-03]       )
      and                            )
BAMBI TYREE            [D-04]        )
                                     )
                    Defendants.      )
_____)
                                     )   No. 3:04-cr-0003-JWS
This Order Pertains to:              )
                                     )
JOSEF F. BOEHM         [D-01]        )
_____)
```

O R D E R

Motion to Unseal Transcript[1]

Having considered the government's motion to unseal the transcript of the testimony of Lisa Hope, solely for the purpose of obtaining a copy to be used by counsel for use in responding to the defendant's motion,[2]

IT IS HEREBY ORDERED that the transcript of the testimony of Lisa Hope at the competency hearing, held on November 17, 2004, shall be unsealed solely for that purpose. The clerk of court is

---

[1] Docket No. 910.

[2] Docket No. 887.

hereby directed to provide a copy of the transcript to the government.

    IT IS SO ORDERED.

    DATED at Anchorage, Alaska, this <u>28th</u> day of June, 2007.

<pre>
                              /s/H. Russel Holland
                              United States District Judge
</pre>