NELSON P. COHEN
United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email Frank.Russo@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3:04-cr-00003-03-JWS |
| ) | |
| Plaintiff, ) | **MOTION TO CONTINUE** |
| ) | **DEADLINE FOR** |
| vs. ) | **GOVERNMENT'S** |
| ) | **RESPONSE TO** |
| JOSEF F. BOEHM, ) | **PLAINTIFF'S § 2255** |
| ) | **PETITION** |
| Defendant. ) | |
| ) | **FILED ON SHORTENED** |
| | **TIME** |

COMES NOW, the United States of America, by and through undersigned counsel, and moves this Court to continue the deadline for the United States to respond to the defendant's petition pursuant to 28 U.S.C. § 2255.  This motion is

supported by the Declaration of Assistant United States Attorney Frank V. Russo.

In sum, because a number of filings under seal in the underlying case need to be unsealed and reviewed, and because of conflicts in the undersigned attorney's schedule, the United States requests until August 26, 2007 to file its memorandum in opposition to the defendant's petition.

RESPECTFULLY SUBMITTED this 2nd day of July, 2007, at Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/ Frank V. Russo
Assistant U. S. Attorney
Federal Building &U.S. Courthouse
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: Frank.Russo@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2007,
a copy of the foregoing *GOVERNMENT'S
MOTION TO CONTINUE* was served
electronically on David Kenner.

s/Danielle Newberry
Legal Assistant