IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:04-00003-01-HRH |
| | ) | |
| Plaintiff, | ) | |
| | ) | **[PROPOSED]** |
| vs. | ) | **ORDER** |
| | ) | |
| JOSEF F. BOEHM, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Having considered the unopposed motion by the United States to continue the deadline to file its opposition to defendant's petition collaterally attacking his conviction, the United States is ordered to respond on or before August 26, 2007.

**IT IS SO ORDERED**.

DATED this _____ of July 2007, at Anchorage, Alaska.

_____
UNITED STATES DISTRICT COURT JUDGE