NELSON P. COHEN
United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Frank.Russo@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | No. 3:04-cr-00003-01-HRH |
| ) | |
| Plaintiff,       ) | **DECLARATION OF** |
| ) | **FRANK V. RUSSO IN SUPPORT** |
| vs.       ) | **OF MOTION TO CONTINUE** |
| ) | **UNITED STATES' DEADLINE** |
| JOSEF F. BOEHM,       ) | **TO RESPOND TO DEFENDANT'S** |
| ) | **§ 2255 PETITION** |
| Defendant.       ) | |
| ) | |
| ) | |

I, Frank V. Russo, declare and state as follows:

1.      I am an Assistant United States Attorney for the District of Alaska assigned to the above-captioned case.  As such, I am fully familiar with the facts stated herein.  I make this declaration in support of a motion to continue the

deadline for the United States to respond to the defendant's petition pursuant to 28 U.S.C. § 2255.

2.	On or about May 24, 2007, over two years after his sentence was imposed, the defendant, through counsel, filed a petition to vacate his conviction pursuant to 28 U.S.C. § 2255. The defendant filed a memorandum of law in support of his motion on May 25, 2007.

3.	On June 21, 2007, the Court ordered the United States to file an answer to the defendant's petition on or before July 9, 2007. Then, the Court ordered the parties to confer within three days after July 9, 2007 to propose a briefing schedule for the Court.

4.	Since May 24, 2007, the undersigned has reviewed the defendant's petition and memorandum of law. Therein, the defendant claims, among other things, that his plea was not voluntary because he was not competent to plead guilty. This was an issue that was addressed several times during the course of the proceedings prior to the defendant's sentencing. There was a competency hearing as well as several <u>ex parte</u> and under seal proceedings between the district court judge and the defendant. Upon information and belief, transcripts of these proceedings may be useful in responding to the defendant's recent claims that he was not competent to enter a knowing and voluntary guilty plea. It is necessary to

obtain transcripts of these proceedings to determine whether they rebut the defendant's current claims.

5.  The task of discerning which proceedings to unseal is complicated by the fact that many of the pleadings and hearings were under seal due to issues concerning juvenile victims, pre-trial publicity, or competency. Comprehensive review of the notes to the file is necessary to determine which of the nearly 900 docket entries to move to unseal and transcribe.

6.  Undersigned counsel has been engaged in two active investigations that have consumed much of the previous two weeks. Upon request of the Court, the United States can file an ex parte declaration regarding the nature of these matters and the reason that they have and will continue to consume the undersigned's time through the third week of July 2007.

7.  In addition, the undersigned has an answering brief due in a Ninth Circuit Appeal on July 15. I am also scheduled to be in Washington, DC at a work-related conference and training during the week of July 30.

8.  In sum, I request a postponement of the United States' response to the defendant's 2255 petition until August 26, 2007. This should allow sufficient time to unseal and review the above-described hearings and pleadings, as well as to prepare the substantive response and memorandum of law in opposition to the

defendant's petition and memorandum. I submit that given the nature of the underlying case as well as the current claims, the number of attachments to the petition and memorandum, and the amount of time in which the defendant has had to prepare this motion, such continuance is appropriate.

9.  I have spoken and corresponded by email to the defendant's attorney, David Kenner, who has represented, in substance, that he does not believe he will oppose the government's request for a continuance, but that he wanted to obtain the consent of his client before doing so. He stated that he would he would advise me of his client's position on June 28, 2007. I sent Mr. Kenner an email requesting his position on June 28, 2007, and, as of the date of this filing, he has not conveyed his client's opposition or non-opposition.

// //

// //

// //

// //

// //

// //

// //

// //

RESPECTFULLY SUBMITTED the 2nd day of July, 2007, at Anchorage, Alaska.

        NELSON P. COHEN
        United States Attorney

        s/ Frank V. Russo
        Assistant U. S. Attorney
        Federal Building & U.S. Courthouse
        222 West 7th Ave., #9, Rm. 253
        Anchorage, AK 99513-7567
        Phone: (907) 271-5071
        Fax: (907) 271-1500
        E-mail: Frank.Russo@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2007,
a copy of the foregoing *GOVERNMENT'S
DECLARATION IN SUPPORT OF
ITS MOTION TO CONTINUE* was served
electronically on David Kenner.

s/ Danielle Newberry
Legal Assistant