## MINUTES OF THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA          v.  JOSEF F. BOEHM, et al.

THE HONORABLE H. RUSSEL HOLLAND      CASE NO.  3:04-cr-0003-JWS

This Minute Order Pertains to:   Josef F. BOEHM (D-01)

Deputy Clerk                      Official Recorder

APPEARANCES:  for PLAINTIFF:  ----

              for DEFENDANT:  ----

PROCEEDINGS:  **ORDER FROM CHAMBERS**

Having considered the unopposed motion (Docket No. 912) by the United States to continue the deadline to file its opposition to defendant's petition collaterally attacking his conviction, the United States is ordered to respond on or before August 26, 2007.

IT IS SO ORDERED.