IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JOSEF F. BOEHM,<br><br>                Defendant. | ) No. 3:04-cr-00003-HRH<br>)<br>) **[PROPOSED]**<br>)<br>) **ORDER UNSEALING**<br>) **TRANSCRIPTS OF**<br>) **COMPETENCY HEARING**<br>) **NOVEMBER 17, 2007**<br>)<br>)<br>) |

Having considered the government's motion to unseal the transcripts of the testimony in the above-captioned case, solely for the purpose of obtaining a copy to be used by counsel for use in responding to the defendant's motion at docket 887, IT IS HEREBY ORDERED that a copy of the transcripts, shall be unsealed solely for that purpose. The Clerk of Court is hereby directed to provide a copy of the transcripts to the government.

IT IS SO ORDERED.

DATED this ____ day of August, 2007 at Anchorage, Alaska.

                                                            _____
                                                            United States District Judge