IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
UNITED STATES OF AMERICA,         )
                                  )
                  Plaintiff,      )
                                  )
     vs.                          )
                                  )
JOSEF F. BOEHM         [D-01]     )
ALLEN K. BOLLING       [D-02]     )
LESLIE J. WILLIAMS, JR. [D-03]    )
     and                          )
BAMBI TYREE            [D-04]     )
                                  )
                  Defendants.     )
_____)
                                  )   No. 3:04-cr-0003-JWS
This Order Pertains to:           )
                                  )
JOSEF F. BOEHM         [D-01]     )
_____)
```

O R D E R

Motion to Unseal Transcript[1]

    Having considered the government's motion to unseal the transcripts of the testimony in the above-captioned case, solely for the purpose of obtaining a copy to be used by counsel for use in responding to the defendant's motion,[2]

---

[1] Docket No. 921.

[2] Docket No. 887.

IT IS HEREBY ORDERED that a copy of the transcripts shall be unsealed solely for that purpose.  The clerk of court is hereby directed to provide a copy of the transcripts to the government.

IT IS SO ORDERED.

DATED at Anchorage, Alaska, this <u>16th</u> day of August, 2007.

<u>/s/H. Russel Holland</u>
United States District Judge