**KENNER LAW FIRM, P.C.**
David E. Kenner, SBN 41425
Brett A. Greenfield, SBN 217343
16000 Ventura Boulevard, PH 1208
Encino, CA 91364
818 995 1195
818 475 5369 – fax

Attorney for Plaintiff Josef F. Boehm

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| United States of America<br>      Plaintiff, | ) <br> ) Certificate of Service |
| v. | ) |
| Josef Franz Boehm, | ) CASE NO.: A04-003-01-CR(JWS) |
|       Defendant. | ) |

This is to Certify that on or about August 20, 2007 a true and correct copy of the **NOTICE OF ATTACHMENT** was electronically sent to the following parties of record:

Meredith Appel Ahearn haw@alaska.net, beckybeard85@hotmail.com

Rex Lamont Butler lawoffices@gci.net, rexattys@alaska.net; raveninvestigations@gmail.com

Kevin T. Fitzgerald kevin@impc-law.com, jennifer@impc-law.com

David Kenner david@kennerlaw.com, ajoshua@kennerlaw.com

Frank V. Russo Frank.Russo@usdoj.gov, danielle.newberry@usdoj.gov; usaak.ecf@usdoj.gov

Phillip Paul Weidner lrosano@weidnerjustice.com, nbackes@weidnerjustice.com

1

**Certificate of Service**

DATED: 8-20-07
           KENNER LAW FIRM, P.C.


           By:__/s/ John Ybarra_____
           John Ybarra
           KENNER LAW FIRM, P.C.
           16000 Ventura Boulevard, PH 1208
           Encino, CA 91364
           Phone:  818 995 1195
           Fax:    818 475 5369

2

**Certificate of Service**