Condensed & Word Indexing Transcript

of

Deposition Transcript (Audio/Video)
of
Deborah Louise Axt
April 12, 2007
Case #3AN-06-13546 CI
E.A., a mionor by and through her mother and
next friend D.A.
vs.
Josef F. Boehm

Deborah L. Axt                                              4-12-2007

Page 1

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT
AT ANCHORAGE

E.A., a minor, by her      )
mother and next friend     )
D.A.,                      )
                           )
          Plaintiffs,      )
                           )
vs.                        )
                           )
JOSEF F. BOEHM,            )
                           )
          Defendant.       )
_____)
_____)    Case #3AN-05-11782 Civil
C.R. and A.R.              )
                           )
          Third-Party      )
          Plaintiffs,      )
                           )
vs.                        )
                           )
JOSEF F. BOEHM,            )
                           )
          Third-Party      )
          Defendant.       )
_____)
Case #3AN-06-135456 CI (Consolidated)

DEPOSITION TRANSCRIPT (AUDIO/VIDEO)

OF

DEBORAH LOUISE AXT


* * * * * * * * * *


April 12, 2006


* * * * * * * * * *

Deborah L. Axt                                                    4-12-2007

```
                                                         Page 2

 1   APPEARANCES:

 2   FOR THE PLAINTIFFS:

 3                               MR. MARK JAKUBOVIC
                                 Winner & Associates, P.C.
 4                               900 West Fifth Avenue
                                 Suite 700
 5                               Anchorage, AK 99501

 6   FOR THE THIRD-PARTY
     PLAINTIFFS:
 7
                                 MR. KENNETH S. ROOSA
 8                               Cooke, Roosa & Valcarce, LLC
                                 3700 Jewel Lake Road
 9                               Anchorage, AK 99502

10   FOR THE DEFENDANT
     AND THIRD-PARTY
11   DEFENDANT:

12                               MS. PAMELA S. SULLIVAN
                                 Wade, Kelly and Sullivan
13                               745 West Fourth Avenue
                                 Suite 425
14                               Anchorage, AK 99501

15                               MR. BRETT A. GREENFIELD
                                 Attorney at Law
16                               1600 Ventura Boulevard
                                 Penthouse 1208
17                               Encino, CA 91436

18              * * * * * * * * * *

19

20   Also Present:

21

22        Terry Shurtleff - Investigator

23

24

25              * * * * * * * * * * *
```

Deborah L. Axt                                                4-12-2007

Page 3

1        Pursuant to notice, the audio/visual deposition of

2   Deborah Axt was taken on behalf of the Defendant and Third-

3   Party Defendant, before Sunny Morrison, Notary Public and

4   Certified Court Reporter and Videographer with Accu-Type

5   Depositions, at the offices of Wade, Kelly & Sullivan, 745

6   West Fourth Avenue, Suite 425, in Anchorage, Alaska, on the

7   12th day of April, 2006, commencing at the hour of 2:40 o'clock

8   p.m.

9                   * * * * * * * * * *

Deborah L. Axt                                                4-12-2007

                                                               Page 4

1                    P R O C E E D I N G S

2          MADAM REPORTER: Good afternoon, my name is Sunny

3    Morrison, Notary Public and Certified Court Reporter and Video

4    Operator with Accu-Type Depositions.  I have been retained to

5    video-tape and record the deposition of Deborah Louise Axt on

6    the 12th day of April, 2007, at the hour of 2 o'clock p.m. on

7    behalf of the Defendant, Josef F. Boehm, in the case of E.A.,

8    a minor, by her mother and next friend, D.A., Plaintiffs,

9    verus Josef F. Boehm, Defendant, and in the case of C.R. and

10   A.R., Plaintiffs, versus Josef F. Boehm, Defendant,

11   Consolidated Case #3AN-06-135456.

12         I am at the offices of Wade, Kelly and Sullivan, 745 West

13   Fourth Avenue, Suite 425, in Anchorage, Alaska.

14         My business address is 310 "K" Street, Suite 200, in

15   Anchorage, Alaska, and our telephone number is 907-276-0544.

16         This is the end of lead-in.

17   1:52:16

18         (Off record)

19   2:40:51

20         (On record)

21         MADAM REPORTER: We're on record at 2:40.  Would you raise

22   your right hand, please?

23         (Oath administered)

24         MS. AXT: Yes.

25                    DEBORAH LOUISE AXT

Deborah L. Axt                                                    4-12-2007

1    having been duly sworn and called as a witness on behalf of

2    the Defendant and Third-Party Defendant, testifies as follows

3    on:

4                        DIRECT EXAMINATION

5         MADAM REPORTER: Please state your full name, spelling

6    your last.

7    A    Deborah Louise Axt, A-x-t.

8         MADAM REPORTER: And what's your mailing address, please.

9    A    P.O. Box 230824, Anchorage, Alaska 99523.

10        MADAM REPORTER: And your occupation?

11   A    Waitress.

12        MADAM REPORTER: I need counsel to state who they are and

13   who they represent beginning with Plaintiff's counsel, please?

14        MR. JAKUBOVIC: I'm Mark Jakubovic for Debbie Axt.

15        MR. ROOSA: Ken Roosa for the Romeras, Plaintiffs.

16        MS. SULLIVAN: Pam Sullivan, Wade, Kelly and Sullivan,

17   representing Josef Boehm.

18        MR. GREENFIELD: Brett Greenfield representing Josef

19   Boehm.

20   A    And who is this gentleman?

21        MS. SULLIVAN: He's an observer.

22        MR. GREENFIELD: This is Terry Shurtleff.  He does

23   investigation.

24        MADAM REPORTER: I'm the Court Reporter Sunny.  You may

25   begin.

Deborah L. Axt                                                                    4-12-2007

Page 6

1   BY MR. GREENFIELD:

2   Q   Good afternoon, Ms. Axt, thank you for being here today.

3       We appreciate it.  Before we get started, let me kind of

4       explain the rules of the deposition.  Have you ever had

5       your deposition taken before?

6   A   No.

7   Q   Well, you just gave an oath and the oath you gave is the

8       same oath you would give as if you were in a court of

9       law.  So, you're under penalty of perjury and have a duty

10      to tell the truth which I have no doubt you will today.

11      You understand what that duty entails, correct?

12  A   Yes.

13  Q   The deposition is being taped and it's obviously being

14      video recorded.  For the purpose of having a clear

15      transcript, it's important that we don't talk over one

16      another, so let me finish the question and then you

17      answer and I'll let you finish the answer before I ask a

18      question and we'll do our best not to interrupt each

19      other.  During the course of the deposition, your counsel

20      has the right to object to my questions.  He's stated his

21      objection, at which point you can go ahead and answer the

22      question, unless of course, your counsel instructs you

23      not to answer the questions, okay?

24  A   (Witness shakes head in the affirmative).

25  Q   When you're giving responses that require a yes or a no

Deborah L. Axt                                                          4-12-2007

Page 7

```
 1            answer, it's best that you say yes or no and not uh-huh
 2            or un-nuh because, again, we can't get a clear transcript
 3            and there might be confusion as to what is meant by your
 4            answer; do you understand that?
 5      A     Yes.
 6      Q     Finally, we're going to be through time periods that date
 7            back several years.  While I don't want you to guess
 8            about a date if you don't know it, at the same time we're
 9            going to be entitled to get your best estimate about a
10            date.  Do you understand?
11      A     Yes.
12      Q     Do you understand the difference between an estimate and
13            a guess?
14      A     To me it's all a guess if you don't know the exact date
15            or time, it would be a guess.
16      Q     Well, I'm going to describe the difference and let's
17            clarify that before we move forward.  You're taking a
18            look at, for instance, the table here, all right, and if
19            I were to ask you how long this table is, you couldn't
20            tell me the exact measurement without using a ruler or a
21            tape-measure of some sort, correct?
22      A     Correct.
23      Q     But based on your understanding and knowledge of lengths
24            and distances and whatnot, you could give me an estimate
25            of how long this table is, correct?
```

Deborah L. Axt                                                                    4-12-2007

Page 8

1   A   Correct.

2   Q   Could you tell me how long my table is at home?

3   A   No.

4   Q   It would be a pure guess, correct?

5   A   I guess so, yes.

6   Q   You don't guess so, it would be a guess, you wouldn't

7       know because you've never been there.  That's the

8       difference.  An estimate is you're going to give me your

9       best recollection of a time period based on you being

10      there and you knowing it.  A guess is you have no idea

11      what year, no idea what month, no idea about anything but

12      yet you give me an answer anyway.  I don't want you to

13      guess, okay?

14  A   Okay.

15  Q   Let's go forward.  Now, you told me you've never had your

16      deposition taken before.

17  A   Not that I'm aware of.

18  Q   What is the highest level of education you received?

19  A   I graduated high school.

20  Q   What year?

21  A   '78.

22  Q   Where did you graduate from?

23  A   Rye High School.

24  Q   Where is that?

25  A   Rye, Colorado.

Deborah L. Axt                                                    4-12-2007

```
                                                         Page 9

 1   Q    And how old are you?

 2   A    18 or 17, 19.  I don't know.

 3   Q    Listen to the question.  How old are you?

 4   A    46.

 5   Q    And what's your birthday?

 6   A    May 20, '60.

 7   Q    And where do you currently reside?

 8   A    Anchorage, Alaska.

 9   Q    What address do you reside at?

10   A    Is that important?  I would rather not give my physical

11        address.

12        MR. GREENFIELD:  I'm entitled to that answer and unless

13   your attorney objects and instructs you not to answer, I'm

14   entitled to that.

15        MR. JAKUBOBIC: You can go ahead and answer.

16   A    7311 Bigler Bill Circle, Anchorage, Alaska.

17   BY MR. GREENFIELD:

18   Q    And is this a house or an apartment?

19   A    House.

20   Q    Is this a house that's owned or rented?

21   A    Owned.

22   Q    And whose name is this house in?

23   A    Deborah's.

24   Q    Deborah being yourself?

25   A    Correct.
```

Deborah L. Axt                                                      4-12-2007

Page 10

```
 1   Q   And how long have you owned this home?

 2   A   I moved into the house, an estimated time, August '94.

 3   Q   And have you always owned it as your sole property or did

 4       you ever own it with another person?

 5   A   I owned it with my ex-husband.

 6   Q   At what point did you take his name off the title?

 7   A   The judge took his name off the title on the quit claim

 8       deed in '99.

 9   Q   Thank you.  Where do you currently work?

10   A   Coast International Inn, Piper's Restaurant.

11   Q   And what do you do there?

12   A   Waitress.  Today was my last day.

13   Q   How long did you work Piper's?

14   A   A year and nine or ten months.

15   Q   And what type of restaurant was this?

16   A   Hotel restaurant.

17   Q   And prior to this job, where did you work?

18   A   Well, I also work at Egan Convention Center that I've

19       worked since 2000, but before Coast, I worked at Captain

20       Cook Hotel.

21   Q   And what did you do at Captain Cook Hotel?

22   A   Worked as a waitress.

23   Q   At any specific restaurant at the Captain Cook Hotel?

24   A   Pantry, Fletcher's, banquets.

25   Q   And you worked there from what year to what year?
```

Deborah L. Axt                                                    4-12-2007

 1    A    2002 until last year or right when I started Coast
 2         International Inn.
 3    Q    And you said you worked at Egan Convention Center since
 4         2000?
 5    A    Yes.  I'm a single mom.  I have to work two jobs.
 6    Q    What were your job duties at Egan Convention Center?
 7    A    I used to be banquet captain until I stepped down and now
 8         I'm a banquet server.
 9    Q    Prior to working at Egan in 2000, where did you work?
10    A    Prior to  - I've always had jobs overlapping.  Before
11         that, I worked at Sea Galley starting  - Lone Star Steak
12         House from 2000 until the time I started Captain Cook.
13         Before Lone Star, I worked at Sea Galley in '99.  Before
14         that, I was at home married.
15    Q    Sea Galley, what type of work?
16    A    Waitress.
17    Q    Is that a restaurant, bar, what is that?
18    A    Sea Galley Restaurant.
19    Q    And so prior then to that, so any time prior to 1999 when
20         you said you were married,.....
21    A    I did in-home daycare.
22    Q    And there were no other jobs outside of the in-home
23         daycare prior to 1999?
24    A    I picked up a job here and there but exactly what and
25         when, I have not a clue.  I did telephone sales for a

Deborah L. Axt                                                    4-12-2007

Page 12

1          little while.

2     Q    In 1999 you were divorced?

3     A    Correct.

4     Q    And your husband's name was?

5     A    My ex-husband's name is Charles Glenn Axt, Sr.

6     Q    And how long were you married to Charles Glenn Axt, Sr?

7     A    20 years;

8     Q    Where were you first married?

9     A    Rye, Colorado.

10    Q    How long did you live in Colorado?

11    A    Moved to Nebraska in '79.

12    Q    And then from Nebraska where did you move?

13    A    Montana.

14    Q    How long were you in Montana?

15    A    Four months.

16    Q    And what year were you in Montana for four months?

17    A    Moved to Montana end of October, first of November '79, I

18         believe, maybe '80.  I'm not sure.

19    Q    What was the reason for moving to Montana for only four

20         months?

21    A    My parents moved back.

22    Q    After living in Montana where did you move?

23    A    My ex-husband joined the military, we moved to Illinois.

24    Q    And how long were you in Illinois?

25    A    Four months.  He was in tech school there.

Deborah L. Axt                                          4-12-2007

Page 13

1  Q    Got it.  And from Illinois you moved to where?

2  A    California.

3  Q    How long were you in California?

4  A    Five and a half years.

5  Q    Until what year?

6  A    My son was born '86.  We had to stay there until his two-

7       week check-up before moving to Alaska.

8  Q    So, in 1986 you moved to Alaska and you've resided here

9       ever since?

10 A    No.

11 Q    No?  Okay, tell me about the different places you've

12      lived since 1986 after you moved to Alaska?

13 A    He got shipped down to Idaho in September of '93.  He

14      quit the military in May of '94, we spent the summer in

15      Colorado and moved back up here in mid-summer and whether

16      that's '92, '93, '94, I don't know.

17 Q    You had children with your husband?

18 A    Four children.

19 Q    And what are their names starting from the oldest to the

20      youngest?

21 A    Brooke is 27, Erica is 22, Charles, Jr., which is Chuck,

22      he will be 21 in two weeks, so he's 20 now, and Erin is

23      18.

24 Q    IS that Erin with an E or Erin with a.....

25 A    E-r-I-n.

Deborah L. Axt                                                    4-12-2007

Page 14

1    Q    Thank you.

2    A    And Erica is with a E-r-I-c-a.

3    Q    Brooke, 27, what is her highest level of education?

4    A    She graduated from high school but she put herself

5         through travel school.

6    Q    And Erica, her highest level of education?

7    A    High school and she is doing her on-line degree in

8         accounting.

9    Q    Chuck, Jr., his highest level of education?

10   A    He dropped out of school in the beginning of 10th grade,

11        went to the Military Youth Academy right before he turned

12        18, graduated in the top ten of the class there and they

13        had tested him for  - before joining that for second year

14        Calculus and College Literature.  He dropped out because

15        he was bored.

16   Q    And finally Erin, is she still going to school?

17   A    Yes.

18   Q    And where is she going to school?

19   A    She is going to a school that's through CB Healing

20        Institute.  It's something that she can get all four

21        years of high school since she has never finished 7th

22        grade and she is going to Sylvan Learning Center.

23   Q    So her highest level then of completed education is 7th

24        grade as it presently stands?

25   A    No, 6th grade.

Deborah L. Axt                                                    4-12-2007

Page 15

1   Q   6th grade?

2   A   (Witness shakes head in the affirmative).

3   Q   Thank you.  Mrs. Axt, I want to talk to you a little bit

4       about your legal history right now, and as I understand

5       it, there are two parts to this legal history.  There's

6       criminal actions that have been brought against you and

7       there are also civil actions that you've been involved

8       in; a divorce and some domestic violence actions; are you

9       aware of those?

10  A   I know every time I've gotten in trouble.

11  Q   Well, let's start with the criminal matters.  How many

12      criminal matters have you been involved in?

13  A   I've had two DUIs.

14  Q   When was your first DUI?

15  A   In, I believe, '99.

16  Q   1999 was your first?

17  A   (Witness shakes head in the affirmative).

18  Q   Can you tell me about the circumstances, factual

19      circumstances that led to that DUI conviction?

20  A   I was dating a gentleman.  I saw him at the bar.  He told

21       - he was with another woman.  Told me to meet him at his

22      house.  When I did, he brought another girl back.  He

23      obviously wanted a threesome.  I said no.  He hit me.

24      The police were called.  The police officer said if I

25      told them he didn't hit me, he would let me go.  I said

Deborah L. Axt                                                    4-12-2007

Page 16

```
 1        no, he hit me.  I had a mark on my chest where he hit me

 2        and I was arrested.  My car was parked at the time and I

 3        was at his apartment complex.

 4   Q    How is it then that you were charged with a DUI?

 5   A    Because I did not reside at that address.

 6   Q    Did you, on that evening, open up your trunk and drink

 7        alcohol out of the back of your trunk prior to the police

 8        arriving?

 9        MR. JAKUBOVIC: I'm going to.....

10   A    No, that was my.....

11        MR. JAKUBOVIC: .....object to the relevancy of these

12   questions.

13        MR. GREENFIELD: You can answer.

14   A    It was at my second DUI.

15   BY MR. GREENFIELD:

16   Q    That was your second DUI?

17   A    (No audible response).

18   Q    What was this gentleman's name during your first DUI?

19   A    Ben.  I don't know his last name or I can't remember his

20        last name.

21   Q    And your second DUI, what year was that?

22   A    2002.

23   Q    Do you know what your blood alcohol level was in the 1999

24        DUI?

25   A    I don't remember.
```

Deborah L. Axt                                              4-12-2007

Page 17

1    Q    Can you estimate for me what it was?

2    A    No, because I don't remember.

3    Q    Tell me about the 2002 DUI; how that came about.

4    A    I was in court all afternoon.  Got off court, had to go

5         back to work, went and stopped at  - called the guy I was

6         dating at the time, asked him where he was, went over to

7         Gallo's Restaurant, he was angry that I showed up, I sat

8         down and had a drink, bought him a drink, we got in an

9         argument, went out in the parking lot, he choked me, he

10        pulled me in his pick-up, threw me to the ground and

11        almost ran over me.  Told me to get over to his house

12        right away and pick up my stuff.  I went inside, back

13        into the bar, the lady working at the bar put ice on my

14        neck and a couple of people there bought me a drink, I

15        went over to his house, pulled up, I had  - we had a date

16        later scheduled so on my way home from work before going

17        there, I had stopped by the liquor store and bought some

18        canned marguerites.  They're like 2, 3 $4 of little

19        things.  I had got some of those and had them in the

20        trunk and so once I got there, he   I went to get my

21        stuff, he got mad because he didn't want to give me

22        everything I wanted.  He was choking me, I smacked him,

23        the police were called, I was arrested for assault

24        charges and when I was waiting for the police outside, I

25        opened  - Kelly had moved my car from the driveway into

Deborah L. Axt                                                4-12-2007

Page 18

```
 1        the street.  He still had the keys but I could pop the  -
 2        get in the trunk of the car through access from the
 3        backseat and I chugged all the drinks, threw them at his
 4        house and I didn't want to say anything to the police
 5        because I didn't want to be charged with vandalism or
 6        anything else.
 7   Q    During one of the DUI cases, you made a statement that
 8        you felt you had been blackmailed by the District
 9        Attorney.  Do you remember making that statement?
10   A    No.  Oh, I do.
11   Q    Can you tell me about that?
12   A    2002 when I got arrested for a DUI, I was at Kelly's
13        house waiting for the police to arrive.  I got arrested
14        for assault when he had clearly choked me and there was a
15         - plenty of witnesses at Gallo's that had saw [seen] it.
16        He had moved my car, had the car keys, but I was still
17        arrested for DUI.  When I was out  - I had been caught
18        drinking on a no drinking order and they said either you
19        plea or go back to jail.
20   Q    And how were you caught drinking on your no drinking
21        order?  Tell me about that.
22   A    I had came [come] home from work, saw Sally Purser (sp)
23        in my house going through my things in my bedroom, my
24        daughters were downstairs in bed sleeping.  I started
25        screaming at them.  I had  - because I had got a ride
```

Deborah L. Axt                                                    4-12-2007

Page 19

1        from work to the bar and then I got a ride from the bar

2        back to my house and got dropped off, when I saw her

3        going through my stuff, I started screaming at her to get

4        out of my house and get out of my bedroom and my

5        daughters got mad and called the police on me.

6    Q   Which daughter called the police on you?

7    A   Erica, I believe.  I'm not quite sure.  Erica and Erin

8        was home.

9        MR. GREENFIELD: Can we go off the record?

10       MADAM REPORTER: You bet.  We're off record.

11   3:03:53

12       (Off record)

13   3:05:22

14       (On record)

15       MADAM REPORTER: We're back on record.

16   BY MR. GREENFIELD:

17   Q   Other than the two DUI cases and the assault case that

18       you just describe to us, are there any other criminal

19       complaints that were filed against you?

20   A   Not that I'm aware of.

21   Q   Now, you've also been a party to some domestic violence

22       actions, is that correct?

23   A   Yes.

24   Q   We'll go into them, but with what individuals have you

25       been involved in domestic violence actions?

Deborah L. Axt                                              4-12-2007

Page 20

1        MR. JAKUBOVIC: I'm going to object to the relevance of

2    these questions.

3        MR. GREENFIELD: Your objection noted.  You can answer.

4    A    My ex-husband and three of my ex-boyfriends.

5    BY MR. GREENFIELD:

6    Q    Can you give me the names of the three ex-boyfriends that

7         you've had domestic violence cases against?

8    A    What do you mean against?  They hit me.

9    Q    So there were actions against them or they against you,

10        correct?  You were a party to the domestic violence

11        actions, correct?

12   A    Yes.  I  - I take that back.  It would be for ex-

13        boyfriends.

14   Q    Can you give me the names of the four ex-boyfriends that

15        you were involved in domestic violence cases with?

16   A    Ben.

17   Q    What's Ben's last name?

18   A    I believe I said earlier I can't remember.

19   Q    Who else?

20   A    Keith.

21   Q    What's Keith's last name?

22   A    Latmer.

23   Q    And do you remember what year this domestic violence case

24        was against Keith Latmer?

25   A    I believe in 2000.

Deborah L. Axt                                                    4-12-2007

Page 21

1   Q   And was this case filed by Keith against you or you
2       against Keith?
3   A   Me against him.
4   Q   Let me go back to the one with Ben.  What year was that
5       domestic violence case?
6   A   I believe I answered that already; '99.
7   Q   Thank you.  And if you did, I apologize.  And, again, was
8       this an action you brought against Ben or that he brought
9       against you?
10  A   You know, I don't think any  - I don't think we ever had
11      any restraining orders or.....  I just said that he hit
12      me when he did when I was arrested for DUI, but I don't
13      think he was charged with anything.
14  Q   Did he ever receive a restraining order against you?
15  A   No.
16  Q   Keith Latmer in 2000, you received a restraining order
17      against him?
18  A   Correct.
19  Q   Can you tell me the facts that led to you needing a.....
20  A   Actually, I dropped that case and so I never did.  I told
21      the  - I can't remember.  I can't remember.
22  Q   You can't remember if you got a restraining order against
23      him or if he had one against you?
24  A   He never had one against me or yes, he did.
25  Q   He had one against you?

Deborah L. Axt                                                    4-12-2007

                                                                  Page 22

1   A    (No audible response).

2   Q    Can you tell me about the facts that led to his needing a

3        restraining order against you?

4   A    I was suing him.

5   Q    What were you suing him for?

6   A    For money he owes me and I actually got a judgment and

7        the restraining order was  - I don't know why he had it

8        because he lived in Washington and I lived up here, but

9        before that, I flew down to see him when we were dating

10       and that's when he had beat me up and the District

11       Attorney, I talked to them, and I think I got the charges

12       dropped against him and then later on when he found out I

13       was suing him for money, he filed a restraining order.

14  Q    This is Keith Latmer?

15  A    Uh-huh (affirmative).

16       MADAM REPORTER: Could I have the spelling of his last

17  name, please?

18  A    L-a-t-m-e-r.

19       MADAM REPORTER: Thank you.

20  BY MR. GREENFIELD:

21  Q    There were two more domestic violence cases against two

22       more boyfriends?

23  A    Yes.

24  Q    What were their names?

25  A    Kelly Dagenstein (sp).

Deborah L. Axt                                              4-12-2007

Page 23

1    Q    And what year was that?

2    A    When I got my DUI, he got it against me, I think.  I

3         don't know.

4    Q    You got your DUI in 2002?

5    A    I think  - yeah (affirmative).

6    Q    And he got a restraining order against you in 2002?

7    A    Yeah (affirmative).

8    Q    And this was the assault case against you, correct?

9    A    Because  - yeah (affirmative), he said that I hit him

10        when, in fact, he had actually hit me.

11   Q    Did this assault case with this.....

12   A    It got dismissed.

13   Q    It was dismissed?  What year was it?

14   A    Against me, yes.

15   Q    What year was it dismissed?

16   A    The first time I went to court, they said that they would

17         - dismissed it and was just pursuing my drunk driving.

18   Q    And what year was that?

19   A    2002.  Actually October.  I believe it was 26th.

20   Q    October 26, 2006, you believe that the assault case

21        against you was dismissed?

22   A    Was a Thursday night, AFN.

23   Q    Excuse me?

24   A    Thursday night of AFN that I got arrested for the DUI.

25   Q    What's AFN?

Deborah L. Axt                                                    4-12-2007

Page 24

1   A   Never mind.

2   Q   What is AFN?

3   A   It's a convention; Native convention that comes in town.

4       It's a week long.  I had to work the next morning and I

5       missed work, so.

6   Q   And then there was a fourth individual.....

7   A   Bill Maschow or William Maschow.

8   Q   Can you spell that last name?

9   A   M-a-s-c-h-o-w.

10  Q   And was this a restraining order that you got against him

11      or that he got against you?

12  A   I got against him.

13  Q   What necessitated you getting a restraining order against

14      him?

15  A   We went out of state to Sturgis; he beat me up; stole all

16      my money and my possessions; left me there; I had to go

17      to an abused woman's shelter and they helped me get

18      transportation back to Anchorage; and tried to get some

19      of my possessions from his house in which he got even

20      more mad and had to get his concealed weapons permit

21      taken away from a year.  Actually, I believe he got it  -

22      he couldn't carry firearms for two years.  I'm not sure.

23  Q   And that was in February 2001 that you were out of town?

24  A   No, Sturgis is in August.

25  Q   And you were in Wyoming (indiscernible - speaking too

Deborah L. Axt                                                    4-12-2007

                                                                  Page 25

 1      softly)?

 2  A   Yes, that's when it happened  - where it happened.  I

 3      stayed at the shelter in Sturgis though.

 4  Q   When you were in Sturgis on this  - time with this

 5      gentleman, were you cited for indecent exposure?

 6  A   Yes.

 7  Q   And did that lead to any prosecution or was that just a

 8      ticket?

 9  A   No, that was just to pay it.

10  Q   And when you were exposing yourself, were you under the

11      influence of alcohol?

12  A   Yes.

13      MR. JAKUBOVIC: I'm going to continue to object to this

14  line of questioning; the relevance.

15      MR. GREENFIELD: Thank you.  Objection noted.

16  BY MR. GREENFIELD:

17  Q   With respect to all four of the domestic violence cases

18      that we've spoken about, did they all involve alcohol?

19  A   I believe so.  I'm not sure.  Not every time with my ex-

20      husband but every time with my ex-boyfriends, I believe

21      so.

22  Q   And the alcohol then led to physical abuse either by you

23      against your ex-boyfriends or by your ex-boyfriends

24      against you, is that correct?

25  A   I've hit one man and it was in self defense.  I slapped

Deborah L. Axt                                                    4-12-2007

                                                              Page 26

```
 1        him back and I was charged with assault.

 2   Q    Now, there were also domestic violence cases that were

 3        filed between you and your husband, is that correct?

 4   A    Yes.

 5   Q    How many were filed between you and your husband?

 6   A    I don't know.

 7   Q    Let me back up real quick.  The domestic violence cases

 8        with the four boyfriends, they took place between 1999

 9        and 2003?

10   A    I got divorced in '99.

11   Q    Did your children ever witness any of these violent

12        outbursts that took place between you and your

13        boyfriends?

14   A    No.

15   Q    They never saw any of this take place?

16   A    No.

17   Q    Did they know about it?

18   A    I truly don't know.

19   Q    Were you ever hospitalized as a result of any of these

20        domestic violence cases?

21   A    Of these ones, no.

22   Q    Were your daughters aware of the.....

23        MR. JAKUBOBIC: I'm going to object.  I don't know how she

24   would know if her daughters were aware.

25   BY MR. GREENFIELD:
```

Deborah L. Axt 4-12-2007

Page 27

1  Q  Do you know if your daughters were aware or your son was

2      aware of the assault case that was brought against you?

3  A  Be specific.

4  Q  Well, you said you had an assault case brought against

5      you, correct?

6  A  Okay, be specific.

7  Q  Did.....

8  A  Date, person.

9  Q  Well, I don't know who was  - who was the assault case

10     again that was  - that you were involved with?  It was

11     the one where you went  - had a DUI?

12  A  Where I hit him?

13  Q  Yes, what was his name again?

14  A  Kelly.

15  Q  And you were then charged with assault, correct?

16  A  Yes.

17  Q  And you were taken to jail that evening, correct?

18  A  Yes.

19  Q  Was Brooke aware of that case?

20  A  I don't know what my children was [were] aware of or not.

21     I'm assuming they knew I went to jail.

22  Q  Did you have a conversation with Brooke about the case?

23  A  I don't remember.

24  Q  Did you ever have a conversation with Erica about the

25     assault case?

Deborah L. Axt                                                    4-12-2007

Page 28

```
 1   A    I believe I answered that.

 2   Q    No, you haven't.

 3   A    I don't remember.

 4   Q    You just assume that they all knew about it?

 5   A    No, I did not say that.  I said I  - they knew I went to

 6        jail.  Other things that they  - we talked about or

 7        didn't talk about or they knew, I don't recall.

 8   Q    You had domestic violence actions with your husband; you

 9        don't know how many there were?

10   A    I was married for 20 years.

11   Q    Can you give me an estimate of how many domestic violence

12        cases wee filed between you and your husband?

13   A    No, I can't.  I don't know how many were filed.  I cannot

14        count how many times the police came to the house.  My

15        husband beat me on our first night on our wedding night,

16        so how would I remember?

17   Q    Your husband was eventually charged with assault.....

18   A    Correct.

19   Q    .....on one occasion, correct?

20   A    Correct.

21   Q    Can you tell me about that occasion that led to an

22        assault charge?

23        MR. JAKUBOVIC: I'm going to object to the form of the

24   question.  I don't think she needs to give a narrative.  If

25   you have a specific question,.....
```

Deborah L. Axt                                                           4-12-2007

Page 29

1        MR. GREENFIELD: Well, I'd like her to tell me about the

2   facts that led to the charge of assault against her husband.

3   A    Why is all my personal life.....

4        MR. GREENFIELD: You can answer the question.

5   A    Him and my daughter were home sick; I lived in a separate

6        apartment; I was just about, the next day, to be released

7        out of  - I can't really remember what it's called, but

8        outpatient treatment place for.....

9   BY MR. GREENFIELD:

10  Q    Anchorage Psychological or Psychiatric Institute; does

11       that sound correct?

12  A    No, that would be the other  - the other place.

13  Q    What other place?

14  A    I said I don't remember what it's called.

15  Q    Is it, excuse me, Alaska Psychiatric Institute?

16  A    I said no.

17  Q    Was it Southcentral Counseling and Crises Treatment

18       Center?

19  A    I've never been to Southcentral Crises Treatment Center.

20  Q    Was it Providence Hospital?

21  A    No.

22  Q    Was it Elmendorf Air Force Base Hospital?

23  A    It was a place outside of API that monitors your anti-

24       depressants before you can go home.

25  Q    Keep telling me what happened.  Your daughter was home

Deborah L. Axt                                                4-12-2007

Page 30

1     sick with your husband.  Which daughter, by the way, was

2     at home sick with your husband?

3  A  Erica, I believe.

4  Q  And you were let out.....

5  A  On a day pass.  I was due to get out the next day and I

6     had found out that he had  - went through my whole

7     apartment when I was gone and cancelled all my credit

8     cards, my personal belongings.  While he was sleeping, I

9     opened up his wallet and took out a joint credit card and

10    went to cancel it because I wanted my name off of it.  He

11    found me opening up his wallet, beat me up; he called the

12    hospital and said that I was threatening to kill myself

13    and my kids, which I wasn't.  I took the kids because

14    they were all just coming home from school when this

15    happened.  They didn't see it but I grabbed  - grabbed

16    them, went to my apartment, called the police.  I went

17    straight down to the courthouse, got a restraining order.

18    He showed up at the courthouse to try to get a

19    restraining order against me because he wanted me to stay

20    away from the residence and the kids.  He took the

21    vehicle I was driving, took the other car keys, threw

22    them in the middle of 4th Avenue in the snow.  The judge

23    ordered us to stay  - that he wasn't going to keep either

24    party away from the house or either party away from the

25    kids and I went to go get the kids and he tore up the

Deborah L. Axt                                                      4-12-2007

Page 31

1          restraining order, beat me up and threw me down the

2          stairs.

3    Q    Did the kids see that happen?

4    A    I'm not sure, and no alcohol was involved at that time.

5    Q    Do you remember giving testimony in court regarding this

6          case?

7    A    I'm sure I did where he slammed my head against the wall

8          and the stairs and I went to Mapco to call the Crises

9          Center which you had to do before you could go to an

10          intake because it was a second time that I was gonna go

11          stay there.  I passed out from my head injuries when I

12          was there and went to Providence.

13   Q    Do you remember testifying that the children did, in

14          fact, see your husband do this to you?

15   A    I said I didn't remember.

16   Q    Is there any reason to believe that when you were

17          testifying in court, you weren't telling the truth about

18          the incident?

19   A    No, I'm sure it was the truth.  I try to forget my ex-

20          husband.

21   Q    You stated that you were hit in the head and you passed

22          out and you went to the hospital for head injuries?

23   A    And bruises, yes, they did several CAT scans.

24   Q    What was the results of the CAT scans with your head

25          injury?

Deborah L. Axt                                                    4-12-2007

Page 32

1   A   I'm not sure.  I know I was on heavy pain killers for a
2       long time.
3   Q   I apologize.  This happened what year that you were taken
4       to the hospital?
5   A   I believe it was January or February '90  - February '99.
6   Q   And what type of.....
7   A   I believe it was February 16th.
8   Q   What type of medications or heavy medications as you
9       describe were you put on for your head injury?
10  A   The ones  - I believe they put me on Anexsia but I'm not
11      sure.  I know I was on heavy pain killers for a long
12      time.
13  Q   I apologize.  This happened what year that you were taken
14      to the hospital?
15  A   I believe it was January or February  - February '99.
16  Q   And what type of.....
17  A   I believe it was February 16th.
18  Q   What type of medications or heavy medications, as you've
19      described, were you put on for your head injury?
20  A   The ones  - I believe they put me on Anexsia but I'm not
21      sure on  - exactly.
22  Q   What kind of medication?  I apologize.
23  A   Anexsia.
24  Q   Anexsia.  And would that have any.....
25  A   But I'm not sure if that was that time or another time.

Deborah L. Axt                                                    4-12-2007

Page 33

1   Q   Were there other times that you suffered head injuries as

2       a result of your husband beating you?

3   A   Yes, he liked to hit me in my head.

4   Q   How often would he hit you in the head over this 19 or 20

5       year period?

6   A   Weekly.

7   Q   And from being hit in the head, you went to the hospital

8       on several occasions as a result of injuries?

9   A   Several different times, yes.

10  Q   And were you ever diagnosed with having brain damage as a

11      result of him beating you in the head like this?

12  A   They said that I had way too many head concussions and

13      that they classified it as Muhammad Ali's Disease or

14      something.

15  Q   When was this classification made of you?

16  A   In '99 at Neighborhood Health.

17  Q   Who was the doctor that told you you had this Muhammad

18      Ali's Syndrome?

19  A   I don't know his name.  The Crises Center sent me over

20      there to be seen for extra medication and to see after I

21      was released out of Providence.  It's probably all in my

22      divorce records there.

23  Q   Can you tell me about some of the symptoms that you

24      sought as a result of these head injuries?

25  A   I don't have them anymore, but the first year I was

Deborah L. Axt                                                    4-12-2007

Page 34

1          divorced, I had many strokes.

2    Q     How many strokes did you have?

3    A     The doctor classified them as mini strokes where my face

4          and my hands would go numb.  I don't remember.

5    Q     This was between 1999 and 2000?

6    A     Yes.

7    Q     Did you suffer memory loss as a result of constantly

8          being beaten like this?

9    A     I don't think so, but who would know.

10   Q     What were the symptoms that the doctor told you  - what

11         symptoms were you.....

12   A     Chronic.....

13   Q     .....aware of?

14   A     .....headaches.  I get chronic headaches.

15   Q     And you don't know if there were any long-term or short-

16         term memory loss as a result?

17   A     I don't think there was any.  If there was, it was minor

18         where  - because I could describe the first beating he

19         give [gave] me, so I don't think it's that much of a

20         memory loss.

21   Q     During the course of these 19 years' worth of beatings,

22         did your children happen to see this abuse in the house?

23   A     According to our child investigation, yes.

24   Q     When you say according to your child investigation, can

25         you explain to us what that means?

Deborah L. Axt                                                    4-12-2007

Page 35

```
 1   A    DFYS was called and there was [were] child investigations
 2        done.  He was fighting for full custody of the kids and I
 3        was fighting for full custody.
 4   Q    Forget about according to this child investigation, did
 5        you yourself see your children seeing any of this abuse?
 6   A    I recall one incident but other than that, I don't recall
 7        any other time.  He liked to do it in the bedroom.
 8   Q    Do you think that this abusive relationship that went on
 9        for 19 years had an effect on your children?
10   A    Maybe some of the older ones but I don't think so.
11   Q    Do you remember a recorded interview with Detective Bolts
12        on September 10th of 2003?
13   A    I talked to Detective Bolts several times, so you'd have
14        to explain the circumstances.
15   Q    On September 10th, 2003 he had a conversation with you as
16        well as Detective Vandergriff in your home.  It was the
17        first time that they ever interviewed you.  Do you
18        remember that?
19   A    I remember somewhat of it.
20   Q    And when they were interviewing you, you were telling
21        them the truth, correct?
22   A    Of course.
23   Q    You had no reason to lie to them at that time?
24   A    I wouldn't lie to you about anything.  I wouldn't lie
25        then to anybody.
```

Deborah L. Axt                                                   4-12-2007

Page 36

1   Q   Do you remember saying to Detective Bolts regarding the

2       abuse that went on in your household, "My kids saw way

3       too much"?

4   A   That's what the child investigation said.  That was DFYS'

5       assessment.

6   Q   I'm asking, do you remember making that statement to

7       Detective Bolts on September 10th?

8   A   Do I remember making that statement?  No, I don't

9       remember making that statement.

10  Q   Is there any reason to believe that if you made that

11      statement, is there any reason to believe that statement

12      wasn't true?

13  A   I'm sure I probably said that, but like I said, I don't

14      recall it and that's what the DFYS investigation said, my

15      children saw way too much domestic violence, but they saw

16      him do other things other than just hit me.  They saw him

17      throw all of my clothes out the bedroom window.  He

18      [they] saw them throw my wedding ring across the street.

19      He [they] saw them throw all the food out the window.  He

20      didn't  - they didn't have to see him hit me.

21  Q   Do you remember attributing the psychological problems of

22      your kids to your  - to their father as to your ex-

23      husband's absence and behavior?

24      MR. JAKUBOVIC: I'm going to object.  Can you be more

25  specific than that; when and to whom and where and.....

Deborah L. Axt                                                    4-12-2007

Page 37

1    BY MR. GREENFIELD:

2    Q    Do you remember making that statement to Detective Bolts

3         on September 10th, 2003?

4    A    And what was that statement that I would have assumed  -

5         what statement are you saying I said?

6    Q    Officer Vandergriff said to you, and I just want you to

7         see if you can remember saying this; what's he doing all

8         night long?  Answer, I don't know.  Officer Vandergriff,

9         you've got more patience than I do.  Answer, well,

10        obviously.  What woman lives with a man for 20 years and

11        gets beats for 20 years and that doesn't.....  And then

12        the question, thank God, and you said, .....have

13        patience.  Question; thank God that's over.  Thank God

14        it's over.  Answer; yes, but my kids saw way too much

15        and.....  Question; have you checked on your insurance

16        with North Star for Erin?  Answer; no, I haven't.  I just

17         - I'm still reeling in there the fathers that don't see

18        their kids.  Even though he was abusive, he still needs

19        to be a parent and, you know, it really makes me angry

20        there's no more resources out there, you know, because I

21        know he's hiding half his income.  And you say, two for

22        child support to be so low and I know he's hiding half of

23        his income and any time he does talk to his kids, it's to

24        brag about what he's got, but he won't see them, he

25        won't, I mean, they  - they won't  - he doesn't even send

Deborah L. Axt                                                4-12-2007

Page 38

 1        them a birthday card or birthday present.  He won't

 2        surprise them with a new shirt or anything.  It really

 3        makes me angry and so you wonder why these kids have so

 4        many problems.  My son in June tried to kill himself.  He

 5        overdosed on Coricidin.  My kids are real into drugs.  Do

 6        you remember making that statement?

 7   A    Yeah (affirmative).

 8   Q    Do you feel that your son tried to kill himself because

 9        of the abusive that went on in the household?

10   A    No.

11   Q    Why do you think he tried to kill himself?

12        MR. JAKUBOVIC: I'm going to object; speculation.  And I

13   still don't see the relevance of these questions.

14        MR. GREENFIED: You can answer.

15   A    I am not in my son's head.  I know my children  - any

16        child would be less likely to do drugs and be happier if

17        they had both parents and yes, even if you're divorced,

18        even if I hate my ex-husband, he still should have been a

19        part of the children's lives.

20   Q    Do you believe your kids have problems and that it all

21        stems from you being in an abusive relationship?

22   A    I  - no.

23   Q    No?

24   A    There's  - there could be a lot of circumstances.

25        Statistics show that single moms with no father figure in

Deborah L. Axt                                              4-12-2007

Page 39

1          the kids' lives are more likely to be suicidal, to use

2          drugs, to get into trouble, and yes, Josef Boehm would

3          not have got a hold of Erin if my ex-husband was in their

4          lives.

5          MR. GREENFIELD: Well, I move to strike the answer as non-

6     responsive.

7     BY MR. GREENFIELD:

8     Q    My question to you was, do you believe that your kids

9          have problems and that it all stems from you being in a

10         abusive relationship?

11    A    And I answered that.

12    Q    And your answer was yes or no?

13    A    I said no.

14    Q    Do you remember making the statement to Detective Bolts

15         on September 10th, 2003, and he would pop 16, 20 at a

16         time.  You're talking about your son overdosing on

17         Coracin, and finally took too many with a bottle of cough

18         Robitussin and tried swimming.  He didn't want to come

19         out of the water and, you know, all my kids have problems

20         and it all stems from being  - me being in an abusive

21         relationship and the aftermath, you know, and I have to

22         work two jobs and as it is right now, I can't even afford

23         to pay even half my bills.  Is there any reason to

24         believe that the statement you made on September 10th,

25         2003 to Detective Bolts wasn't the truth?

Deborah L. Axt                                                    4-12-2007

Page 40

 1   A   Well, no, there's no reason to believe that because I'm
 2       sure I said that, but I have never witnessed my son take
 3       pills or cough syrup, so let's get that straight.  I have
 4       not  - I was not there to witness him going in the water.
 5       This is just what I heard from his friends.
 6   Q   But you made the statement, all my kids have problems and
 7       it all stems from me being in an abusive relationship.
 8       Did you not make that statement?
 9   A   I'm sure I did.
10   Q   When you made that statement and all the statements
11       contained in this recording, this transcript of interview
12       on September 10th, 2003, were your statements the truth?
13   A   I'm sure it was.  Yes, it was.  My  - I did not witness
14       my child doing that.
15   Q   Thank you.  Were you raped by your husband on more than
16       one occasion during the course of your marriage?
17   A   Yes.
18   Q   Was there an incident where your husband left you and
19       your kids on the side of the road?
20   A   Yes.
21   Q   Can you tell me about that incident?
22   A   I had a restraining order for breaking into my apartment
23       and I ran away from him and sprained my ankle.  The kids
24       got upset because their dad wouldn't see them unless I
25       agreed to see him too, so we went out to Wasilla to.....

Deborah L. Axt                                                    4-12-2007

Page 41

1   (witness crying).

2        MR. JAKUBOVIC: Can we take a break?

3        MR. GREENFIELD: Sure, absolutely.  Let's go off the

4   record.

5        MADAM REPORTER: We're off record at 3:41.

6   3:41:15

7        (Off record)

8        (Change to Video-Tape #2)

9   4:00:16

10       (On record)

11       MADAM REPORTER: We're back on the record at 4 o'clock and

12  I also changed to Video-Tape #2.

13       MR. GREENFIELD: Thank you.

14  BY MR. GREENFIELD:

15  Q    When we left off, we were talking about this occurrence

16       in Wasilla where you were left on the side of the road

17       and when that happened, you were with  - you were, in

18       fact, with your kids at the time, correct?

19  A    Yes.

20  Q    As a result of the abusive relationship that you were

21       subjected to by your husband, did your son start beating

22       up his sisters, specifically Erin?

23  A    He hit Erin when my ex and I were separated trying to do

24       joint custody but he took off with his girlfriend, turned

25       off his cell phone and left the kids by themselves and my

Deborah L. Axt                                                4-12-2007

Page 42

1        son got mad and hit his sister.

2    Q   As a result of the violence that happened in your

3        household, did you girls begin to take on a pattern of

4        taking guilt?

5        MR. JAKUBOVIC: I object to the question.

6    BY MR. GREENFIELD:

7    Q   Do you remember making that statement?

8    A   No.

9    Q   Do you remember giving testimony in your husband's

10       assault case on June 3rd, 1999?

11   A   I said no.

12   Q   You don't remember giving testimony in court?

13   A   I remember giving testimony in court.  The exact words of

14       my testimony, I don't remember.

15   Q   Is there any reason to believe that the testimony that

16       you gave in court was not the truth?

17   A   No.

18   Q   In court on June 3rd, 1999 according to the written

19       transcript, you made the statement that your girls were

20       taking on a pattern of taking guilt.  Do you know what

21       you meant by that?

22   A   No.

23   Q   You have no idea what you meant by that statement?

24   A   No, I don't.

25   Q   Is there any reason to believe that you didn't make that

Deborah L. Axt                                                    4-12-2007

Page 43

1       statement?

2   A   I don't remember what statement I made.

3   Q   Well, why your girls take on a pattern of taking guilt;

4       do you know?

5       MR. JAKUBOVIC: Objection; asked and answered.

6       MR. GREENFIELD: Objection noted.  You can answer.

7   A   I said I don't recall.  I don't remember.

8   BY MR. GREENFIELD:

9   Q   You don't remember making the statement or you don't

10      remember whether your girls were taking on.....

11  A   I don't remember either.

12  Q   Thank you.  As you sit here today do you believe that

13      your daughters were ever taking on a pattern of guilt as

14      a result of the abusive nature of the relationship

15      between you and your ex-husband?

16  A   I don't  - actually, I don't even know what the  - that

17      would actually mean, so I don't know.

18  Q   Do you know why you would make that statement on the

19      record to a court?

20  A   I said I don't know.

21  Q   Do you have a habit of making statements and not knowing

22      why you make them?

23      MR. JAKUBOVIC: Objection.

24  A   No.  It was a long time ago.  I was going through a

25      divorce and abuse thing.  I don't know.

Deborah L. Axt                                                    4-12-2007

Page 44

```
 1   BY MR. GREENFIELD:

 2   Q    You made the statement earlier that you remember the

 3        first beating that your husband ever gave you, so there

 4        was no problem with your memory.  So, I'm wondering now,

 5        is there a factor problem with your memory that's

 6        inhibiting you for remembering why you made the statement

 7        that your girls were taking on a pattern of guilt?

 8   A    No, there's  - I don't recall that.  I don't remember.  I

 9        think I've answered that numerous times.  I don't

10        remember.

11   Q    Ms. Axt, do you have a problem at all with your memory?

12   A    No, I don't believe so.  I don't know.

13   Q    You don't know?

14   A    Didn't I say that earlier?

15   Q    Well, you said you don't believe so.  I mean, you said

16        you don't know.

17   A    Because.....

18   Q    I'm just trying to clarify the record,.....

19   A    I'm just trying to.....

20   Q    .....Ms. Axt.

21   A    .....answer your question the best I can.  Enough; I've

22        already answered it.

23   Q    Well, I need to clarify the record.

24   A    And I said I don't remember.

25   Q    But my question is, do you believe that you have a
```

Deborah L. Axt                                                        4-12-2007

Page 45

1        problem with your memory?

2    A   And I think I answered that no, I don't believe so, but I

3        don't know.

4    Q   Thank you.  Again, Mrs. Axt,.....

5    A   Ms.

6    Q   .....Ms. Axt, I apologize, I'm not trying to challenge

7        you but it's very important that we just have a clear and

8        precise record of this deposition, so I'm not trying to

9        give you a hard time, but when you answer in double

10       negatives or you give me two different answers for the

11       same question, I have to be able to clarify for the

12       purpose of having a clean record in moving forward; do

13       you understand that?

14   A   Yes.

15   Q   Thank you.  Do you remember telling the court that your

16       husband beat you twice in one day in front of your kids?

17   A   That would be the last restraining order I got on him.

18   Q   So that did, in fact, happen?

19   A   Erica was home when it happened.

20   Q   Who else was at home?

21   A   The other kids were just coming home from school.

22   Q   You made the statement that he beat you twice in one day

23       in front of your kids.

24   A   I believe Erica is one of my kids.

25   Q   I understand she is one of your kids, but the statement

Deborah L. Axt                                              4-12-2007

Page 46

```
 1        was, and let's clarify the statement, he beat you twice

 2        in one day in front of your kids and that's plural.  So,

 3        did, in fact, your husband at the time beat you twice in

 4        one day in front of more than just Erica?

 5   A    (Long pause) Yes, he did.

 6   Q    Thank you.

 7   A    But he was hitting me when the kids were coming home from

 8        school trying to prevent me from getting in the pickup

 9        and taking off, pulling me out of the vehicle, throwing

10        me on the floor when I was trying to get in.

11   Q    And your kids witnessed this happen?

12   A    Yes.

13   Q    Thank you.  As a result of that incident, you attempted

14        suicide, is that correct?

15   A    Not that incident.

16   Q    What incident caused you to attempt suicide?

17   A    Another time he hit me and the kids tried to step in

18        between us.

19   Q    And I know this is not easy, but what did you do to

20        attempt suicide?

21   A    I filled the bathtub up with water, I grabbed beers and a

22        handful of pills and took them.

23   Q    And was this in 1998 or 1999?

24   A    '99.

25   Q    And as a result of your attempted suicide, were you taken
```

Deborah L. Axt                                                    4-12-2007

                                                                   Page 47

1          to the Alaska Psychiatric Institute?

2      A   Yes.

3      Q   And you were committed there for a period of how long?

4      A   They watched me on a 72 hour watch.

5      Q   Isn't it a fact that you were there for approximately two

6          weeks before being given a day pass which led to the

7          Charles Axt assault case?

8      A   If you're going to ask me questions, get your facts

9          right.

10     Q   Maybe you could correct me.

11     A   Ask a question and I'll answer it.

12     Q   So then, you were only there for 72 hours; you weren't

13         there for two weeks?

14     A   When I attempted suicide, the police came into my

15         apartment, arrested me, I was taken for a 72 hour watch.

16     Q   And were you then released after 72 hours?

17     A   I was.

18     Q   So, was this a separate incident that led you to be

19         committed to this Alaska Psychiatric Institute?  Were you

20         there for two weeks before given a day pass?

21     A   Ask a question I can understand.

22     Q   Okay, let me try and break this down.  Were you at the

23         Alaska Psychiatrist Institute on more than one occasion?

24     A   Yes.

25     Q   How many occasions were you at the Alaska Psychiatrist

Deborah L. Axt                                                    4-12-2007

                                                                  Page 48

1          Institute?

2    A     Two.

3    Q     So, the first time was as a result of you attempting to

4          kill yourself, correct?

5    A     Yes.

6    Q     And why were you there for a second time?

7    A     Because as soon as I got out and went home, I tried it

8          again.

9    Q     Did you try it in the same fashion?

10   A     Yes, I did.

11   Q     And who found you?

12   A     I was talking to a friend of mine that called the police.

13   Q     Who found you the first time?

14   A     The police.  I don't know.  I don't know who called them.

15   Q     And the second time you went as a result of the suicide

16         attempt, how long were you there?

17   A     The exact days, I don't know.  I was there for probably

18         three or four days, put on anti-depressants and then

19         transferred to the other place to monitor my medication.

20   Q     And you were held there for.....

21   A     I wasn't held, it was volunteer.  That's why I could go

22         out on a day pass.

23   Q     Did you go out on several day passes prior to the

24         incident that led to the assault charge against your

25         husband?

Deborah L. Axt                                                    4-12-2007

                                                                  Page 49

 1    A    Yes.

 2    Q    And when you were there, were you prescribed any

 3         medications?

 4    A    I believe I just said that.

 5    Q    What were you prescribed?

 6    A    Effexor.

 7    Q    And do you know what that medication is prescribed for?

 8    A    I believe I said that already.

 9    Q    Can you answer the question, please, Ms. Axt?

10    A    Anti-depressant.

11    Q    Thank you.  After the incident that led to this assault,

12         did you go back to the institute?

13    A    No, I did not.

14    Q    Have you ever been back since that time period?

15    A    Nope (negative).  I should say no.

16    Q    Thank you.  Aside from the Alaska Psychiatric Institute,

17         have you ever been committed to any other psychiatric

18         type institutes?

19    A    Ask that again.

20    Q    Have you ever been committed to any other type of

21         hospital or psychiatric institute?

22    A    In what time frame?

23    Q    In your life.

24    A    Yes.

25    Q    Where and when?

Deborah L. Axt                                                  4-12-2007

Page 50

```
 1   A    August 1988 at Elmendorf.
     Q    And how long were you at Elmendorf in August of 1988?
 2   A    I think five days.  I'm not sure.
     Q    And why were you there?
 3   A    Depressed, I guess.
     Q    Were you prescribed any medications when you were there?
 4   A    No.
     Q    Were you given counseling when you were there?
 5   A    Yes.
     Q    You weren't given any type of a diagnosis of any problem
 6        while you were there?
     A    Yeah (affirmative), I was depressed.
 7   Q    Did you take yourself there or were you committed by
          another person?
 8   A    I took myself there.
     Q    Did your family have knowledge of you taking yourself
 9        there?
     A    My ex-husband drove me there.
10   Q    Did your children know that you were there?
     A    Why are you asking this because Erin wasn't even born?
11        MR. JAKUBOVIC: I have to continue to object on relevance
     of this entire line of questioning.
12        MR. GREENFIELD: Your objection is noted and you can just
     have a standing objection, if you'd like, counsel.
13        MR. JAKUBOVIC: I would like to do that.
          MR. GREENFIELD: Thank you.
14   BY MR. GREENFIELD:
     Q    Can you go ahead and answer the question, please?
15   A    What question was that?
     Q    Did your children know that you were at Elmendorf Air
16        Force Base Hospital?
     A    They were too little to know.  I don't know.  They were
17        too young.
     Q    And how many times were your treated at Elmendorf Air
18        Force Base Hospital?
     A    Once.
19   Q    Aside from Elmendorf Air Force Base Hospital and the
          Alaska Psychiatric Institute, were you taken to any other
20        type of crises or counseling centers?
     A    Besides the AWAKE Shelter, no.
21   Q    What about Southcentral Counseling and Crises Treatment
          Center, have you ever been there?
22   A    I said no at the very beginning of this conversation.
     Q    And Providence Hospital, have you ever been there?
23   A    I've had lots of surgeries there or not a lot but I've
          been there a couple of times but not for psychiatric.
24   Q    So the only psychiatric type places you were at was just
          the Elmendorf Air Force Base and the Alaska Psychiatric
25        Institute, correct?
```

Deborah L. Axt                                                    4-12-2007

Page 51

 1  A    And then the outpatient thing, whatever; CT whatever it's
 2       called.  I don't know.
 3  Q    CT what?  Give your best to give us the name, if you
 4       could.
 5  A    I don't know.
 6  Q    Do you know where it's located?
 7  A    In front of API.
 8       MR. JAKUBOVIC: Can I ask a  - perhaps she's talking about
 9  Providence Breakthrough Treatment Center.
10  A    It wasn't called that, but it's  - no, no, no.  It was
11       part of API that  - for the patients that once they got
12       on medication and was not in a threat of harming
13       themselves anymore, they couldn't just send you out
14       without care without monitoring your  - to see if there
15       was a drug reaction.
16  BY MR. GREENFIELD:
17  Q    Aside from your son attempting to commit suicide on one
18       occasion and you attempting to commit suicide on two
19       occasions, have any other of your other children
20       attempted suicide?
21  A    Erin.
22  Q    On how many occasions has she attempted suicide?
23  A    One.  One.
24  Q    Once?  No more than once?
25  A    Not that I know of.

Deborah L. Axt                                                    4-12-2007

Page 52

1   Q   And what year was that?

2   A   It was approximately five weeks from the start of the Joe

3       Boehm trial.

4   Q   And how did she attempt to commit suicide on that

5       occasion?

6   A   She took a handful of Advil.

7   Q   And where did she do this?

8   A   At our house when I was gone.

9   Q   And where were you?

10  A   Probably working.  I'm not sure.

11  Q   I would think that you would remember a night or day like

12      that, so if you can, try to jog your memory.  And I'm

13      going to ask you again; where were you when she tried to

14      commit suicide?

15  A   And I already answered that.  Probably working.  I'm not

16      sure.

17  Q   How did you find out about it?

18  A   I got a phone call.

19  Q   You got a phone call from whom?

20  A   I don't know if it was his (indiscernible) or the friend

21      that called the ambulance for her or I don't even know if

22      there was an ambulance called.  Whoever notified whoever.

23      Kathryn.

24  Q   What did you say at the end there?  I.....

25  A   I don't know.  I wasn't there.  Erin was talking to a

Deborah L. Axt                                                      4-12-2007

Page 53

1          friend, somehow someone found out, someone took her to

2          the hospital.  How she got there, I'm not sure.  I met

3          her there.

4    Q    Did you get a call on your cell phone or a land phone?

5    A    I don't know.

6    Q    Did you have a cell phone at the time?

7    A    Yes.

8    Q    Were you at a bar when you got that call?

9         MR. JAKUBOVIC: Object; she just answered the question.

10        MR. GREENFIELD: I'm seeing if I can refresh her memory,

11   counsel.

12   BY MR. GREENFIELD:

13   Q    Were you at a bar when you got that call?

14   A    I said I don't know if I was at work or where I was.

15   Q    Thank you.

16   A    Didn't you say not to guess?

17   Q    Was your daughter, Erica Axt, ever arrested and charged

18        with selling drugs?

19   A    No.

20   Q    Was she ever charged in any capacity with possession of

21        drugs?

22   A    No.

23   Q    How about Brooke Axt; was she ever arrested for selling

24        drugs?

25   A    Yes.

Deborah L. Axt                                                    4-12-2007

                                                                  Page 54

 1   Q   And what year was that?

 2   A   Don't know.

 3   Q   Can you give me your best estimate, please?

 4   A   When she was turning 18, I believe.  I'm not sure.  I

 5       said I don't know.

 6   Q   What year was she turning 18?

 7   A   I don't know.  She was born in '79.

 8   Q   So, is it your belief then in 1997 she was arrested for

 9       selling drugs?

10   A   I said I don't know the dates so you do the math.  I

11       don't know.  You're killing me.

12   Q   Was she arrested with her boyfriend?

13   A   With him or on the  - what do you mean?

14   Q   Was her boyfriend arrested in connection with drug sales

15       along with your daughter?

16   A   Yes.

17   Q   And was there a conviction?

18   A   I believe her charges were dropped against her.

19   Q   And did the boyfriend, did his case result in a

20       conviction?

21   A   Yes.

22   Q   Do you know what kind of drugs they were caught

23       attempting to sell?

24   A   No, and he was attempting to sell.  She was arrested

25       because it was her vehicle.

Deborah L. Axt                                             4-12-2007

Page 55

1   Q    Do you know what kind of drugs they were?

2   A    I just answered that; no.

3   Q    Did the boyfriend ever sell you drugs, Ms. Axt?

4   A    No, I don't do drugs.

5   Q    But admittedly you hang around a drug crowd?

6        MR. JAKUBOVIC: Objection; she didn't admit that.

7   BY MR. GREENFIELD:

8   Q    Do you hang around a drug crowd?

9   A    Do you use drugs?

10  Q    Excuse me, Ms. Axt,.....

11  A    I don't know who uses drugs or who doesn't.

12  Q    Ms. Axt, have you ever made the statement that you hang

13       around a drug crowd and that these people are comfortable

14       doing drugs in front of you?

15  A    Probably.  I know a lot of people that do drugs.

16  Q    So, you probably made the statement or you did make the

17       statement?

18  A    I don't remember.

19  Q    Have you ever made the statement that your daughter Erin

20       hung around a bunch of druggies?

21  A    Pardon me?

22  Q    Did you ever make a statement that your daughter Erin

23       hung around with a bunch of druggies?

24  A    I don't know if I did or not, but I guess Joe Boehm was a

25       druggie, wasn't he?

Deborah L. Axt                                                    4-12-2007

                                                                   Page 56

1         MR. GREENFIELD:  Ms. Axt, I'm going to move to strike the

2     answer.  I would appreciate it, you know, moving.....

3     A    She hung around him.

4         MR. GREENFIELD:  I would appreciate it moving forward

5     that you could just answer the questions that I ask.

6     A    I'm trying to.

7         MR. GREENFIELD:  Thank you very much.

8     BY MR. GREENFIELD:

9     Q    Many of Erin's friends used drugs, did they not, Ms. Axt?

10    A    I don't know which ones of her friends did or didn't.

11         I'm sure some of her friends did.  I'm sure some of them

12         did not.  I don't know.

13    Q    Thank you.  Do you have a close relationship with your

14         daughter and talk to her about who her friends were?

15    A    I have a close relationship with her now.

16    Q    When she was a teenager between the ages of 11 and 16,

17         did you inquire about who her friends were and who was or

18         wasn't doing drugs around her?

19    A    Before 11, 12, yes, I knew everything she did.

20    Q    Thank you.

21    A    Or as much as a parent can know, I should say.

22    Q    Thank you.  Is Erin open and honest about whether or not

23         she was doing drugs between the ages of 11 and 15?

24         MR. JAKUBOVIC: Objection.

25    A    I never  - I still don't know what date or what age she

Deborah L. Axt                                                    4-12-2007

Page 57

1        first tried drugs.  I don't.....

2   BY MR. GREENFIELD:

3   Q    Thank you.  Ms. Axt, when your children were growing up

4        in your home, would you keep alcohol in the house?

5   A    Yes.

6   Q    You drank alcohol in front of your children?

7   A    Did I?  Yes.

8   Q    Did you get drunk in front of your children?

9   A    Maybe a couple of times.

10  Q    And you would frequent bars?

11  A    When I was married?

12  Q    Yes.

13  A    No.

14  Q    You never went to any bars when you were married?

15  A    Hardly any.

16  Q    After you were divorced, did you.....

17  A    After I was separated.

18  Q    You started going to bars?

19  A    Yes.

20  Q    Were there any specific bars that you liked to go to?

21  A    Al's Alaskan Inn.

22  Q    Where else?

23  A    Peanut Farm.

24  Q    How many times a week did you go to Al's Alaskan Inn

25       starting from the time of your separation?

Deborah L. Axt                                                    4-12-2007

Page 58

```
 1   A   I don't know.

 2   Q   Was it more than once a week?

 3   A   I said I don't know.

 4   Q   Certainly (indiscernible) best estimate and I don't think

 5       we're talking about a time frame that's too far away, so

 6       if you can, do your best to try and recall.  Starting in

 7       1999 after your separation, you started to go to Al's

 8       Alaskan Inn, that's your testimony.  How many times a

 9       week do you think you would go to Al's Alaskan Inn?

10   A   Probably two or three.

11   Q   And.....

12   A   I'm not sure.

13   Q   Your best estimate that it was two or three times and

14       over what time period did this two to three times a week

15       at Al's Alaskan Inn take place?

16   A   Early in '99 and then I got kicked out and stopped going

17       for a year and a half and then I went back there in 2001

18       and probably until 2003.

19   Q   So you believe then aside from a year and a half period,

20       you would go there two to three times a week?

21   A   Uh-huh (affirmative).

22   Q   Were there weeks that you would go more than two to three

23       times?

24   A   Could be.

25   Q   And in addition to going to Al's Alaskan Inn, were you
```

Deborah L. Axt                                                    4-12-2007

                                                                  Page 59

1          also going to the Peanut Farm, is that what you called

2          it?

3     A    Yeah (affirmative).

4     Q    Would you go to the Peanut Farm in the same weeks that

5          you would go to Al's Alaskan Inn?

6     A    I'm not sure.  Those are  - I don't know.

7     Q    Well, again, we're not talking about a long time ago,

8          we're talking in the last six to seven years, so try your

9          best to remember if you can.  Aside from the two to three

10         times a week that you would go to Al's Alaskan Inn, would

11         you also go to the Peanut Farm in those weeks?

12    A    I don't know.

13    Q    When was the first time you went to the Peanut Farm?

14    A    When was the last  - first time I went swimming.  I don't

15         know.

16    Q    Did you first go to the Peanut Farm after your separation

17         with your husband in 1999?

18    A    He and I went there for lunches when we were married a

19         couple of times.

20    Q    After your separation in 1999, would you continue to go

21         to the Peanut Farm?

22    A    Yes.

23    Q    And the Peanut Farm was a bar?

24    A    And a food establishment.

25    Q    Would you go to the Peanut Farm to drink?

Deborah L. Axt                                          4-12-2007

Page 60

1   A   And to eat.

2   Q   Would you go to Al's Alaskan Inn to drink?

3   A   Yes.

4   Q   Would you go to the Peanut Farm during the year of 1999

5       after your divorce with your husband?

6   A   Yes.

7   Q   Did you go more than once a week?

8   A   I don't know.

9   Q   Do you think you went at least once a week?

10  A   Probably.

11  Q   Do you think maybe you went at least twice a week?

12  A   I don't know.

13  Q   So, you were going to Al's Alaskan Inn two to three times

14      a week in 1999 and the Peanut Farm at least once a week;

15      that's your testimony.  Moving forward to 2000, you said

16      you were going to Al's Alaskan Inn two to three times a

17      week.  Were you also going to the Pea.....

18  A   I did not say.  That's when I believe I was kicked out

19      for a year and a half.

20  Q   Well, give me the exact time frame that you were kicked

21      out.

22  A   I don't know.

23  Q   Well, give me your best estimate of when you think you

24      were kicked out of Al's Alaskan Inn?

25  A   I don't know.

Deborah L. Axt                                              4-12-2007

Page 61

 1   Q   So, it's very possible then in 2000, you were going to
 2       Al's Alaskan Inn two to three times a week and the Peanut
 3       Farm once a week, is that correct?
 4   A   No, because I was dating Keith at the time and when he
 5       moved to Seattle in 2000, I wasn't allowed to go to Al's
 6       Alaskan Inn for his going away party.
 7   Q   So, in the year 2000, you believe that that's the time
 8       period that you were not allowed to go to Al's Alaskan
 9       Inn, correct?
10   A   Correct.
11   Q   Where would you go instead of Al's Alaskan Inn if you
12       wanted to have a drink?
13   A   I don't  - Asia Gardens or Peanut Farm.
14   Q   And during the year 2000 when you would go to Asia
15       Gardens or Peanut Farm, approximately how many nights a
16       week were you to go to these establishments?
17   A   I don't know.  You've already asked me this.  I'm going
18       to change my question [answer].  I don't remember.  I
19       don't keep track.  I don't keep a journal of when I go to
20       a bar, when I go to work and when I eat.
21   Q   You like going to bars, correct?
22   A   I like getting out of the house.
23   Q   And generally what time would you go to these bars?
24   A   I'd stop on my way home from work.
25   Q   And what time would that be?

Deborah L. Axt                                          4-12-2007

Page 62

 1   A   I work two jobs, it's hard to tell.

 2   Q   Generally when would you get off of work?

 3   A   Again, I work two jobs.  It's kind of hard to tell.

 4   Q   When you were working two jobs, can you tell me what your

 5       schedules were?

 6   A   Varied.  I was a wait  - I am a waitress and a banquet

 7       server.  There is no set schedules on those jobs.

 8   Q   When you were working two jobs, were you gone most days

 9       for the whole day?

10   A   No.

11   Q   When you were going to the bars, were you going during

12       the day generally or generally were you going at night,

13       if you can remember?

14   A   Night.

15   Q   And at night when you were going to the bars, was your

16       ex-husband at home?

17   A   He left state when we got divorced.

18   Q   So at night when you were going to the bars, who was at

19       home watching your children?

20   A   They would either be with their older sister or out at

21       friends.  Sometimes at home.

22   Q   In 1999 how old was Erin?

23   A   She was 10.

24   Q   When you would go to the bars, did you have a favorite

25       drink that you liked?

Deborah L. Axt                                                4-12-2007

Page 63

1    A    Bud Light.

2    Q    Anything else?

3    A    No.

4    Q    Just Bud Light?

5    A    That was my favorite drink.

6    Q    Did you drink anything other than Bud Light when you

7         would go to the bars?

8    A    For instance?

9    Q    I don't know.  I'm asking you.  I wasn't with you.

10   A    If I went to a Mexican restaurant and had dinner, I would

11        have a margarita.  Other than that, I would have a Bud

12        Light.

13   Q    Thank you.  Other than the head trauma that you suffered

14        on, you said, multiple occasions, did you have any other

15        significant health issues between the years 2000 and

16        2003?  Let's go with January 1st, 2000 until December 31st,

17        2003.  Let's go with that time period.  Did you have any

18        significant health issues?

19   A    Between what times?

20   Q    January 1st, 2000 and December 31st, 2003.  Why don't you

21        just go  - how about January 1st, 2000 until January 1st,

22        2004?

23   A    I was taken to the hospital several times with pleurisy.

24   Q    When were you taken to the hospital several times for

25        that?

Deborah L. Axt                                                      4-12-2007

Page 64

 1   A   Let's see, I passed out once when I was working at Sea

 2       Galley, so that would be '99, and then at Lone Star when

 3       I was working and that would be somewhere around 2000 or

 4       2003 time span and then I passed out once at Gallo's.

 5   Q   When did you pass out at Gallo's?

 6   A   Other than that, I can't remember.

 7   Q   You said you passed out once at Gallo's.  Do you know

 8       when that was?

 9   A   No.

10   Q   What are the symptoms of pleurisy?

11   A   Shortness of breath.  It's where the lining of your heart

12       contracts around your heart.

13   Q   Were you ever told what caused that?

14   A   No.

15   Q   Did you ever talk to a doctor about what caused that?

16   A   He diagnosed it as pleurisy.

17   Q   When was it diagnosed as pleurisy?

18   A   He said it was a pleuritic pain.

19   Q   When were you diagnosed with that?

20   A   When they took me to the hospital and hooked me up to

21       EKGs.

22   Q   And when was that?

23   A   When I went to the hospital on all those occasions.

24   Q   So, you were diagnosed with that on every occasion?

25   A   (No audible response).

Deborah L. Axt                                              4-12-2007

Page 65

1   Q   Did they give you any medication to resolve the problem?

2   A   I was prescribed Valium once.  Other than that, I don't

3       know.  There were a couple of times they prescribed

4       different things that I don't remember.

5   Q   In 2002 did you have cancer?

6   A   That would be 2003.

7   Q   When were you diagnosed with cancer in 2003?

8   A   April or May.

9   Q   What type of cancer were you diagnosed with?

10  A   I had cervical and I had a large cyst that attached to my

11      ovary to my uterus.

12  Q   And eventually you underwent a hysterectomy?

13  A   Correct.

14  Q   And when did you undergo the hysterectomy?

15  A   August 2003.

16  Q   And in 2002 were you experiencing severe stomach pains?

17  A   I was.

18  Q   And for how long were you experiencing these stomach

19      pains?

20  A   Well, I went on family medical leave in January.

21  Q   Of 2002?

22  A   2003.  All the month of December of 2002 I was sick.

23  Q   And this was after getting your DUI in 2002, correct?

24  A   Yes.

25  Q   Prior to December 2002, were you experiencing these

Deborah L. Axt                                                    4-12-2007

Page 66

```
 1          stomach pains, these severe stomach pains?

 2    A     I've always had stomach pains on and off, so sometimes

 3          women have cramps and other things, so.

 4    Q     When you went on medical leave in 2003, was that paid

 5          medical leave?

 6    A     No.

 7    Q     So, you were on medical leave throughout the entire year

 8          of 2003?

 9    A     I was on it three times.

10    Q     And for what periods of time were you on medical leave

11          each of the three times?

12    A     I'm not sure of the dates.  January or February, then in

13          March and then in August.

14    Q     And so there's 12 months in 2003; how many months were

15          you out on medical leave in total?

16    A     Six weeks for my hysterectomy.  I don't know; a couple of

17          weeks for my appendicitis and I don't know.

18    Q     That's two times.

19    A     You can only get 12 total, so probably 12 weeks total.

20    Q     And you weren't paid during that time?

21    A     No.

22    Q     What did you do for money?

23    A     I didn't.  I got child support.

24    Q     How much were you getting in child support?

25    A     I don't know how many kids were at home to know the exact
```

Deborah L. Axt                                                    4-12-2007

Page 67

1        amount.

2

3    Q   Didn't you make the statement that you thought your
4        husband was hiding money and you were given a very low
5        amount of child support?

6    A   I know he is, but that's besides the point.

7    Q   As a result of him hiding money and the result of your
8        divorce, did you ever, in fact, have to go on Welfare?

9    A   I went on Welfare the first time I left him.

10   Q   In 1999?

11   A   Yes.

12   Q   And did you go.....

13   A   How long were you on Welfare?

14   A   From February until I got a job in June or July of that
15       year.

16   Q   Did you ever go on Welfare again after that?

17   A   No.  I tried to apply for Medicaid when I had family
18       medical leave and they turned me down.

19   Q   I imagine times, at least from a financial standpoint,
20       during 2003 were rough?

21   A   I'm a strong woman, I can take it.

22   Q   But was it hard to get by financially in 2003?

23   A   Yeah (affirmative), just like any other days.

24   Q   Is it always hard for you to get by financially?

25   A   Depends on my work schedule.

Deborah L. Axt                                                    4-12-2007

Page 68

```
 1   Q   So there are times when you have no trouble financially,
 2       is that what you're saying?
 3   A   Correct.
 4   Q   In 2003 how was your financial situation?
 5   A   It was very bad.
 6   Q   How about 2004?
 7   A   Pretty good.
 8   Q   How much money did you make in 2004?
 9   A   I know what I made last year, probably the year before,
10       but I don't remember those other years.
11   Q   Did you file taxes in 2004?
12   A   I file taxes every year.
13   Q   In 2004 do you remember how much you put down on your
14       return?
15   A   Not unless I looked at the income tax paper.  I said I
16       know what I made last year and I know what I made the
17       year before.
18   Q   What did you make last year?
19   A   $31,000.
20   Q   What did you make.....
21   A   Or $32,000.
22   Q   What did you make in 2005?
23   A   $30,000 something.
24   Q   And with that $30,000 in 2005, did you have to support
25       more than yourself?
```

Deborah L. Axt                                                    4-12-2007

Page 69

1    A    Yes, everyone living in my house.

2    Q    And who would that be in 2005?

3    A    Erin and I can't remember when my son moved out.

4         Probably my son too.  He  - I don't know what he went  -

5         he moved to Colorado for a year.

6    Q    How about Erica and Brooke?

7    A    I help them out with bills, yes.

8         MR. ROOSA: Can we take a break, counsel?

9         MR. GREENFIELD: Yes.

10        MR. ROOSA: Just want to go off record.  I have to leave.

11   I have a prior commitment, so I'm going to move quickly, and

12   thank you again, counsel.

13        MR. GREENFIELD: Oh, no, thank you.  Appreciate it.

14        MADAM REPORTER: We're off record at 4:48.

15   4:48:02

16        (Off record)

17   5:09:06

18        (On record)

19        MADAM REPORTER: We're back on record at 5:09.

20        MR. GREENFIELD: Thank you.

21   BY MR. GREENFIELD:

22   Q    Let me return real quick; your attempted suicide when you

23        were in the bathtub, do you remember Sally Purser and one

24        of her sisters being the individuals who found you

25        unconscious in the bathtub?  Sally Purser and one of

Deborah L. Axt                                              4-12-2007

Page 70

1        Erin's sisters?

2    A   When I was  - attempted suicide in the bathtub, I never

3        passed out, and the police are the ones that found me.

4    Q   Is there a reason that your daughter would testify that

5        Sally Purser and one of her sisters found you?

6    A   I passed out in the bathtub, quit breathing, and somebody

7        pulled me out of the bathtub.

8    Q   So, it's quite possible that it wasn't the police?

9    A   It wasn't attempted suicide.  I quit breathing while I

10       was taking a bath.

11   Q   And after this you were committed to.....

12   A   No.

13   Q   This was another time?

14   A   I wasn't attempting suicide.

15   Q   Is there a reason that Erin Axt would testify that you

16       were on this at this time trying to commit suicide?

17   A   I have no idea why she would say that.

18   Q   Was she lying?

19   A   I don't think she knew why I  - I don't think she knew

20       that my heart had stopped.

21   Q   Thank you.  You stated that Erin tried to commit suicide

22       one time, and how old was she that one time?

23   A   Three weeks before the Federal trial.  I don't know how

24       old.

25   Q   You aren't aware that she again tried to commit suicide

Deborah L. Axt                                                          4-12-2007

Page 71

1        at age 16?

2   A    And where  - what  - no.

3   Q    You didn't know that?

4   A    (No audible response).

5   Q    Did you know that your daughter testified to trying to

6        commit suicide on two occasions; one at age 14 and one at

7        age 16?

8   A    The 16 must have been right before the Joe Boehm trial,

9        and yes, I knew about that.

10  Q    Well, how old is your daughter right now?

11  A    18.

12  Q    Where in 2007, April 2007,.....

13  A    And when was the trial?

14  Q    .....and two years was April 2005.

15  A    And when was the trial?

16  Q    The trial was back to 2004 and there never was a trial

17       itself.

18  A    No, the Federal trial.

19       MS. SULLIVAN: It was Federal sentencing.

20       MR. GREENFIELD: Sentencing hearing, yes.

21  A    Well, we still had to testify.  It was.....

22       MS. SULLIVAN: May of 2000.

23       MR. GREENFIELD: Okay.

24  BY MR. GREENFIELD:

25  Q    So then there was a time before that that she tried to

Deborah L. Axt                                                    4-12-2007

                                                                  Page 72

1          commit suicide at age 14?

2     A    Not that I know of.

3     Q    Do you know why she would testify that she tried to

4          commit suicide at age 14 and at age 16?

5     A    (No audible response).

6     Q    Were you out of town at any time during age 14 that you

7          wouldn't know that she tried to commit suicide?

8     A    I don't know when she tried or if she tried.

9     Q    Thank you.  Let's move on.  Do you know at what age your

10         daughter began having sex?

11    A    No.

12    Q    Do you know who Ronald Griffin is?

13    A    No.

14    Q    Do you know that your daughter had sex with Ronald

15         Griffin at age 13 and that he supplied her marijuana; did

16         you know that?

17    A    No.

18    Q    Did you know your daughter had sex with a boy named Adam

19         when she was 14?

20    A    No.

21    Q    She never told you that?

22    A    No.

23    Q    Were you aware that your daughter had sex with Sally

24         Purser and a friend named Jason in a bathroom at a

25         party.....

Deborah L. Axt                                                      4-12-2007

Page 73

```
 1   A   Do I.....

 2   Q   .....prior to her ever meeting Josef Boehm?

 3   A   No.

 4   Q   She never told you that?

 5   A   And do I need to know anything about my daughter's sexual

 6       life?

 7   Q   I don't know if you need to know or not.  I'm just asking

 8       if you do know, Ms. Axt?

 9   A   I don't know of any  - I don't want to know of any of my

10       children's sexual encounters.

11   Q   Did your daughter ever tell you, and we're talking about

12       Erin, did she ever tell you that she was raped by Warren

13       and Matt at a party?

14   A   Who?

15   Q   Two boys named Warren and Matt.  She says that she was

16       raped by Warren and Matt at a party.  One of the

17       individuals was the boyfriend of Sarah Wells.  Did your

18       daughter ever tell you about this rape?

19   A   She told me that she was raped a couple of times.

20   Q   Did she tell you she was raped by Warren and Matt?

21   A   I didn't ask names.

22   Q   When she told you she was raped, did you go to the

23       police?

24   A   She just told me like six months ago.

25   Q   Did you find out who it was that raped her?
```

Deborah L. Axt                                                    4-12-2007

Page 74

1   A   No, I didn't ask.

2   Q   Why not?

3   A   Because I didn't.

4   Q   Well, did you talk to her about filing a lawsuit against

5       Warren or Matt for raping her?

6   A   No, I didn't.

7   Q   Did you know that she was raped at age 13 by a boy named

8       Henry?

9   A   Yes.

10  Q   Did you go to the police when she was raped by Henry?

11  A   Yes.

12  Q   Did you file a report?

13  A   I believe so.

14  Q   Where did you file a report; what police station?

15  A   I don't know.  Detective Bolts set her up with an

16      appointment and took her to Nine Star and then she was

17      followed up by the doctor.

18  Q   Did your file a lawsuit against Henry for raping her?

19  A   I believe there are files  - charges filed, but I'm not

20      sure.

21  Q   Did you file a lawsuit?

22  A   Did I personally?  No.

23  Q   Why not?

24  A   Because I reported it.

25  Q   You reported it.  I understand you reported it to

Deborah L. Axt                                          4-12-2007

Page 75

1       authorities, but did you file a lawsuit on her behalf?

2   A   No.

3   Q   Why not?

4   A   Because I don't like courts or lawyers.

5   Q   So you didn't file a lawsuit for the rape from Warren and

6       Matt; you didn't file a lawsuit for when Henry raped her,

7       but he gave her an STD, correct?

8   A   Yes.

9   Q   What type of STD did he give her?

10  A   I'm not as sure that the actually  - he was one that give

11      [gave] it to her.

12  Q   But she had an STD at age 13, correct?

13  A   Yes, but she was also involved with, I won't say the name

14      so you don't object, certain other person at the time.

15  Q   So you're saying she had sex with a certain other person?

16  A   I don't know what she did with Joe.  I don't want to

17      know.

18  Q   You don't know because you were never with her and Joe,

19      correct?

20  A   Correct.

21  Q   You never saw her having sex with Joe, did you?

22  A   Correct.

23  Q   You never saw her smoking with Joe, did you?

24  A   No.

25  Q   You have no clue what she did with Joe, isn't that

Deborah L. Axt                                                          4-12-2007

Page 76

1          correct?

2      A    I don't want to.....

3          MR. JAKUBOVIC: Objection.

4      A    .....know.

5      BY MR. GREENFIELD:

6      Q    And you don't even know if she was with Joe, do you, Ms.

7          Axt?

8      A    Yes, I do.

9          MR. JAKUBOVIC: Objection.

10     BY MR. GREENFIELD:

11     Q    How do you know that?  Did you ever see them together?

12     A    Because Joe told me.

13     Q    Did you ever see them together; yes or no?

14     A    No.

15     Q    Thank you.  Now, Erin also ran away several times when

16          she was a teenager, didn't she?

17     A    Yes.

18     Q    When she ran away, would she tell you where she was

19          going?

20     A    Nope (negative).

21     Q    Do you know why she ran away several times?

22     A    Nope (negative).  Actually, yes, I do.  She didn't want

23          to follow the rules.

24     Q    So she ran away.  When she ran away, did she take bags of

25          clothes with her?

Deborah L. Axt                                                    4-12-2007

Page 77

```
 1   A    A backpack.

 2   Q    On each and every occasion she took a backpack?

 3   A    Nope (negative).

 4   Q    How many times did she run away?

 5   A    Quite a bit.

 6   Q    On how many occasions  - well, quite a bit; give me a

 7        number.

 8   A    I don't know.

 9   Q    Was it more than ten times?

10   A    Probably around ten times.

11   Q    And on how many of those ten times did she take a

12        backpack of clothes with her?

13   A    I don't know.  She usually snuck out the window or left

14        when I was sleeping.  I don't know.

15   Q    Do you know how old your daughter was when she first

16        smoked crack?

17   A    No.

18   Q    Do you know if she first smoked crack with Sally Purser

19        at age 13?

20   A    No.

21   Q    Did you know that your daughter smoked crack with Sally

22        and Kathleen Purser at age 13?

23   A    No.

24   Q    Do you remember a friend named Kristin Hall?

25   A    I remember the name.
```

Deborah L. Axt                                                    4-12-2007

Page 78

```
 1   Q    Did you know that your daughter at age 13 smoked crack
 2        with Kristin Hall?
 3   A    No.
 4   Q    She never told you that?
 5   A    No.
 6   Q    Did you know that your daughter had been doing drugs with
 7        Kristin Hall since the age of 10; did you know that she
 8        testified to that?
 9   A    No.
10   Q    You never saw any overt signs of your daughter on drugs
11        from age 10 to 13?
12   A    During the  - during the winter of 2002 to 2003 when Erin
13        would run away, yes.
14   Q    Well, I'm talking about from age 10 to age 13.....
15   A    And I'm saying.....
16   Q    .....with her friend.....
17   A    .....from.....
18   Q    .....Kristin Hall.....
19   A    .....2002.....
20   Q    How old was she in 2002?
21   A    I think 12.
22   Q    What year was your daughter born; do you know?
23   A    '88.
24   Q    So she was 14 in 2002.  So, if she was born in '88, we're
25        talking about 1998.  In 1998 did your daughter know Joe
```

Deborah L. Axt                                                    4-12-2007

                                                              Page 79

 1          Boehm?

 2     A    (No response).

 3     Q    Yes or no?

 4     A    What was the question?  I wasn't listening.

 5     Q    In 1998 at age 10, did your daughter know Joe Boehm; yes

 6          or no?

 7     A    No.

 8     Q    Did she have a friend named Kristin Hall at age 10?

 9     A    I don't know.

10     Q    So, you don't.....

11     A    I don't know when she met her.

12     Q    You didn't know that she was doing drugs at age 10 with

13          Kristin Hall?

14     A    Didn't I just answer that?

15     Q    Did you know that her mother Nikki (sp) was supplying

16          drugs to the two of them?

17     A    No.

18     Q    Your daughter testified to that.  Are you planning on

19          filing a lawsuit against Nikki for providing drugs to

20          your daughter at age 10?

21     A    I don't believe that  - age 10 she was  - in '99.

22     Q    Was your daughter lying?

23     A    Her dad left in '99, she saw him last on her 10th

24          birthday.

25     Q    Is your daughter lying then when she said that she was

Deborah L. Axt                                              4-12-2007

Page 80

1      doing drugs with her friend Kristin Hall at age 10, drugs
2      supplied by her mother Nikki; is your daughter lying?
3   A  She probably doesn't  - no, she probably doesn't know how
4      old she was just like I don't know how old she was.  I
5      had four kids at any given year and I can't tell you
6      exactly off the top of my head how old they are.
7   Q  So are you saying your daughter's memory is bad enough
8      that she doesn't know how old she was when she was doing
9      drugs with her friend Kristin Hall?
10  A  I didn't say that.
11  Q  Well, then, let's answer my question.
12  A  I said I don't know.
13  Q  Well, if you found out to be true that Kristin Hall's
14     mother Nikki began supplying drugs to your daughter at
15     age 10, would you be willing or are you going to file a
16     lawsuit if you find out that's true?
17  A  I don't know.
18  Q  Are you going to consider filing a lawsuit?
19  A  I don't know.
20  Q  Is there a reason you don't know?
21  A  Because I have a migraine.  I don't know.
22  Q  Do you know who Kelly Jackson is?
23  A  I've heard the name and I believe seen her once or twice.
24     I don't know.
25  Q  You don't know if you remember Kelly Hall or excuse me,

Deborah L. Axt                                                    4-12-2007

Page 81

1          Kelly Jackson?

2    A     Can we get on with it?  I've already answered I don't

3          know.

4    Q     Do you remember telling Detective Bolts that Kelly

5          Jackson had overdosed and was in a coma when your

6          daughter woke up next to her in the summer of 2002?

7    A     That would be in the summer of 2003 because I was in the

8          hospital; just got done having my appendicitis, thank

9          you, because she woke up when I had just got out of

10         surgery telling me mommie, come get me and I said I

11         can't, I'm in the hospital.

12   Q     Did you know Kelly's mom was providing drugs to Kelly and

13         Erin?

14   A     I found out later, yes.

15   Q     Did you file a lawsuit?

16   A     No.

17   Q     Did you go to the police?

18   A     I think the police were already involved.

19   Q     Why didn't you file a lawsuit?

20   A     I told the police.

21   Q     Why didn't you file a lawsuit?

22   A     Because I didn't.

23   Q     Didn't that bother you that somebody's parents were

24         providing drugs to your daughter at age 13?

25   A     Yes.

Deborah L. Axt                                                    4-12-2007

Page 82

1   Q   Did that appall you?

2   A   Yes.

3   Q   So why didn't you file a lawsuit?  Why didn't you do

4       something about it?

5   A   Because I already had my hands full with some dirty old

6       man supplying drugs to my daughter.

7   Q   So, you didn't feel like you needed to file a lawsuit?

8   A   (No audible response).

9   Q   By the way, did you ever see Joe supply drugs to your

10      daughter?

11  A   No.

12  Q   Thank you.  You had your daughter tested for drugs during

13      the period she was hanging out with Kelly Jackson, didn't

14      you?

15  A   I had her tested for drugs during the time that she ran

16      away one time and when she come [came] home,.....

17  Q   Where did you have her.....

18  A   .....I had her.....

19  Q   .....tested?

20  A   .....tested.

21  Q   Where did you have her tested?

22  A   At Northern Lights at some medical lab.

23  Q   And what were the results?

24  A   She was found positive for cocaine, marijuana and ecstacy

25  Q   Did you have her committed to a drug treatment program?

Deborah L. Axt                                                          4-12-2007

Page 83

```
 1   A    No.

 2   Q    Did you know her boyfriend John Nodastein (sp) or

 3        Notestein (sp)?

 4   A    Was that a question?

 5   Q    Did you know him?

 6   A    Yes.

 7   Q    Did you know that she was doing meth with him?

 8   A    No.

 9   Q    She never told you that?

10   A    She told me after she quit dating him.

11   Q    Did you go to the police and tell the police?

12   A    The police were told, yes.

13   Q    By who?

14   A    By me.

15   Q    Did you file a report?

16   A    No.

17   Q    Then who did you tell?  Who at the police did you tell?

18   A    Detective Bolts.

19   Q    And when did you go to Detective Bolts to tell him about

20        John Notestein?

21   A    During the whole time I was talking to him about the Joe

22        Boehm case.  I talked to him frequently.  He was told any

23        time I found out anything involving Erin.

24   Q    While I have all the recorded statements between you and

25        Detective Bolts and I make a representation to you that
```

Deborah L. Axt                                                          4-12-2007

Page 84

1        you never anything about John Notestein, so tell me when

2        you told him.

3    A   I don't know.

4    Q   Are you sure you told him?  Are you 100% sure you told

5        him?

6    A   I - would I bet my life on it, no, but I believe it was

7        a phone conversation and yes, I believe I did say it, but

8        no, I will not guarantee 100%.

9    Q   Did you file a lawsuit against John Notestein.....

10   A   No.

11   Q   .....for providing a 15 year old with meth?

12   A   No.

13   Q   Why not? Did he not have.....

14   A   Because I didn't.

15   Q   Did he not have enough money?

16       MR. JAKUBOVIC: Objection.

17   A   Because he wasn't a dirty old man.

18   BY MR. GREENFIELD:

19   Q   But he did not have enough money?

20   A   That's.....

21   Q   Was that the reason?

22   A   No.

23   Q   Well, what was the reason you didn't file a lawsuit then?

24   A   Because I didn't.

25   Q   How about Gase (sp) Bohn; do you know Gase Bohn, B-o-h-n?

Deborah L. Axt                                              4-12-2007

Page 85

 1    A    I've heard the name.

 2    Q    Did you know your daughter dated him after she dated

 3         Notestein until December of 2005?

 4    A    I don't know.

 5    Q    Did you know that Gase Bohn was a drug dealer?

 6    A    I don't know.

 7    Q    Did you know that your daughter testified that he was a

 8         drug dealer?

 9    A    I don't know.

10    Q    Do you not know because you didn't ask or did you not

11         know just because she didn't tell you?

12    A    I don't know.

13    Q    So you don't know about any of her boyfriends she did

14         drugs with; you didn't file lawsuits against any of the

15         individuals who raped her or provided her drugs and you

16         only know about one of her two suicide attempts, is that

17         correct?

18    A    That's what I said.

19    Q    So you don't know much about your daughter, do you?

20         MR. JAKUBOVIC: Objection.

21    A    (No response).

22  BY MR. GREENFIELD:

23    Q    You obviously don't, am I correct?

24    A    If I don't know about her.....

25    Q    Yes or no?

Deborah L. Axt                                                4-12-2007

Page 86

1    A    I guess not.

2    Q    Thank you.  Do you know Matt Turner?

3    A    Yes.

4    Q    Do you know your daughter got a protective order against

5         him on January 1st, 2007 or file for one?

6    A    Yes.

7    Q    Do you know what happened that resulted in her filing for

8         a protective order?

9    A    Yes.

10   Q    What happened?

11   A    I only know what was  - I was told.  I didn't know.  I

12        was working.

13   Q    What were you told?

14   A    That he brought up Joe Boehm, Erin got mad, they got in

15        an argument and a fight and he beat her up.

16   Q    Who told you that?

17   A    Erin.

18   Q    What if I told you she made a statement to the courts, a

19        written statement to the courts, that he tried to force

20        himself on her which then resulted in a fight, which

21        resulted in a broken nose and two black eyes?  Did she

22        tell you that rendition?

23   A    He  - she did say that he tried to force himself on her.

24   Q    And that was the reason that they got in a fight and that

25        she got hit; isn't that correct?

Deborah L. Axt                                                    4-12-2007

Page 87

 1    A    No, because he wouldn't  - she wouldn't have sex with him

 2         when he was forcing himself on her and it triggered Joe

 3         and her flashbacks.

 4    Q    And you know that because you share a brain with her?

 5    A    Because that's what she said.

 6    Q    Well, why didn't you say that to the court when she filed

 7         her paperwork and signed something under penalty of

 8         perjury?

 9    A    Well, I don't think it was under  - what she said was

10         correct.  She just didn't add in the other things.  Does

11         she have to announce to everybody she was involved with

12         Joe?

13    Q    Are you sure that she wasn't thinking about the time that

14         she got raped by Warren and Matt or when she was raped by

15         Henry or when she was given an STD; you sure she wasn't

16         thinking about that?

17         MR. JAKUBOVIC: Objection.

18    A    (No response).

19    BY MR. GREENFIELD:

20    Q    Do you know?

21    A    I know what she told me.

22    Q    Well, do you know if she was thinking about that?

23    A    Am I her?

24    Q    Exactly.  Let's move on.  Does Erin have a child?

25    A    No.

Deborah L. Axt                                                      4-12-2007

Page 88

1  Q    Is Matt Turner back in the house?

2  A    Yes.

3  Q    And when did Matt Turner come back in the house?

4  A    Like about a week after the protective order was filed.

5       MR. GREENFIELD: Can we go off the record?

6       MADAM REPORTER: You bet.  Off record.

7  5:33:04

8       (Off record)

9       (Change to Video-Tape #3)

10      (On record)

11 5:35:16

12      MADAM REPORTER: We're back on the record at 5:35 and I

13 have also changed to video-tape 3.

14 BY MR. GREENFIELD:

15 Q    Josef Boehm, we've talked a little bit about him today,

16      you know him?

17 A    Yes.

18 Q    When did you first meet Josef Boehm?

19 A    '99.

20 Q    1999.  Where did you meet him?

21 A    I believe at Al's Alaskan Inn.

22 Q    Al's Alaskan Inn.

23 A    But I'm not  - I can't remember for sure.

24 Q    Let me back up for one second.  Prior to coming in here

25      today, did you review any documents before having your

Deborah L. Axt                                        4-12-2007

Page 89

1         deposition taken?

2    A    I briefly looked over some, but I don't have my glasses

3         with me so I couldn't see.

4    Q    So you did look over some documents.  When did you look

5         over some documents?

6    A    Right before walking over here.

7    Q    What documents did you look over?

8    A    Erin's psychological evaluation and tried to look at that

9         first one, the court transcripts from the Federal, my

10        victim's statements, other ones were too small, I

11        couldn't read.

12   Q    So you looked at the court transcripts from your victim's

13        statement?

14   A    (No response).

15   Q    Did you look at the court transcripts where you were

16        asked questions by the US Attorney and by.....

17   A    I couldn't read them.

18   Q    So, you just looked at your victim's impact statement;

19        it's the only thing you reviewed before today?

20   A    I haven't been downtown here.  No, I don't go and see a

21        lawyer every day.

22   Q    Did you have any conversations with anybody about today's

23        deposition before coming in today regarding the subject

24        matter of your deposition?

25   A    They said to be there at 1:15 and they'd go over things.

Deborah L. Axt                                          4-12-2007

Page 90

1       I had to work late.

2    Q  Thank you.  Where did you review these or this document

3       prior to coming here?

4    A  Mr. Winner's office.

5    Q  Thank you.  And what time did you review this at Mr.

6       Winner's office?

7    A  About ten until two.

8    Q  Thank you.  So, you first met Joe in 1999 at where?

9    A  I believe at Al's Alaskan Inn or could have been Asia

10      Gardens.

11   Q  You're not sure which?

12   A  No, they're side-by-side.

13   Q  Who was he with when you met him?

14   A  Don Oiler.

15   Q  He was with Don Oiler or you were with Don Oiler?

16   A  I guess I was with Don Oiler.

17   Q  And when you met Joe Boehm, had you ever heard of him

18      prior to that occasion?

19   A  No.

20   Q  And was it just a brief meeting when you first met him?

21   A  I think the three of us had drinks.

22   Q  Anything else?

23   A  Not at that first meeting, no.

24   Q  So, other than drinks, you had drinks, how long did you

25      drink with him for?

Deborah L. Axt                                                4-12-2007

Page 91

1   A   I think I only had one with him.

2   Q   Do you remember what you talked about?

3   A   I really didn't talk to him.

4   Q   When did you next meet Joe Boehm?

5   A   I went with Don over to a town-home or something.  He was

6       either renting or buying and Joe Boehm was there.

7   Q   That who was renting or buying?

8   A   Don Oiler.

9   Q   And Joe was there?

10  A   (No audible response).

11  Q   How long after the first meeting was this meeting with

12      Joe Boehm?

13  A   I don't know.  I didn't pay attention.

14  Q   What year was this?

15  A   '99.

16  Q   Did you have drinks with him?

17  A   Yes, we also had drinks there.

18  Q   Do you remember what you talked about?

19  A   I really didn't talk to him.  I was there with Don until

20      I didn't.....

21  Q   You didn't have any real conversations with him that

22      night?

23  A   No.

24  Q   How about after that; did you ever see Joe Boehm again?

25  A   Yeah (affirmative), about a year or two later.

Deborah L. Axt                                              4-12-2007

Page 92

1  Q  In the first two conversations with Joe Boehm, did you
2     ever talk about what each of you did for a living;
3     exchange pleasantries like that?
4  A  I'm sure, but I don't know for sure.  I didn't  - I don't
5     remember what pleasantries I have with half the people I
6     talk to.
7  Q  Why is that?
8  A  Because I'm a waitress, I talk to lots of people.  I
9     don't really pay attention to everything I say.
10 Q  But you remember specifically meeting him in a bar and
11    you remember specifically going to a condo with him.  You
12    don't remember talking.....
13 A  I didn't go to a condo with.....
14 Q  Or to meet him, excuse me.
15 A  And I went  - didn't go there to meet him either.  I
16    didn't know he was going to be there.
17 Q  You don't remember having conversations about what you
18    guys did for a living?
19 A  Like I said, no, I don't remember who I talked to about
20    what I do for a living.  It's common knowledge and I'm
21    not ashamed of it, no.
22 Q  Did you have any idea what Joe Boehm did for a living?
23 A  No.
24 Q  How about what Don did for a living; did you know what
25    Don did for a living?

Deborah L. Axt                                                    4-12-2007

                                                                  Page 93

 1   A   He worked at a radio station.

 2   Q   And did Don ever tell you what Joe did for a living?

 3   A   No.

 4   Q   Did you ever inquire?

 5   A   No.

 6   Q   And you met him, you said, about a year and a half later?

 7   A   Uh-huh (affirmative).

 8   Q   What year was that?

 9   A   Either 2000 or 2001.

10   Q   And where did you meet him at in 2000?

11   A   Club Oasis.

12   Q   Club Oasis?

13   A   (No audible response).

14   Q   And what's Club Oasis?

15   A   A Bar.

16   Q   And what was the purpose of you meeting him at Club

17       Oasis?

18   A   I went  - went out, it was my birthday.

19   Q   Did you previously testify or give a statement that for

20       your birthday you went out for four days and you met him

21       one of the four days?

22   A   Probably.  That sounds like the year that I went out for

23       four years on  - four days in a row on my birthday, yes.

24       Probably.

25   Q   And Club Oasis, who were you with when you were with Joe

Deborah L. Axt                                                    4-12-2007

Page 94

1       Boehm?

2   A   I think at that specific time I was by myself.

3   Q   So, you approached Joe Boehm or he approached you on this

4       third occasion that you were with him?

5   A   They saw me there, they said hello.

6   Q   Who is they?

7   A   Don and Joe.

8   Q   They were together?

9   A   Yes.

10  Q   Did you have drinks with Don and Joe on that third

11      occasion?

12  A   They bought me a drink for my birthday.

13  Q   And did you guys talk?

14  A   Yes.

15  Q   What did you talk about?

16  A   They said they wanted to give me a birthday present.

17  Q   So they bought you a drink?

18  A   Yes, and.....

19  Q   At that point you still had no idea what Joe did for a

20      living?

21  A   No.

22  Q   Who Joe was; where he was from?

23  A   No.

24  Q   How about after the third time; did you see Joe again for

25      a fourth time?

Deborah L. Axt                                                    4-12-2007

Page 95

1    A    Yeah (affirmative), after I was arrested for my DUI.

2    Q    And you were told about Joe at that time by your daughter

3         Erin, correct?

4    A    Correct.

5    Q    And this was during a phone call you had when you were in

6         jail?

7    A    Yes.

8    Q    Tell me about that phone call with Erin.

9    A    I said that I couldn't get out of jail.  They said I had

10         - because I had property, I made too much money to get a

11        public defender but I didn't have no [any] savings or no

12        [any] money that I could afford an attorney, so they

13        wouldn't let me out of jail.  They wouldn't let me have a

14         - anything and after being in jail for, I believe, six

15        or five or six days, something like that, I think I was

16        there a total of eight before I finally got out.  Erin

17        said that she knows somebody that has lots of money that

18        said that he would help me get out of jail; help me get

19        money to get out of jail and get a lawyer.

20   Q    Did she tell you that was Joe Boehm?

21   A    She just said she knew somebody and his name is Joe and

22        he thinks he knows you.

23   Q    And at that point you didn't put two and two together;

24        you had no idea who she was talking about?

25   A    No, because at the time I didn't know his last name.

Deborah L. Axt                                                    4-12-2007

Page 96

1   Q   But this person that you didn't know didn't bail you out?

2   A   No.

3   Q   And, in fact, you did have money for a lawyer, didn't

4       you, because you hired one for $750?

5   A   My friends at work after they posted bond to get me out

6       of jail, helped me get that money, yes.

7   Q   And you got that money from your savings account?

8   A   Yes, but they helped me out with other things, so.

9   Q   So you did have money?

10  A   It took a long time on the phone to find somebody that

11      would represent me for $700, yes.

12  Q   And eventually you called Joe, correct?

13  A   Erin set up the  - Erin give [gave] me his number and

14      yes, I called him.

15      Q    Thank you.  So, when you called Joe, why did you call

16           him?

17  A   Because I wanted money for a lawyer and to bail my car

18      out of jail.

19  Q   So you had a conversation with him when you made this

20      phone call?

21  A   Yes.

22  Q   How long was your conversation?

23  A   I don't know.

24  Q   Do you remember the conversation you had on the

25      telephone?

Deborah L. Axt                                             4-12-2007

                                                             Page 97

1    A    No, not exactly.  We made an appointment to meet, but

2         other than that, I can't remember.

3    Q    You made an appointment to meet where?

4    A    At my house.

5    Q    So, you talked to him for how long before you invited

6         this gentleman that you had no idea who he was to your

7         house?

8    A    I don't know.  Not very long.

9    Q    Did you inquire about who he was on the telephone?

10   A    No, he said that he would help me out and Erin knew him

11        and so I.....

12   Q    Invited him over?

13   A    Yes.

14   Q    Did you ask for his first and last names?

15   A    No, I didn't.  Just said Joe.

16   Q    So, he came over, correct?

17   A    And he might have said his last name, I don't know.  I

18        don't remember.

19   Q    Had he said Boehm, would you have known.....

20   A    No.

21   Q    .....who he is?

22   A    No

23   Q    So you had been with this guy on three or four different

24        occasions, talked to him on the phone and you're telling

25        me you still have no idea who he was?

Deborah L. Axt                                                    4-12-2007

Page 98

1   A    No.

2   Q    So he comes over to your house and he was with a girl,
3        correct, when he came over?

4   A    No.

5   Q    He wasn't with anybody?

6   A    He was by himself.

7   Q    And when he came over, you had people at your house,
8        correct?

9   A    My children.

10  Q    In fact, you had Erin at your house, Erica at your house
11       and Chuck at your house, isn't that correct?

12  A    Probably, I'm not sure.

13  Q    Isn't it true that when Joe came to your house, that you
14       introduced him to Chuck?

15  A    I said I don't remember.  I don't know.

16  Q    You don't remember that so it's quite possible then he
17       came over with somebody, isn't it?

18  A    No, I know for a fact he didn't.

19  Q    You know for a fact that he came by himself but you don't
20       know for a fact if you introduced him to Chuck?

21  A    Anyone that comes over to my house, I introduce them to
22       whoever is in the room.  That's how I was raised; to
23       introduced people.

24  Q    So, when Joe came over to your house, Chuck was in the
25       room, Erin was in the room, Erica was in the room,

Deborah L. Axt                                                      4-12-2007

Page 99

```
 1        correct?
 2   A    Maybe when he first got there, I don't know.
 3   Q    Isn't it true that you showed him through your house
 4        after he got there?
 5   A    No.
 6   Q    So, you invited him into your house, you introduce him to
 7        your son and all your children were there.  Was Brooke
 8        there?
 9   A    No.
10   Q    So, it was just your three kids?
11   A    And I said, I don't even know for sure who was there if
12        anyone.  I know the conversation we had was private.
13        There was just him and I sitting on the couch talking.
14   Q    But you've testified that your children were there when
15        he came over?
16   A    Okay, then they were.
17   Q    Thank you.
18   A    And then they left.  I don't know.
19   Q    You don't know.  They could have been there, they might
20        not have been there.  You don't know?
21   A    They wasn't [weren't] in the room during the
22        conversation.
23   Q    And you're sure about that?
24   A    Positive.
25   Q    But you're not sure which children were there and you're
```

Deborah L. Axt                                          4-12-2007

Page 100

```
 1        not sure if Joe came with anybody, but you're positive he

 2        didn't have a girl with.....

 3    A   Oh, I'm very sure he did not.....

 4    Q   .....him?

 5    A   .....come with anybody.

 6    Q   And you had a conversation with him at that point,

 7        correct?

 8    A   Yes.

 9    Q   What did you talk about?

10    A   I asked if he would loan me some money.

11    Q   How much did you ask for?

12    A   $2,500.

13    Q   And that was the first of several times that you asked

14        him to loan you money, isn't that correct?

15    A   Yep (affirmative).

16    Q   You asked him on at least four occasions, isn't that

17        correct?

18    A   Probably.  I was getting kind of anxious.

19    Q   And, in fact, $2,500 was only your opening request.

20        Isn't it true that you, at one time, asked for $10,000?

21    A   Never.

22    Q   Never?

23    A   Never.

24    Q   You never asked for $25,000 after that?

25    A   No.
```

Deborah L. Axt                                                    4-12-2007

Page 101

1   Q    And you never asked for $50,000 in order to pay off your

2        house?

3   A    No.

4   Q    And your bills?

5   A    No.

6   Q    Never?

7   A    Never.

8   Q    So you're saying you asked for $2,500 on at least three

9        or four occasions?

10  A    The conversation was I offe  - asked if he could loan me

11       $2,500 or $1,500.  It didn't matter; anything would help

12       me out even if it was only $500.

13  Q    Let me stop you for a second.  You just said before you

14       asked, that you offered.  What did you offer?

15  A    I asked him to borrow $2,500.

16  Q    I understand that, but prior to you saying just now I

17       asked, you said I offered and then you said I asked.  So,

18       what did you offer first?

19  A    Well, I made this statement if he  - $2,500 was too much,

20       I would take less, but if he could help me out with

21       $1,500, that would be great.  I needed to bail my car out

22       and get a lawyer.

23  Q    And what did he say?

24  A    He said he liked helping single women and he wanted to

25       buy my daughters.

Deborah L. Axt                                                    4-12-2007

                                                          Page 102

 1   Q   That's what he said; quote, I like helping single women

 2       and I want to buy your daughters; is that what he said?

 3   A   First he said he liked to watch them have sex in the

 4       hotel room and that he had cameras and why not pay my

 5       daughters for what they could do free, and he wanted me

 6       to engage in sex with him too.

 7   Q   Really?  He said all that?

 8   A   Yes, and not ex  - I don't know the exact wording he

 9       used, but yes.

10   Q   Do you remember giving a statement on September 10th, 2003

11       to Detective Bolts, don't you?

12   A   The dates I don't know.

13   Q   Do you remember giving a statement about this

14       conversation that you've just described?

15   A   Yes.

16   Q   He said he wanted you to have sex with him too in this

17       conversation?

18   A   He said he wanted me there.

19   Q   Okay.

20   A   I believe his actual words were, I want you to be there

21       too or something like that.

22   Q   Are you sure about that?

23   A   I don't know.  I kind of got disgusted after the  - him

24       wanting my daughters.

25   Q   Now, I would like to read the statement you made.....

Deborah L. Axt                                                    4-12-2007

 1   A    I don't have my glasses on.  I already have a headache.

 2        I'm not gonna [going to] read anything.

 3   Q    Do you have our glasses in your purse?

 4   A    No, I left them at home.

 5   Q    Do you think you can try and read this for me?

 6   A    (No audible response).

 7   Q    I'd like you to read on Page 18, Lines 22 through 25, and

 8        then I'd like you to flip to Page 19 and I'd like you to

 9        read down through line 18.  Can you do that for me?

10   A    Line what one?

11   Q    Lines 22 through 25 on Page 18.  Can you read that first?

12

13        MR. GREENFIELD: There you go.  You were just on Page 18.

14   Now you were just there.  Turn back.  You're on 19.  Turn back

15   to 18.

16   A    I've already read 18.

17        MR. GREENFIELD: I want you to read it out-loud into the

18   record, please.

19   A    Why don't you read it out-loud and on the record?

20   BY MR. GREENFIELD:

21   Q    Would you please read?

22   A    I don't want to read it out-loud.

23        MR. GREENFIELD: Counsel, would you please instruct your

24   client to read out-loud on the record?

25        MR. JAKUBOVIC: You can read it.

Deborah L. Axt                                                    4-12-2007

Page 104

1        MR. GREENFIELD: Thank you.  Starting with Line 22.

2    A    This is ridiculous.

3        MR. JAKUBOVIC: It's just for the record.

4    A    Well, I just got done saying the pervert wanted to buy my

5         daughters.

6    BY MR. GREENFIELD:

7    Q    Can you read Lines 22 through 25, please?

8    A    Line, and -- uh -- he said that he could work something

9         out and he  - he  - it was then that  - uh -- he made the

10        comment about  - uh  - he was  - uh  - hotel in Spenard

11        and that  - uh  - he wants  - he wants.....

12        MR. GREENFIELD: No, that's not.....

13   A    .....what my daughters are.....

14        MR. GREENFIED: No, he says  - you're not reading it

15   right.  It says he.....

16   A    Yes, he knows what my daughters are doing and he can

17        watch it on videos what they do and he has the right

18        connections.  He likes to help single moms, which I

19        said.....

20   BY MR. GREENFIELD:

21   Q    Can you just read this, please, into the record?

22   A    .....that have daughters because they  - because if

23        they're going to do it for free, they might as well get

24        paid for it and  - uh  - if you're going to get paid for

25        it, they need somebody like him to protect them and he'll

Deborah L. Axt                                                          4-12-2007

Page 105

```
 1          look after them and he could help me out financially and
 2          I was stunned.....
 3    Q     Keep reading.  You're going down through Line 18, please.
 4    A     .....when he said that and I  - I said they're not
 5          prostitutes.  He goes I said I work two jobs.  He said
 6          oh, that is your cover.  I said my cover?  He goes yeah,
 7          I know what you do and I'm  - I'm going, you  - you do?
 8          News to me, and uh  - he goes  - yeah, I can give you
 9          whatever money you have in exchange and I'll take care of
10          you and your daughters and I said no, I don't want that
11          kind of thing.  I just  - I'll be glad to pay you back
12          the money.  Can you loan me some money.  He said no.  He
13          goes, I have lots of money.  I have all the money I need.
14          I can help  - I like to help single moms out with kids.
15    Q     Thank you.  That's through Line 18.  Thank you.  So you
16          just read that.  Did he ever say in that paragraph that
17          you just read, quote, I want to buy your daughter Erin;
18          yes or no?
19    A     No.
20    Q     Did he ever say, quote, I want to buy your daughter
21          Erica; yes or no?
22    A     No.
23    Q     Did he ever say I want to give you money in exchange for
24          having sex with your daughter Erin; yes or no?
25    A     (No response).
```

Deborah L. Axt                                                    4-12-2007

                                                                  Page 106

```
 1   Q   Did he say that in that paragraph you just read; yes or
 2       no?
 3   A   No.
 4   Q   Did he ever say I want to give you money in exchange for
 5       having sex with your daughter Erin; yes or no,.....
 6   A   No.
 7   Q   .....in that paragraph you just read?
 8   A   (No response).
 9   Q   No?
10   A   (No response).
11   Q   And this is a transcript from the interview you had with
12       Detective Bolts.  When you were telling Detective Bolts
13       what transpired in this conversation, were you telling
14       him the truth; yes or no?
15   A   Yes.
16   Q   And you gave this exact same testimony at the sentencing
17       hearing, did you not; yes or not?
18   A   Yes.
19   Q   Thank you.
20   A   But if you read between the lines,.....
21   Q   Excuse me.  There's no.....
22   A   .....it's implied.
23   Q   Excuse me.  Did you say if you read between the lines,
24       it's implied?
25   A   Yes.
```

Deborah L. Axt                                                    4-12-2007

1   Q   And do you take everything Joe says seriously; yes or no?

2   A   Any old pervert that makes a comment about any young

3       daughters, I think they're perverts.

4   Q   I ask you, do you take what he says seriously?

5   A   (No response).

6   Q   First of all, he never said what you said, but do you

7       take what he says seriously anyway; yes or no?

8   A   With  - what he said there?

9   Q   Yes or no?  Do you take what he says seriously; yes or

10      no?

11  A   I took that serious, yes.

12  Q   Do you remember making a comment later on in the

13      interview about Joe, quote, he is really strange and it

14      depends on how he is at the time too.  He swears certain

15      people are two different people.  Do you remember making

16      that statement?

17  A   Yeah (affirmative).

18  Q   So, do you know if he was high or not when he had that

19      conversation with you?

20  A   It was in the middle of the afternoon.  I.....

21  Q   Do you know if he was high or not; yes or no?

22  A   No, I don't know.

23  Q   And if he was high, it's your testimony that he could

24      believe some people are two different people, isn't that

25      correct?

Deborah L. Axt                                                    4-12-2007

Page 108

1   A   I don't know.

2   Q   Do you even know who he was talking about or even if he

3       knew he was talking about?  I mean, in the paragraph you

4       read, did you ever see the name Brooke; yes or no?

5   A   No.

6   Q   And you didn't see Erin, you didn't see Erica, did you;

7       you didn't see that in that paragraph, did you?

8   A   No.

9   Q   You didn't even see the word sex, did you?

10  A   No.

11  Q   And you made the comment, did you not, to Detective Bolts

12      on the same day that this guy swears certain people are

13      two different people?

14  A   Yes.

15  Q   And you even said that he thinks there are two different

16      Sallys, didn't you?

17  A   That's what Sally said.

18  Q   But you made the comment as if you knew that he is really

19      strange and it depends on how high he is at the time; did

20      you make that statement?

21  A   (No response).

22  Q   Did you make the statement?

23  A   Yes.

24  Q   And when you talked to Detective Bolts and you made that

25      statement, were you telling him the truth?

Deborah L. Axt                                              4-12-2007

Page 109

1   A    Yes.

2   Q    Thank you.

3   A    Off of hearsay.

4        MR. GREENFIELD:  Excuse me.  Please just answer the

5   question I ask.  I'm going to move to strike the last comment

6   as there was no question pending.

7   BY MR. GREENFIELD:

8   Q    You took a ride with him to work later that day, correct?

9   A    Yes.

10  Q    Before you did though, you stated in a statement that you

11       went across the street and spoke with a US Marshall about

12       this statement, correct?

13  A    Yes.

14  Q    Was this an official statement that he took from you?

15  A    His  - no.

16  Q    No?  Was this statement filed with the local police or

17       local authorities?

18  A    I have no idea.  His  - he brought his wife over and she

19       took notes of the conversation.

20  Q    Did you follow-up to see if this statement was filed that

21       you allegedly made?

22  A    No, I didn't because.....

23  Q    Why not?  I mean, this offended you, right, it was

24       terrible what you thought he said, correct?

25  A    He was a US Marshall.  He took  - had his wife take

Deborah L. Axt                                                    4-12-2007

```
                                                        Page 110
 1        notes.
 2   Q    Did you go back over at any time and follow-up as to
 3        whether or not they were taking any official action
 4        against Joe?
 5   A    No.
 6   Q    And you went home after you made this statement, the
 7        statement that you never bothered to follow-up, and you
 8        got in a car with Joe and you had him take you to work,
 9        isn't that correct?
10   A    Yes.
11   Q    And you called him several more times, isn't that
12        statements that you made to Detective Bolts?
13   A    Yes.
14   Q    You called him several more times to get rides to
15        different places, correct?
16   A    To borrow money and to get rides to Egan Center again for
17        the second time.
18   Q    Did he ever give you money?
19   A    No.
20   Q    He took you to other places though besides this Egan
21        Center when you got rides, didn't he?
22   A    Be specific.
23   Q    Well, isn't it true he took you to Rum Runners one time?
24   A    No.
25   Q    Never?
```

Deborah L. Axt                                                                          4-12-2007

Page 111

1   A    No.

2   Q    Are you sure about that?

3   A    Positive.

4   Q    And how about the Captain Cook Hotel; did he ever take

5        you over there too?

6   A    Maybe so because I worked there then.

7   Q    So maybe he even took you to Rum Runners?

8   A    He took me to work.  I needed rides to work, period.

9   Q    But you were taking the bus to and from work at that time

10       too, correct?

11  A    When I could, yes.  When I couldn't get a bus at certain

12       times, yes, he gave me a ride.

13  Q    And you've testified that the bus came every 15 minutes,

14       correct?

15  A    (No response).

16  Q    Yes or no?

17  A    Every 15 minutes?

18  Q    You made that statement, did you not; yes or no?

19  A    I don't believe so.

20  Q    Do you recall buses coming every 15 minute intervals when

21       you were trying to get to and from work?

22  A    Maybe at the transit station I can catch a different bus

23       every 15 minutes to a different direction home, but.....

24  Q    You have lots of friends other than Joe Boehm, correct?

25  A    Correct.

Deborah L. Axt                                                          4-12-2007

Page 112

1   Q   You had family, correct?

2   A   Yes.

3   Q   But you called Joe Boehm to give you the ride, correct?

4   A   After I called everybody else I knew.

5   Q   So, everybody you knew encompassed how many people?

6   A   I don't know.  I was.....

7   Q   Do you think you know more than 20 people?

8   A   Probably not.

9   Q   You don't think you know 20 people?

10  A   Casually, but I don't know 20 people's phone numbers.

11  Q   So, you know 20 people casually.  You had been with Joe

12      on two or three occasions at a bar, he had been in your

13      house once where he made a statement that bothered you

14      enough that you supposedly went to a U.S. Marshall and of

15      all the people you know, you called him on three or four

16      separate occasions to get money from him and to get rides

17      to work, is that correct; does that sum it up?

18  A   Well, first, he offered the rides to me and.....

19  Q   Well, let me ask you a question.

20  A   .....yes, I called him because I couldn't find anybody

21      else and I didn't want to be fired.

22  Q   Let me ask you a question.  He offered the rides to you

23      only after you called him, correct?  He didn't call you

24      up to offer you rides, you called him; that's what you

25      testified to, am I correct?

Deborah L. Axt                                                    4-12-2007

                                                              Page 113

 1   A    Yes.

 2   Q    Thank you.

 3   A    But the time he.....

 4   Q    And in those three or four times that you took rides with

 5        him, you obviously.....

 6   A    Twice to work, once home from the bar.  Be specific.

 7   Q    Okay.  Twice to work, once home from the bar,

 8        conversation in your house, did you know Joe's last name

 9        yet?

10   A    No.

11   Q    No?  You never bothered to ask what he did for a living?

12   A    No.

13   Q    You knew nothing about him but yet you were asking money

14        from him?

15   A    He said he had money that he could help out with.

16   Q    But you had no idea what his finances were?

17   A    No.

18   Q    But your daughter told you that he was rich, right?

19   A    She said he had lots of money.

20   Q    And Bambi Tyree even told you one time that he was a

21        millionaire, didn't she?

22   A    When I saw her.....

23   Q    Yes or no?  Did Bambi Tyree ever tell you that Joe was a

24        millionaire; yes or no?

25   A    Yes, after that.....

Deborah L. Axt                                          4-12-2007

Page 114

```
 1   Q   Thank you.

 2   A   .....occasion.

 3   Q   Thank you.  Do you remember what year you filed the

 4       lawsuit against Joe that's pending right now?

 5   A   Right after the Federal trial was over.

 6   Q   In 2005 you filed the lawsuit?

 7   A   I think that's when I first started looking at attorneys.

 8   Q   Were you looking at attorneys just to sue Boehm or were

 9       you looking at attorneys to sue Joe Boehm and the

10       numerous other people that have raped your daughter and

11       have given your daughters drugs?

12   A   Joe Boehm.

13   Q   Just Joe Boehm.  Is there a reason it was just Joe Boehm

14       and not all the other people that gave your daughters

15       drugs and raped your daughter?

16   A   You've already asked that question I don't know how many

17       times.

18   Q   Is it because you knew Joe Boehm now to be a millionaire;

19       is that why you wanted to file a lawsuit against him?

20   A   No, I wanted him to make sure he didn't hurt any other

21       little girls.

22   Q   Well, what about all the other people that hurt your

23       daughter; why didn't you want to make sure that they

24       didn't hurt anybody else?  Tell me why.  Why didn't you

25       want to make sure that they didn't hurt your daughter or
```

Deborah L. Axt                                              4-12-2007

                                                              Page 115

 1        anybody else; is there a reason?

 2   A    No.

 3   Q    And when you went to look for attorneys, how many

 4        attorneys did you look for?

 5   A    I inquired around.

 6   Q    Inquired around with how many different attorneys?

 7   A    I worked at the Captain Cook Hotel, a lot of lawyers came

 8        in there.  I asked several of them.  Several lawyers and

 9        several ex-judges.

10   Q    Did you tell your daughter you were doing this?

11   A    No.

12   Q    And you finally came upon Russ Winner as being your

13        attorney, correct?

14   A    He was introduced by a lawyer I wanted.

15   Q    He was introduced by a lawyer you wanted.  Who was the

16        lawyer you wanted?

17   A    One that's.....

18   Q    What was the lawyer's name that you wanted that

19        introduced you to Russ Winner?

20   A    It was a conflict of interest; he couldn't.

21   Q    What was the lawyer's name that you wanted?

22   A    Eric Sullivan.

23   Q    Eric Sullivan was the lawyer.  Why was it a conflict of

24        interest?

25   A    I have no idea.

Deborah L. Axt                                                    4-12-2007

Page 116

| 1 | Q | Well, did you ask him why it was a conflict of interest? |
|---|---|---|
| 2 | A | He said he was offered a bigger job or another job and it |
| 3 |   | might become a problem and he set me up with Russ. |
| 4 | Q | And did Russ call you or did you call Russ? |
| 5 | A | Mr. Sullivan introduced us. |
| 6 | Q | Where did he introduce you? |
| 7 | A | At Russ' office. |
| 8 | Q | Did Mr. Sullivan take you over to Russ' office? |
| 9 | A | I don't know if he took me over there or he told me to |
| 10 |   | meet him there.  I can't remember. |
| 11 | Q | How did you get there? |
| 12 | A | In 2005? |
| 13 | Q | Yes. |
| 14 | A | Probably drove. |
| 15 | Q | You drove over to Russ Winner's office.  So you did |
| 16 |   | drive..... |
| 17 | A | Or..... |
| 18 | Q | .....or somebody took you? |
| 19 | A | (No response). |
| 20 | Q | So you drove to Russ Winner's office..... |
| 21 | A | Or it could have been right after I got off work. |
| 22 | Q | Okay. |
| 23 | A | I do work on 5th Avenue. |
| 24 | Q | Okay. |
| 25 | A | Or I did. |

Deborah L. Axt                                                    4-12-2007

Page 117

1   Q   Did Erin go with you when you went to Russ' office?

2   A   Yes.  I - I don't know about the first initial meeting.

3       She did go with me to Mr. Sullivan's office; her and

4       Erica.

5   Q   Did she go with you to Russ Winner's office then?

6   A   Yes, but I don't know if it was a first initial meeting

7       or not.

8   Q   All right.  In fact, Erin didn't go to Russ Winner's

9       office, am I correct, until after the complaint was

10      filed; isn't that correct?

11  A   I said I didn't know if it was the first initial one or

12      not.

13  Q   Did you ever go over the facts of the complaint with Erin

14      before it was filed?

15  A   No.

16  Q   You just had the complaint filed without having Erin look

17      at it to find out if the facts and allegations set forth

18      in the complaint were true?

19  A   I listened to the trial.

20  Q   You listened to the trial, but there wasn't any

21      specific.....

22  A   I listed to Erin.

23  Q   But there was no specific testimony in the trial about

24      Erin being enslaved, am I correct?

25  A   I.....

Deborah L. Axt                                                    4-12-2007

```
                                                           Page 118

 1    Q    No, there wasn't, was there?

 2    A    Maybe not at trial.

 3    Q    No, and there was no specific testimony at the trial

 4         about Erin having sex with Joe, was there?

 5    A    No, not at trial.

 6    Q    Did you listen to your daughter's victim impact

 7         statement?

 8    A    Yes.

 9    Q    Oh, really?  Okay.  Do you remember her talking about

10         having sex with Joe during her victim impact statement?

11    A    No.

12    Q    No, but yet there were sex allegations in the complaint,

13         isn't that true?

14    A    (No response).

15    Q    Were there sex allegations in the complaint?

16    A    Yes.

17    Q    And you based the complaint off of work you heard at the

18         trial; yes or no?  That's what you just testified to,

19         isn't it?

20    A    I didn't set up the complaints until after  - I just

21         talked about what had happened to Erin.  What went

22         through the trial.  I give them what transcripts I had

23         from the trial and we met with Erin and Erin talked to

24         him.  When they decided on the things, I don't know.

25    Q    Are you testifying.....
```

Deborah L. Axt                                              4-12-2007

Page 119

1  A    I wasn't there.

2  Q    Are you testifying.....

3  A    I wasn't.....

4  Q    Are you testifying right now that Erin spoke with Russ

5       Winner prior to filing the complaint;.....

6  A    I.....

7  Q    .....yes or no?

8  A    .....don't know.

9  Q    Well, which is it?  First you said no and now you're

10      saying I don't know.  You said  - you've given me three

11      things.  You said she did talk.....

12 A    Well, you know, I don't know.

13 Q    You don't know?

14 A    I don't know.  Put it that way.  I don't know.

15 Q    Well, how would Erin have gotten over to Russ Winner's

16      office without you?

17 A    You know, you're not satisfied with any answer I give

18      you, so the answer is I don't know.

19 Q    I just want you to give me one answer.

20 A    I don't know.

21 Q    So, no, Erin didn't read the complaint before it was

22      filed;.....

23 A    I don't know.

24 Q    .....yes, she did read the complaint before it was

25      filed;.....

Deborah L. Axt                                                          4-12-2007

Page 120

1   A    I don't know.

2   Q    .....and I don't know.  You've give me three different

3        answers.

4   A    Okay.  Well, the answer is I don't know.

5   Q    Well, don't you think it would have been important to

6        know?

7   A    (No response).

8   Q    Do you think it would have been important to know?

9   A    I don't know.

10  Q    Just like you don't know why you didn't file lawsuits

11       against all the people that provided her drugs and raped

12       her?

13  A    You know, every time you ask a question, you're not happy

14       with any of the answers.  I don't know.

15  Q    Do you know when the first was.....

16  A    I don't know.

17  Q    .....that Erin actually  - can you let me finish the

18       question?  Do you know when the first time was that Erin

19       actually read the complaint?

20  A    I don't know.

21  Q    Would you be surprised to learn that she didn't read the

22       complaint until over a year it was filed?

23  A    I don't know.

24  Q    Would you be surprised to learn that she denied most of

25       the allegations that are set forth in the complaint in

Deborah L. Axt                                                    4-12-2007

                                                                  Page 121

 1        her deposition?

 2   A    I don't know.

 3   Q    Yet your name is on the complaint as guardian ad litem

 4        for your daughter; you allowed your name to be put on

 5        that complaint; isn't that correct?

 6   A    Erin was a minor.

 7   Q    So, you vouched for the facts set forth in the complaint

 8        when it was filed, didn't you?

 9   A    I don't know.

10   Q    Did you read the complaint before it was filed?

11   A    You know, I'm done.  I have a headache.  I've been really

12        patient with your badgering.

13   Q    Did you read the complaint before.....

14   A    I've had.....

15   Q    .....it was filed?

16   A    .....enough of your badgering.

17        MR. GREENFIELD: Counsel, can you instruct your client to

18   please answer the question?

19        MR. JAKUBOVIC: Please just answer it.

20   A    Well, I answer it the best I can and he.....

21   BY MR. GREENFIELD:

22   Q    Prior to the complaint being.....

23   A    .....listens to only what he wants.

24   Q    Prior to the complaint being filed, did you read it?

25   A    Yes.

Deborah L. Axt                                          4-12-2007

                                                        Page 122

 1    Q    And you agree with all the allegations set forth in it

 2         based on personal knowledge that they were true, correct?

 3    A    Yes.

 4    Q    Do you remember having a conversation with Kathleen

 5         Purser about why Sally Purser was in Seattle?

 6    A    Yes.

 7    Q    And do you remember her telling you why she thought Sally

 8         Purser was in Seattle?

 9    A    Yes.

10    Q    What did she tell you?

11    A    That Joe took her there.

12    Q    What else did she tell you?

13    A    I can't remember the exact conversation.  That she was

14         high and almost dead.

15    Q    Did you make a statement to Detective Bolts that you had

16         a conversation with Kathleen Purser and she told you that

17         Sally was there to do prostitution, porno films and film

18         videos and that Erin was next?

19    A    I believe that's what Kathleen said.  Something like

20         that.

21    Q    Thank you.  Prior to your DUI in 2002, do you remember

22         picking up your daughter, Sally Purser and Paxton Purser

23         one night at a gas station because they had to get out of

24         Kathleen's house because she was high on crack?

25    A    I remember picking up my daughter Erica, Sally and Paxton

Deborah L. Axt                                                          4-12-2007

                                                                       Page 123

1       at Taco Bell.....

2   Q   Was that it; Taco Bell?

3   A   .....and giving them a ride home.

4   Q   And did you make the statement that they had been with

5       Kathleen Purser and they left because Kathleen Purser was

6       strung out or high on crack?

7   A   I don't - I don't know why they called.  I don't know

8       who they were with.

9   Q   But did you make the statement.....

10  A   I don't remember.  I don't - it was in the middle of the

11      night.

12  Q   I'm not asking that.  I'm asking if you ever made the

13      statements to Detective Bolts that you picked them up at

14      Taco Bell because Kathleen Purser was at home strung out

15      or high on crack?  Did you make that statement?

16  A   At that particular time, I don't know.

17  Q   You don't know if you made the statement or you don't

18      know if Kathleen Purser was high on crack?

19  A   Kathleen - I - according to my kids, Kathleen was high

20      on crack a lot.

21  Q   Okay.

22  A   Have I seen it?  No.

23  Q   Did you make the statement that they were with Kathleen

24      on that night when she was high on crack?

25  A   I don't know because I don't know who they were with.

Deborah L. Axt                                                4-12-2007

Page 124

```
 1   Q   Would you make a statement like that to Detective Bolts

 2       if in fact you didn't know who they were with?

 3   A   If they weren't with her, no, I wouldn't have said that,

 4       but I don't believe that was the situation at that

 5       moment.  But I don't know.  The whole Taco Bell was full

 6       of cops when I showed up to pick them up.

 7       (Long pause)

 8   Q   Do you remember telling Detective Bolts on September 10th,

 9       2003 that approximately two years prior you found a glass

10       pipe in Erin's room?

11   A   I remember saying I found a glass pipe in Erin's room.

12       The date, I don't remember when it was.

13   Q   Well, let me read this to you.

14   A   You can read whatever you want.  I don't remember.

15   Q   Well, let me see if I can refresh your memory.  Answer,

16       And  - uh  - and she takes off at will and I know you've

17       actually  - question, you've actually gone through her

18       room, just looked through her room.  Answer, I have.

19       Question, (indiscernible).  Answer, several times

20       actually.  At one time I found, this was a couple of

21       years ago, a glass pipe.  Do you remember making that

22       statement?

23   A   I'm sure I did.

24   Q   Do you have any reason to believe that statement is not

25       true?
```

Deborah L. Axt                                                        4-12-2007

                                                                    Page 125

 1    A    Maybe the years ago wasn't true.

 2    Q    So you think that you were lying about finding a glass

 3         pipe two years prior to this statement in Erin's room?

 4    A    You know, why don't you ask the police?  I took it right

 5         down to the police station when I found it.

 6    Q    So you knew at that.....

 7    A    Find out on the date that it was logged in.

 8    Q    So you knew at that time, in 2001, that Erin had a drug

 9         problem?

10    A    I believe it was after two  - in 2002, but you know, it's

11         okay, whatever dates you say.

12    Q    Well, this interview was on September 10th,.....

13    A    Okay.  I said.....

14    Q    .....2000.  So, it was in 2001 that you.....

15    A    I don't know the exact date.  I don't keep a journal.

16         That's why I took it straight down to the police station

17         when I found it; so I don't have to remember anything

18         like that.

19    Q    Did you confront Erin about it?

20    A    No.

21    Q    Okay.

22    A    I took it down to the police department.

23    Q    But you didn't tell Erin you found it?

24    A    I don't know.  I don't walk up and say, guess what I

25         found in your room while I was searching it.

Deborah L. Axt                                                    4-12-2007

Page 126

1   Q   You don't?  You find a glass drug pipe in your daughter's

2       room in 2001 and you don't tell her about it?

3   A   How do you know I found it in 2001?  Look at the police

4       logs first before making a statement like that.

5   Q   Well, you're the one that made the statement.

6   A   Okay, and I didn't give a date, did I?

7   Q   Well, you said you found it a couple of years prior so

8       that would be 2001 so.....

9   A   And it could have been a couple of months prior.

10     Q   So then what you.....

11   A   Look at the police logs before you try to tell me and

12      pinpoint a year or a date.

13     MR. JAKUBOVIC: I'm going to object; this is all

14  argumentative anyway.

15  BY MR. GREENFIELD:

16   Q   So you're saying then the information you gave to

17      Detective Bolts could have, in fact, been incorrect?

18   A   I think we went over that.

19   Q   Well, you just said.....

20   A   No, I said I don't know if it was a year ago or two years

21      ago or five hundred years ago.

22   Q   Then why did you make the statement a couple of years ago

23      to Mr. Bolts?

24   A   Because, you know, every.....

25   Q   Because it sounded good or because it was true?

Deborah L. Axt                                                        4-12-2007

Page 127

```
 1   A    No.  Because I don't keep notes of everything and, you
 2        know, please, enough with that conversation.  I've
 3        already answered it.
 4   Q    So the statement you made to Detective Bolts weren't
 5        grounded in fact, they were grounded in speculation,
 6        opinion and guesses, am I correct?
 7   A    (No response).
 8   Q    Am I correct, Ms. Axt?
 9   A    I've already answered it.  I'm not answering it again.
10        MR. GREENFIELD: Counsel, could you please instruct your
11   witness to answer?
12   A    And how many times have I already.....
13        MR. JAKUBOVIC: I think she did answer that she doesn't
14   know.  I mean, she could have been mistaken.
15        MR. GREENFIELD: That's not what she said.
16   A    That's exactly what I said if you would ever pay
17        attention to your own ears.
18   BY MR. GREENFIELD:
19   Q    So you're saying then.....
20   A    Would you just change the question?  I've already
21        answered it.  I'm not answering it again.
22   Q    Ms. Axt, I'm asking you a question.  So then what you're
23        testifying to is the information that you gave to Mr.
24        Bolts or Detective Bolts in September 2003, you could
25        have been mistaken about, is that correct; yes or no?
```

Deborah L. Axt                                                    4-12-2007

Page 128

1    A    I don't know.

2    Q    You don't know if you were mistaken about the information

3         you gave to Detective Bolts?  Could you have been?

4    A    I said check the police log.

5         MR. GREENFIELD: Can we take a five minute break, counsel?

6    My throat hurts and I need a glass of water.

7    A    And I need to go home.

8         MR. JAKUBOVIC: Do you have much more?

9         MR. GREENFIELD: Not too much more.  You'll go home when

10   we're finished.

11        MADAM REPORTER: We're off record at 6:25.

12   6:25:47

13        (Off record)

14   6:36:42

15        (On record)

16        MADAM REPORTER: We're on record at 6:36.

17   BY MR. GREENFIELD:

18   Q    Your 2002 assault case, you were given a fine; do you

19        remember?  You had to pay a fine and you had to pay

20        treatment costs; do you remember that?

21   A    My 2002 DUI.

22   Q    Do you remember that?

23   A    Yes, I remember my 2002 DUI.

24   Q    Well, you were charged with assault and driving under the

25        influence.

Deborah L. Axt                                              4-12-2007

                                                        Page 129

```
 1   A    We've already went through this.   You  - I have already
 2        said they had dropped the assault charges.
 3   Q    Do you remember at the end of.....
 4   A    So I did not have a fine for an assault.
 5   Q    The DUI, do you remember there being a fine as well as
 6        costs for treatment?
 7   A    Yes.
 8   Q    And do you remember that on September 11, 2003, the
 9        prosecutor allowed for the treatment costs to be offset
10        by the payment to the fine; do you remember that?
11   A    I didn't pay attention to any court papers.
12   Q    But you went in and you made a request that you signed
13        off on.....
14   A    For the cost of my treatment to be taken off of my.....
15   Q    Right.  And do you remember that you did that on August
16        29, 2003; do you remember doing that?
17   A    Whatever date it was.
18   Q    Do you remember that the prosecutor on that date opposed
19        your request?
20   A    I don't know.  I know there was some going back and forth
21        and then they finally accepted it.
22   Q    Do you know why they accepted it?
23   A    No, I don't know.
24   Q    Well, do you know why they wrote in here.....
25   A    I'm not a lawyer.
```

Deborah L. Axt                                                    4-12-2007

                                                                  Page 130

 1   Q   Well, I have a question for you.  Do you know why they

 2       wrote MOA has become aware of some extremely unusual

 3       facts which necessitates the reversal of their position?

 4       Do you know what those extremely unusual facts were?

 5   A   No.

 6   Q   Did it have anything to do with your cooperation with

 7       Detective Bolts?

 8   A   I don't know.

 9   Q   Did you ever inquire what the extremely unusual facts

10       were?  I mean, you had made the request in writing when

11       it had been denied and then granted; do you remember why?

12   A   I just showed them more paperwork that I paid for it.  I

13       don't know why.  I took it over to the district attorney

14       and handed it to him, asked him to  - I don't know why.

15   Q   What district attorney did you go to?

16   A   I don't know.

17   Q   And did you fill this paperwork out by yourself?

18   A   It looks like my own signature.  I sure didn't have a

19       lawyer.

20   Q   And then there were some extremely unusual facts.  Are

21       you aware of what those extremely unusual facts were?

22   A   I already answered that.

23   Q   Ms. Axt, do you know if the extremely unusual facts and

24       the favor you were given was in connection with your

25       cooperation in an investigation against Josef Boehm?

Deborah L. Axt                                                          4-12-2007

Page 131

1    A    No, I do not know.

2    Q    Did you ever inquire what the extremely unusual facts

3         were?

4    A    No, I never knew they said extremely unusual facts.  I

5         just took down my treatment paper and the paper that went

6         with the court.  Other than that, they hadn't even looked

7         at it when I put it in the drop box.

8    Q    Well, on  - you say you don't know, but on August 29th or

9         August 28th, you filled out this request and the

10        prosecutor's reply was no and the order was no and it was

11        signed by the judge.  You went back 11 days later and you

12        requested it again.  It was signed off by the judge and

13        it was given to you.  You went through a series of events

14        to get this done.  What changed between August 29th and

15        September 11th of 2003 that caused you to go back over to

16        the court and have this decision reversed?

17   A    I didn't go back to court.  I got the paperwork again and

18        took it over to the office over there wherever it's at

19        and put it in somebody's drop box.

20   Q    What changed.....

21   A    I don't know.  I was not in the meeting.

22   Q    What meeting?

23   A    I don't know if there was even a meeting.  I don't know.

24        I put it in a drop box.

25   Q    Now, let me  - I want you just to listen to my question.

Deborah L. Axt                                                    4-12-2007

Page 132

1    A    Listen to my answer.

2    Q    You were denied on August 29th.

3    A    Did I have anything to do with that?  I don't know.

4    Q    Can you.....

5    A    I don't know why.  I don't know.

6    Q    Ms. Axt, I want you to be quiet and I want you to listen

7         to my question.  When I'm finished with my question, I

8         want you to answer my question.  I don't want you to

9         interrupt me, I don't want you to give me an attitude, I

10        just want you to answer the question to the best of your

11        ability.

12        MR. JAKUBOVIC: Counsel, she's answered.  She doesn't know

13   the answer three or four times.

14        MR. GREENFIELD: Wait a minute, counsel.  She hasn't

15   answered the question.

16   A    Yes, I did.

17   BY MR. GREENFIELD:

18   Q    Now, you filled this paper out, did you not, on August

19        the 28th; yes or no?

20   A    Yes.

21   Q    And it was denied and you had knowledge that it was

22        denied, correct?

23   A    When I received it in the mail.

24   Q    So, you had it denied, you knew it was denied but yet you

25        decided to fill out another request 11 days later.

Deborah L. Axt                                                          4-12-2007

Page 133

| | | |
|---|---|---|
| 1 | | Knowing it had been denied, you went back to fill out |
| 2 | | another request; yes or no? |
| 3 | A | Yes. |
| 4 | Q | There must have been a reason after just having it denied |
| 5 | | the week before that you would fill out another request. |
| 6 | A | Probably so I didn't have to pay more money. |
| 7 | Q | But you had just been denied and now you came up with |
| 8 | | some extremely unusual facts that got your request |
| 9 | | granted the second time, and I'm just wondering what |
| 10 | | happened in that 11 day period of time that extremely |
| 11 | | unusual facts arose. |
| 12 | A | I don't know. |
| 13 | Q | So, you just went for no reason and filled it out again |
| 14 | | on the chance that it would get granted and the, quote, |
| 15 | | extremely unusual facts materialized out of nowhere? |
| 16 | A | I don't know. |
| 17 | Q | You do know, Ms. Axt, and you're not telling the truth. |
| 18 | A | Are you calling me a liar? |
| 19 | Q | Yes, I am. |
| 20 | A | Then I suggest you be quiet.  I have answered you |
| 21 | | truthfully, you don't want to listen to that.  Don't you |
| 22 | | ever call me a liar. |
| 23 | Q | Well, you're trying to have us believe, Mrs. Axt or Ms. |
| 24 | | Axt,..... |
| 25 | A | I said I don't know. |

Deborah L. Axt                                                        4-12-2007

Page 134

1    Q    So, you don't know why you filled this paper out?
     A    I took it, filled it out again and submitted the
2         paperwork that  - from the ASAP saying that I did my
          treatment so it could be taken care of.  I took it down
3         to the office, dropped it in a drop box.  Other than
          that, I don't know.
4    Q    What prompted you to do it again after it had been
          denied?
5    A    Because I went to ASAP and got more  - another paper that
          said it was paid in full and I took it down again.  I
6         thought I would try one more time.
     Q    Those were the extremely.....
7    A    I don't know.
     Q    Were those the extremely extraordinary facts?
8    A    (No response).
     Q    Did you talk to Detective Bolts about this request ever?
9    A    I don't know.
     Q    Is it possible you did?
10   A    You know, I think I've talked to everybody about that
          stupid thing.  I think I've talked to everybody that I
11        was  - think that I was wrongfully arrested for DUI when
          the keys weren't even in my car and somebody else moved
12        it and I was sitting there because of a guy that wanted
          to beat the shit out of me and I had the nerve to slap
13        him back and I got arrested.
     Q    So, you.....
14   A    So enough.  Change the question.  I don't know.
     Q    So you did talk to Detective Bolts then?
15   A    I said I don't know.  I talked to about everybody.  Who
          that included, I don't know.
16   Q    Did you ever get an answer from Detective Bolts or
          anybody in connection with the Joe Boehm investigation
17        that they had this taken care of so that you could have
          your fines reassessed?
18   A    No.
     Q    Thank you.  In 2003 your son was arrested in a criminal
19        matter; do you remember that?
     A    No.
20   Q    You don't remember your son being arrested in 2003 or
          2004; late 2003, early.....
21   A    Which  - which  - get your years.....
     Q    .....2004?
22   A    .....and facts straight and ask me.
     Q    Late 2003, early 2004, do you remember your son being
23        arrested?
     A    For what?
24   Q    I don't know.  I'm asking you if you remember him being
          arrested?
25   A    Not in 2003.  I don't remember that.
     Q    Do you remember in 2004?
26   A    Nope (negative), I don't remember that.
     Q    You don't remember your son being charged as a juvenile
27        in a case in 2004?
     A    I said I don't know.
28        MR. GREENFIELD: Thank you.  I have no further questions.
          MR. JAKUBOVIC: I have no questions.
29        MADAM REPORTER: We're off record at 6:47 and this
     concludes the deposition of Ms. Axt.
30   6:47:16
                    END OF PROCEEDINGS

Deborah L. Axt                                                    4-12-2007

Page 135

```
 1              C E R T I F I C A T E

 2   UNITED STATES OF AMERICA      )
                                   ) ss.
 3   STATE OF ALASKA               )

 4        I, Sunshine V. Morrison, Certified Court Reporter and
     Notary Public commissioned and qualified in and for the state
 5   of Alaska, do hereby certify that the foregoing proceedings
     were taken before me, Notary Public and Certified Court
 6   Reporter and Videographer, and thereafter reduced to
     typewritten form by me.

 7

 8        That the transcript of the proceedings is a full, true
     and correct transcript of the testimony, including questions,
 9   answers, objections, statements, motions and exceptions made
     and taken at the time of the foregoing proceedings.

10        That all documents and/or things marked for
     identification as exhibits to the proceedings have been
11   annexed to and included with said proceedings unless otherwise
     indicated in the record.

12

13        That the transcript shall be submitted to said witness
     for examination, reading and signing of the transcript unless
14   orally waived by the witness and his/her respective counsel.

15        That I am not a relative, or employee, or attorney, or
     counsel of any of the parties in these proceedings nor am I a
16   relative or employee for such attorney or counsel, and that I
     am not financially interested in said proceedings or the
17   outcome thereof.

18        IN WITNESS WHEREOF, I have hereunto set my hand this 19th
     day of April, 2007.

19

20                            _____
                              Sunshine V. Morrison
21                            Notary Public in and for AK

22

23

24

25   My Commission expires 08/01/10
```

Deborah L. Axt                                                    4-12-2007

                                                              Page 136

1                    A F F I D A V I T

2     STATE OF ALASKA           )
                                ) ss.
3     THIRD JUDICIAL DISTRICT   )

4          I have read my within transcript and the same is true and
      accurate, save and except for my changes and/or corrections,
5     if any, as indicated by me on the CORRECTIONS FLYLEAF PAGE

6     HEREOF.

7

8

9

10                                    _____

11                                    Deborah Axt

12

13

14         SUBSCRIBED AND SWORN to me before this _____ day of

15

16    _____, 2007.

17

18

19

20                                    _____

21                                    Notary Public

22

23

24

25    My Commission Expires:_____

Deborah L. Axt                                                    4-12-2007

Page 137

```
 1                    CORRECTIONS PAGE

 2                      Deborah Axt

 3

 4   Pursuant to Rule 30(e) of the Alaska Rules of Civil Procedure,

 5   upon review of your deposition transcript, you are entitled to

 6   indicate changes and/or corrections for the court reporter's

 7   insertion into the original deposition transcript.

 8

 9   PLEASE MAKE ALL CHANGES AND/OR CORRECTIONS ON THIS SHEET

10   SHOWING PAGE, LINE AND CORRECTION.

11

12   PAGE           LINE           CORRECTION

13

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____

20   _____

21   _____

22   _____

23   _____

24   _____

25   _____
```

Deborah L. Axt                                                    4-12-2007

Page 138

1  _____

2  _____

3  _____

4  _____

5  _____

6  _____

7  _____

8  _____

9  _____

10 _____

11 _____

12 _____

13

14

15

16  DATE:_____

17

18  SIGNATURE:_____