1  **KENNER LAW FIRM, P.C.**
   **David E. Kenner, SBN 41425**
2  **Brett A. Greenfield, SBN 217343**
   **16000 Ventura Boulevard, PH 1208**
3  **Encino, CA 91364**
   **818 995 1195**
4  **818 475 5369 – fax**

5

6  **Attorney for Plaintiff Josef F. Boehm**

7                **IN THE UNITED STATES DISTRICT COURT**

8                         **DISTRICT OF ALASKA**

9

10 United States of America          )
           Plaintiff,                ) Certificate of Service
11                                   )
           v.                        )
12                                   )
                                     )
13 Josef Franz Boehm,                ) CASE NO.: A04-003-01-CR(JWS)
                                     )
14         Defendant.                )
                                     )
15                                   )
                                     )
16

17

18     This is to Certify that on or about August 20, 2007 a true and
19 correct copy of the **NOTICE OF ATTACHMENT** was electronically sent to
20 the following parties of record:

21
   Meredith Appel Ahearn haw@alaska.net, beckybeard85@hotmail.com
22
   Rex Lamont Butler lawoffices@gci.net, rexattys@alaska.net; raveninvestigations@gmail.com
23
   Kevin T. Fitzgerald kevin@impc-law.com, jennifer@impc-law.com
24
   David Kenner david@kennerlaw.com, ajoshua@kennerlaw.com
25
   Frank V. Russo Frank.Russo@usdoj.gov, danielle.newberry@usdoj.gov; usaak.ecf@usdoj.gov
26
   Phillip Paul Weidner lrosano@weidnerjustice.com, nbackes@weidnerjustice.com
27

28
                                     1

                            **Certificate of Service**

DATED: 8-20-07
                    KENNER LAW FIRM, P.C.


                    By:__/s/ John Ybarra_____
                    John Ybarra
                    KENNER LAW FIRM, P.C.
                    16000 Ventura Boulevard, PH 1208
                    Encino, CA 91364
                    Phone:  818 995 1195
                    Fax:    818 475 5369

**Certificate of Service**