1  **KENNER LAW FIRM, P.C.**
   **David E. Kenner, SBN 41425**
2  **16000 Ventura Boulevard, PH 1208**
   **Encino, CA 91364**
3  **818 995 1195**
   **818 475 5369 – fax**
4
   **Attorney for Josef F. Boehm**
5

6        IN THE UNITED STATES DISTRICT COURT DISTRICT OF ALASKA

7
   **Josef F. Boehm,**              ) CASE NO.: A04-003-01-CR(JWS)
8                                   )
                                    )
9            **Plaintiff,**         ) **NOTICE OF WITHDRAW OF DOCKET**
                                    ) **NUMBER 924.**
10      v.                          )
                                    )
11 **United States of America,**    ) DATE:      August 21, 2007
                                    )
12           **Defendants.**        ) TIME:      8:30 a.m.
                                    )
13 _____)
                                    )
14

15
        Comes now, Josef Boehm, by and through his counsel David
16
   Kenner, to withdraw the document located at docket number 924.
17
   Counsel will resubmit document at docket number 926.
18

19

20

21
   KENNER LAW FIRM, P.C.
22

23

24

25
                              By: /s/ DAVID E. KENNER
26
                              David E. Kenner,
27                            Attorney for Defendant
28                            Josef Boehm
                              16000 Ventura Blv.

```
Penthouse 1208
Encino, CA 91436
Bar # 41425
Phone: 818-995-1195
Fax: 818-475-5369
Email: Office@kennerlaw.com
```