1  KENNER LAW FIRM, P.C.
   David E. Kenner, SBN 41425
2  16000 Ventura Boulevard, PH 1208
   Encino, CA 91364
3  818 995 1195
   818 475 5369 – fax
4
   Attorney for Josef F. Boehm
5

6        IN THE UNITED STATES DISTRICT COURT DISTRICT OF ALASKA

7
   Josef F. Boehm,              ) CASE NO.: A04-003-01-CR(JWS)
8                               )
                                )
9            Plaintiff,         ) NOTICE OF ATTACHMENT. CORRECTING
                                ) DOCKET #890, ADDITION OF EXHIBITS
10       v.                     ) 15, 16 AND 17.
                                )
11 United States of America,    )
                                ) DATE:      August 20, 2007
12           Defendants.        )
                                ) TIME:      8:30 a.m.
13 _____  )
                                )
14

15      Due to a clerical error, docket number 890 is missing exhibits

16 15, 16, and 17.   Exhibits 15, 16 and 17 are attached.

17

18

19

20
   KENNER LAW FIRM, P.C.
21

22

23

24
                         By: /s/ DAVID E. KENNER
25
                         David E. Kenner,
26                       Attorney for Defendant
27                       Josef Boehm
28                       16000 Ventura Blv.
                         Penthouse 1208

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Encino, CA 91436
Bar # 41425
Phone: 818-995-1195
Fax: 818-475-5369
Email: Office@kennerlaw.com