To: Brett G

From: Tommy S.

6 pages w/cover

**DECLARATION OF TINA ARNDT**

I Tina Arndt, say and declare as follows:

1. I first Met Joseph Boehm in or around 1996. I went to his house for the first time soon thereafter;

2. I again met Mr. Boehm in or around 1998. Mr. Boehm never went into work and seldom if ever left the house due to being incapacitated as a result of severe "crack" cocain psychosis;

3. Mr. Boehm was constantly paranoid and would never throw newspapers or trash out as a result of his paranoia. Mr. Boehm would have me sift through all his trash multiple times to make sure there was nothing of value that anyone could use against him;

4. I began staying at Mr. Boehm's home on a regular basis and became familiar with all of his acquaintances, friends and family;

5. I was also a long time and experienced "crack" cocain user and was familiar enough with the substance to be able to identify the difference between clean and dirty "crack" cocain;

6. The difference described above is that the dirty "crack" cocain appeared to have negative affects and affected the user in a significantly different way, specifically, it would have aspects of opiate drug affects that would cause sickness, sleepiness, incoherence and an inability to coherently assess your surroundings;

7. Leslie Williams was a cocain dealer who sold crack cocain to Mr. Boehm on a daily basis. He also provided cocain to others including Bambi Tyree who would in turn provide some to others;

1

1  8.  Although I primarily used the "crack" cocain sold to Mr.
2       Boehm, I purposely found occasion to use some that had been
3       provided to Bambi Tyree and can unequivocally state that the
4       "crack" cocain provided to Bambi Tyree was devoid of the side
5       affects of the "dirty" crack cocain (as described above)
6       provided to Mr. Boehm;

7  9.  Among the various affects on Mr. Boehm was an obsessive desire
8       for total privacy and security. This desire manifested itself
9       in ways such as staying primarily in the upstairs of his home,
10      installing a deadbolt lock on his bedroom door in the hope of
11      preventing anyone from coming into his bedroom, installing a
12      sophisticated alarm system which was kept activated 24 hours a
13      day for the purpose of keeping people out of his home and
14      certainly not for the purpose of keeping them trapped inside;

15 10.  The desire of unwanted visitors to gain entry into the Boehm
16      home was manifested, amongst other things, by these people
17      breaking out a window in the back downstairs bedroom to give
18      them a consistent means of entering and leaving the Boehm home
19      at will;

20 11.  Throughout the time period that I lived with Mr. Boehm he
21      became acquainted with Bambi Tyree. What evolved was Bambi
22      Tyree leading Mr. Boehm into the belief that she had great
23      affection for him, wanted to be with him, was willing to party
24      with him, including arranging for "crack"cocain.

25 12.  Bambi Tyree over a short period of time literally overcame the
26      free will of Mr. Boehm and began to control his life. She
27      began to make all of the decisions affecting the day to day
28      activities of Mr. Boehm. This would include ensuring he

2

1   remained high from the moment he awoke until the time he

2   passed out, determining who she would allow to be in the house

3   and how she would use other young girls to further try to

4   control Mr. Boehm;

5  13.  During the same time period, Bambi Tyree was abusing Mr. Boehm

6   both physically and psychologically. She would intimidate him

7   with threats of calling law enforcement and by bringing other

8   men to physically intimidate Mr. Boehm, by stealing his

9   personal property, cash, cars and then charging him to return

10   the property;

11  14.  One of the girls Bambi Tyree befriended was sally Purser and

12   her mother Kathleen Purser. She had done "crack"cocain with

13   Sally Purser and was aware that Sally Purser's mother Kathleen

14   was "pimping" her out to drug dealers in exchange for "crack"

15   cocain;

16  15.  Whenever Sally Purser was at Mr. Boehm's house she was almost

17   always with me. Mr. Boehm trusted me and I had his permission

18   to be in any area of his home. This gave me the opportunity to

19   become familiar with the daily activities and events that were

20   regularly taking place. I observed Sally Purser to be present

21   at Mr. Boehm's house on some occasions and can personally

22   attest to the fact that at no time did he ever engage in any

23   sexual activity or conduct with her;

24  16.  Although I would have been a willing sexual partner for Mr.

25   Boehm, he never made a pass at me or attempted to engage in

26   sexual activity with me. It was clear that Mr. Boehm's severe

27   "crack" addiction, the side affects of the "dirty" "crack"

28   cocain regularly provided to him and being provided "crack"

3

1  cocain by Bambi Tyree from the time he awoke until the time he
2  passed out as well as his deteriorating mental and physical
3  condition did render him unable to engage in sexual activity
4  even when he wanted to;

5  17. During the time I am describing Mr. Boehm seldom left his
6  bedroom, often never went downstairs and hardly ever knew who
7  was in his house. With his degree of paranoia it was almost
8  impossible for him to deal with a number of people present
9  that he could not keep track of;

10  18. Mr. Boehm often became afraid to stay in his own home for the
11  above reasons. He started moving from hotel to hotel because
12  the size of the room and the physical circumstances enabled
13  him to know who was present and to feel at least a minimally
14  reduced paranoia over the small surroundings to which he felt
15  he had more control;

16  19. Mr. Boehm would continue to smoke "crack" cocain in these
17  rooms and was able to have a better handle on who was and was
18  not present and when they came and left. Prior to starting to
19  stay at hotels, Mr. Boehm, in an attempt to clear his house of
20  everyone in it, including but not limited to Bambi Tyree and
21  Sally Purser, actually stuffed and clogged the plumbing so as
22  to flood the entire downstairs portion of his house. He also
23  disconnected the heaters and notwithstanding all these
24  efforts, Bambi Tyree would still not leave;

25  20. Also present on a regular basis, in addition to Leslie
26  Williams, was Al Bolling. Mr. Bolling was also a supplier of
27  "crack" cocain, however, he also was physically and sexually
28  abusive with some girls.

4

1  21. Based upon my almost ten year relationship with Mr. Boehm, my

2      intimate knowledge of his life and lifestyle, including but

3      not limited to the events described above, led me to the

4      undeniable conclusion that Al Bolling and Leslie Williams were

5      drug sellers who sold drugs to Mr. Boehm and others and were

6      not involved in any other aspects of Mr. Boehm's life. I also

7      observed Bambi Tyree with the assistance of Sally Purser and

8      others with whom she was involved engaged in a plot to keep

9      Mr. Boehm high on "crack" cocain to enable them to steal his

10     property, cash, cars and too seek to gain control over his

11     financial resources.

12  22. I have given this declaration of my own free will without any

13     promise of reward or threat of coercion. I declare under

14     penalty of perjury under the laws of the State of Alaska that

15     this declaration is the truth and I will testify consistent

16     with if called to do so in a court of law. I have had the

17     opportunity to read and revise this declaration prior to

18     signing it.

19

20     Executed this _12_ day of January, 2007 at Anchorage, Alaska.

21           J.A

22     _Tina Arndt_
       Tina Arndt

23

24

25     Subscribed and sworn before me this

26     12th day of January, 2007 my comm

27     expires April 11, 2007

28

                             TERRY D. SHURTLEFF
                             Commission Expires
                             NOTARY PUBLIC
                             Apr 11, 2007
                             STATE OF ALASKA