1  **KENNER LAW FIRM, P.C.**
   **David E. Kenner, SBN 41425**
2  **Brett A. Greenfield, SBN 217343**
   **16000 Ventura Boulevard, PH 1208**
3  **Encino, CA 91364**
   **818 995 1195**
4  **818 475 5369 – fax**

5

6  **Attorney for Plaintiff Josef F. Boehm**

7                  **IN THE UNITED STATES DISTRICT COURT**

8                          **DISTRICT OF ALASKA**

9

10 **United States of America        )**
   **        Plaintiff,             ) Certificate of Service**
11 **                                )**
   **        v.                     )**
12 **                                )**
   **                                )**
13 **Josef Franz Boehm,             ) CASE NO.: A04-003-01-CR(JWS)**
   **                                )**
14 **        Defendant.             )**
   **                                )**
15 **                                )**
   **                                )**
16

17

18      This is to Certify that on or about August 21, 2007 a true and

19 correct copy of the **NOTICE OF ATTACHMENT AND NOTICE OF WITHDRAW**

20 were electronically sent to the following parties of record:

21

22 Meredith Appel Ahearn haw@alaska.net, beckybeard85@hotmail.com

23 Rex Lamont Butler lawoffices@gci.net, rexattys@alaska.net; raveninvestigations@gmail.com

24 Kevin T. Fitzgerald kevin@impc-law.com, jennifer@impc-law.com

25 David Kenner david@kennerlaw.com, ajoshua@kennerlaw.com

26 Frank V. Russo Frank.Russo@usdoj.gov, danielle.newberry@usdoj.gov; usaak.ecf@usdoj.gov

27 Phillip Paul Weidner lrosano@weidnerjustice.com, nbackes@weidnerjustice.com

28

1

**Certificate of Service**

DATED: 8-21-07

                KENNER LAW FIRM, P.C.

                By:__/s/ John Ybarra_____
                John Ybarra
                KENNER LAW FIRM, P.C.
                16000 Ventura Boulevard, PH 1208
                Encino, CA 91364
                Phone:  818 995 1195
                Fax:   818 475 5369

**Certificate of Service**