NELSON P. COHEN
United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone (907) 271-5071
Fax: (907) 271-1500
Email Frank.Russo@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. 3:04-cr-00003-HRH |
|---|---|---|
| Plaintiff, | ) | **MOTION TO CONTINUE DEADLINE FOR GOVERNMENT'S RESPONSE TO DEFENDANT'S § 2255 PETITION** |
| vs. | ) | |
| JOSEF F. BOEHM, | ) | |
| Defendant. | ) | **FILED ON SHORTENED TIME** |

COMES NOW, the United States of America, by and through undersigned counsel, and moves this Court to continue the deadline for the United States to respond to the defendant's petition pursuant to 28 U.S.C. § 2255.  Counsel was ordered to respond to the petition by August 26, 2007.

At docket 910, the Court granted the United States' motion to unseal the transcript of the competency hearing. In preparing its substantive response, undersigned counsel realized that the entirety of the competency hearing had not been transcribed. Therefore, the United States moved to unseal the rest of the hearing, which the Court granted on August 16, 2007, at docket 922. The government had already believed that such transcript was unsealed, pursuant to Court Order at docket 911. However, upon information and belief, the transcript will not be available until the week of August 27, 2007, according to the court's electronic reporters.

Therefore, the United States requests a five-day continuance, until August 31, 2007, to file its response to the defendant's petition in order to review the transcript, make appropriate arguments, and file the transcript as an exhibit if necessary.

// //

// //

// //

// //

// //

// //

RESPECTFULLY SUBMITTED this 24th day of August, 2007, at Anchorage, Alaska.

        NELSON P. COHEN
        United States Attorney

        s/ Frank V. Russo
        Assistant U. S. Attorney
        Federal Building &U.S. Courthouse
        222 West 7th Ave., #9, Rm. 253
        Anchorage, AK 99513-7567
        Phone: (907) 271-5071
        Fax: (907) 271-1500
        E-mail: Frank.Russo@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2007,
a copy of the foregoing *GOVERNMENT'S MOTION TO CONTINUE DEADLINE*
was served electronically, via ECF on:

David Kenner
david@kennerlaw.com

s/Danielle Newberry
Legal Assistant