IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>JOSEF F. BOEHM,<br><br>    Defendant. | ) No. 3:04-cr-00003-HRH<br>)<br>)<br>)<br>) [PROPOSED]<br>) **ORDER**<br>)<br>)<br>)<br>) |

Having considered the government's motion to continue deadline to file a response to the defendant's § 2255 petition , IT IS HEREBY ORDERED that the government's motion is GRANTED / DENIED.

IT IS SO ORDERED.

DATED this ____ day of August, 2007, at Anchorage, Alaska.

              _____
              United States District Court Judge