- 1 -

**MINUTES OF THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

<u>UNITED STATES OF AMERICA</u>   v.  <u>JOSEF F. BOEHM, et al.</u>

THE HONORABLE H. RUSSEL HOLLAND    CASE NO.  <u>3:04-cr-0003-JWS</u>

This Minute Order Pertains to:   <u>Josef F. BOEHM (D-01)</u>

<u>Deputy Clerk</u>                     <u>Official Recorder</u>
_____        _____

APPEARANCES:   for PLAINTIFF:   ----

               for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

Having considered the government's motion to continue deadline to file a response to the defendant's § 2255 petition, IT IS HEREBY ORDERED that the government's motion is GRANTED. The response shall be filed on or before August 31, 2007.

IT IS SO ORDERED.

- 1 -