NELSON P. COHEN
United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska 99513-7567
Phone (907) 271-5071
Fax: (907) 271-1500
Email Frank.Russo@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:04-cr-00003-HRH |
| | ) | |
| Plaintiff, | ) | **MOTION TO CONTINUE** |
| | ) | **UNITED STATES'** |
| vs. | ) | **DEADLINE TO RESPOND** |
| | ) | **TO DEFENDANT'S § 2255** |
| JOSEF F. BOEHM, | ) | **PETITION** |
| | ) | |
| Defendant. | ) | **FILED ON SHORTENED** |
| | ) | **TIME** |
| | ) | |

     COMES NOW, the United States of America, by and through undersigned counsel, and moves this Court to continue the deadline for the United States to respond to the defendant's petition pursuant to 28 U.S.C. § 2255.

Counsel requests a continuance until September 5, 2007 to file its response, pursuant to the reasons outlined in undersigned counsel's declaration in support of this motion, filed as a separate docket entry.

RESPECTFULLY SUBMITTED this 29th day of August, 2007, at Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/ Frank V. Russo
Assistant U. S. Attorney
Federal Building &U.S. Courthouse
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: Frank.Russo@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2007,
a copy of the foregoing *GOVERNMENT'S
MOTION TO CONTINUE DEADLINE*
was served electronically, via ECF on:

David Kenner
david@kennerlaw.com

s/Danielle Newberry
Legal Assistant