IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. 3:04-00003-01-HRH |
| --- | --- | --- |
| Plaintiff, | ) | |
| | ) | **[PROPOSED]** |
| vs. | ) | **ORDER** |
| JOSEF F. BOEHM, | ) | |
| Defendant. | ) | |

Having considered the government's Motion to Continue Deadline to Respond to Defendants § 2255 Motion, IT IS HEREBY ORDERED that the government's motion is GRANTED / DENIED.

IT IS SO ORDERED.

DATED this _____ of August 2007, at Anchorage, Alaska.

_____
UNITED STATES DISTRICT COURT JUDGE