NELSON P. COHEN
United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Frank.Russo@usdoj.gov

Attorneys for Plaintiff


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:04-cr-00003-01-HRH |
| | ) | |
| Plaintiff, | ) | **DECLARATION OF** |
| | ) | **FRANK V. RUSSO IN SUPPORT** |
| vs. | ) | **OF MOTION TO CONTINUE** |
| | ) | **UNITED STATES' DEADLINE** |
| JOSEF F. BOEHM, | ) | **TO RESPOND TO DEFENDANT'S** |
| | ) | **§ 2255 PETITION** |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

I, Frank V. Russo, declare and state as follows:

1.      I am an Assistant United States Attorney for the District Alaska

assigned to the above-captioned case.  As such, I am fully familiar with the facts

stated herein.  I make this declaration in support of a motion to continue the

deadline for the United States to respond to defendant's petition pursuant to
28 U.S.C. § 2255.

2.    In preparation for its substantive response, on July 9, 2007, the
United States moved to unseal the defendant's competency hearing, as the
defendant's competency is the central issue of the defendant's motion to vacate.
At docket 910, the Court granted the United States motion to unseal the transcript
of the competency hearing.

3.    In preparing its substantive response, undersigned counsel realized
that the entirety of the competency hearing had not been transcribed.  Therefore, it
moved to unseal the rest of the competency hearing at docket 921, which the Court
granted at docket 922 on August 16, 2007.

4.    However, the electronic court reporters indicated that the balance of
the transcript could not be completed until August 27, 2007.  Therefore, the
United States requested a brief continuance of its deadline to respond until August
31, 2007, which the Court granted at docket 932.

5.    The United States Attorney's Office received this transcript today,
August 29, 2007, due to a two day delay in obligating funds to pay for the
transcript.  However, upon review, the transcript is again only a partial record of
what occurred.  In fact, it deals with a separate issue addressed that day pertaining

to prior sexual behavior pursuant to Fed. R. Evid. 412(c).  There is another part of the proceeding that day that pertains to the conduct of the competency hearing, the arguments of the parties about competency, and the findings of the Court pertaining to competency.  These issues, arguments, and findings are central to the defense's claim that the defendant was not competent to plead guilty.

6.     I represent that the instant motion is not an attempt to further delay the proceedings and that I have proceeded with due diligence in responding to the defendant's petition.  Indeed, I have prepared a 45-page draft response that is simply awaiting the additional transcript requested.

7.     According to the Court's electronic reporter, there are 27 pages of the competency hearing to transcribe in order for the government to have a complete copy of the transcript.  The electronic reporter estimates that this will be completed by Friday.

7.      Accordingly, I request a brief continuance until September 5, 2007, at which time the transcript of argument and findings pertaining to the competency hearing are completed and can be used to complete the response to the defendant's petition.

//   //

//   //

USA v. Boehm
3:04-cr-00003-HRH                              3

RESPECTFULLY SUBMITTED on August 29, 2007, at Anchorage,

Alaksa.

NELSON P. COHEN
United States Attorney

s/ Frank V. Russo
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: Frank.Russo@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2007,
a copy of the foregoing GOVERNMENT'S
DECLARATION IN SUPPORT OF
ITS MOTION TO CONTINUE was served
electronically on David Kenner.

s/ Frank V. Russo