- 1 -

# MINUTES OF THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

<u>UNITED STATES OF AMERICA</u>   v.  <u>JOSEF F. BOEHM, et al.</u>

THE HONORABLE H. RUSSEL HOLLAND    CASE NO.  <u>3:04-cr-0003-JWS</u>

This Minute Order Pertains to:   <u>Josef F. BOEHM (D-01)</u>

<u>Deputy Clerk</u>                    <u>Official Recorder</u>

APPEARANCES:   for PLAINTIFF:   ----

               for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

    Having considered the government's Motion to Continue Deadline to Respond to Defendant's § 2255 Motion (Docket No. 935), IT IS HEREBY ORDERED that the government's motion is GRANTED. The government's response shall be filed on or before September 5, 2007.

    IT IS SO ORDERED.