# Exhibit C
# (Part 1)

# Filed Under Seal