# Exhibit C
# (Part 2)

# Filed Under Seal