# Exhibit D

# Filed Under Seal

Case 3:04-cr-00003-JWS     Document 943-6     Filed 09/05/2007     Page 1 of 1