**KENNER LAW FIRM, P.C.**
David E. Kenner, SBN 41425
Brett A. Greenfield, SBN 217343
16000 Ventura Boulevard, PH 1208
Encino, CA 91364
818 995 1195
818 475 5369 – fax

Attorney for Plaintiff Josef F. Boehm

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| United States of America ) | |
|     Plaintiff, ) | MOTION TO EXTEND TIME |
| ) | |
|     v. ) | |
| ) | |
| Josef Franz Boehm, ) | CASE NO.: A04-003-01-CR(JWS) |
| ) | |
|     Defendant. ) | |

**MOTION TO EXTEND TIME TO FILE REPLY**

    The Petitioner, JOSEF BOEHM, through undersigned counsel, hereby files this motion to extend time to file his Reply to the Governments objection and states as follows:

    1. The Petitioner reply to Government's objection is due September 25, 2007.

    2. Petitioner is incarcerated and serving a lengthy sentence.

    3. Petitioner requests an additional 30 day extension to file

1

**MOTION TO EXTEND TIME**

the reply to the Governments Objection to up to and including October 25, 2007.

4. Petitioner counsel requires this extension of time as this case is rather extensive and the Government has filed not only a lengthy 45 page objection, but has provided hundred's of pages of new discovery and material which is being read and evaluated for the first time.

5. Undersigned counsel contacted Frank V. Russo, Esquire, of the United States Attorney's Office for the District of Alaska with regard to this motion who reports no opposition.

6. This motion for extension of time is made in good faith and not for purposes of delay.

WHEREFORE the Petitioner respectfully requests that this Honorable Court grant the relief requested herein and any other relief that this Court deems just and proper.

DATED: 9-17-07

KENNER LAW FIRM, P.C.

By: /s/ DAVID E. KENNER
David Kenner SBN 41425
KENNER LAW FIRM, P.C.
16000 Ventura Boulevard, PH 1208
Encino, CA 91364
Phone: 818 995 1195
Fax: 818 475 5369

2

**MOTION TO EXTEND TIME**