**KENNER LAW FIRM, P.C.**
**David E. Kenner, SBN 41425**
**Brett A. Greenfield, SBN 217343**
**16000 Ventura Boulevard, PH 1208**
**Encino, CA 91364**
**818 995 1195**
**818 475 5369 – fax**

**Attorney for Plaintiff Josef F. Boehm**

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ALASKA**

| | |
|---|---|
| United States of America ) | |
|     Plaintiff, ) | Certificate of Service |
| ) | |
|     v. ) | |
| ) | |
| Josef Franz Boehm, ) | CASE NO.: A04-003-01-CR(JWS) |
| ) | |
|     Defendant. ) | |

This is to Certify that on or about September 17, 2007 a true and correct copy of the **MOTION TO EXTEND TIME TO FILE REPLY** was electronically sent to the following parties of record:

Meredith Appel Ahearn haw@alaska.net, beckybeard85@hotmail.com

Rex Lamont Butler lawoffices@gci.net, rexattys@alaska.net; raveninvestigations@gmail.com

Kevin T. Fitzgerald kevin@impc-law.com, jennifer@impc-law.com

David Kenner david@kennerlaw.com, ajoshua@kennerlaw.com

Frank V. Russo Frank.Russo@usdoj.gov, danielle.newberry@usdoj.gov; usaak.ecf@usdoj.gov

Phillip Paul Weidner lrosano@weidnerjustice.com, nbackes@weidnerjustice.com

1

**Certificate of Service**

DATED: 9-17-07
                    KENNER LAW FIRM, P.C.

                    By:__/s/ John Ybarra_____
                    John Ybarra
                    KENNER LAW FIRM, P.C.
                    16000 Ventura Boulevard, PH 1208
                    Encino, CA 91364
                    Phone:  818 995 1195
                    Fax:   818 475 5369

2

**Certificate of Service**