- 1 -

## MINUTES OF THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

<u>UNITED STATES OF AMERICA</u>     v.  <u>JOSEF F. BOEHM, et al.</u>

THE HONORABLE H. RUSSEL HOLLAND    CASE NO.  <u>3:04-cr-0003-JWS</u>

This Minute Order Pertains to:    <u>Josef F. BOEHM (D-01)</u>

<u>Deputy Clerk</u>                    <u>Official Recorder</u>
_____          _____

APPEARANCES:   for PLAINTIFF:  ----

               for DEFENDANT:  ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

---

    The court is in receipt of defendant-petitioner's motion for extension of time (Docket No. 951), requesting a 30-day extension of time, to and including October 25, 2007, for the filing of a reply to the Government's objection. The motion indicates that plaintiff does not object to the requested extension.

    The motion is approved; the extension of time is granted as requested.

---