```
LAW OFFICES OF JOSEPH SHEMARIA
JOSEPH SHEMARIA, Esq., State Bar No. 47311
2029 Century Park East, Suite 1400
Los Angeles, California 90067

Telephone: (310) 772-2211

Attorney for Defendant,
JOSEF BOEHM
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. A04-003CR-JWS |
| | ) | |
| Plaintiff, | ) | NOTICE OF CHANGE OF FIRM'S |
| | ) | ADDRESS |
| vs. | ) | |
| | ) | |
| JOSEF BOEHM, | ) | |
| | ) | |
| Defendant. | ) | |

PLEASE TAKE NOTICE that effective immediately, the LAW OFFICES OF JOSEPH SHEMARIA has moved its offices and the new address is:

```
2029 Century Park East, Suite 1400
Los Angeles, California 90067
Telephone: (310) 772-2211
Facsimile:  (310) 388-0979
Email: LALawYRI@aol.com
```

DATED: October 5, 2007

LAW OFFICES OF JOSEPH SHEMARIA

By: _____
    JOSEPH SHEMARIA

-1-

United States of America v. Josef Boehm
Notice of Change of Address
Case No. A04-003CR-JWS

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 2029 Century Park East, Suite 1400, Los Angeles, California 90067.

On October 10, 2007, I served the foregoing document(s) described as **NOTICE OF CHANGE OF FIRM'S ADDRESS** on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

☐ (VIA FACSIMILE) I transmitted the above documents via facsimile.

☒ (BY MAIL) I caused such envelope with fully prepaid postage thereon to be placed in the United States mail at Los Angeles, California.

☐ (BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee.

☐ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

☒ Executed on October 10, 2007, at Los Angeles, California.

*Isabel Chang*

U.S. v. Boehm
Notice of Change of Address
Case No. A04-003 CR JWS

- 2 -

**SERVICE LIST**

Brett A. Greenfield
KENNER LAW FIRM, APC
16000 Ventura Blvd., Penthouse 1208
Encino, CA  91436

Josef Boehm
c/o David Kenner
KENNER LAW FIRM, APC
16000 Ventura Blvd., Penthouse 1208
Encino, CA  91436

Josef Boehm
c/o Brett A. Greenfield
KENNER LAW FIRM
16000 Ventura Blvd., Penthouse 1208
Encino, CA  91436

Josef Boehm
c/o Pamela Sullivan
WADE, KELLY & SULLIVAN
745 West 4th Avenue, Suite 425
Anchorage, AK  99501