**KENNER LAW FIRM, P.C.**
**David E. Kenner, SBN 41425**
**16000 Ventura Boulevard, PH 1208**
**Encino, CA 91364**
**818 995 1195**
**818 475 5369 – fax**

**Attorney for Plaintiff Josef F. Boehm**

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ALASKA**

| | |
|---|---|
| **Josef Franz Boehm,** | ) |
|             **Plaintiff,** | ) **Certificate of Service** |
|             v. | ) |
| **United States of America** | ) **CASE NO.: A04-003-01-CR(JWS)** |
|             **Defendants.** | ) |

This is to Certify that on or about October 25, 2007 a true and correct copy of the **REPLY TO THE GOVERNMENT'S OPPOSITION TO BOEHM'S MOTION TO VACATE SENTENCE UNDER 28 U.S.C §2255** was electronically sent to the following parties of record:

Meredith Appel Ahearn haw@alaska.net, beckybeard85@hotmail.com

Rex Lamont Butler lawoffices@gci.net, rexattys@alaska.net; raveninvestigations@gmail.com

Kevin T. Fitzgerald kevin@impc-law.com, jennifer@impc-law.com

David Kenner david@kennerlaw.com, ajoshua@kennerlaw.com

Frank V. Russo Frank.Russo@usdoj.gov, danielle.newberry@usdoj.gov; usaak.ecf@usdoj.gov

Phillip Paul Weidner lrosano@weidnerjustice.com, nbackes@weidnerjustice.com

1

**Certificate of Service**

1
2
3   DATED: 10-25-07
                                KENNER LAW FIRM, P.C.
4
5                               By:/s/ JOHN YBARRA_____
                                    John Ybarra
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                                        2
                             **Certificate of Service**