Timothy J. Petumenos, ABA #7611147
Max D. Garner, ABA #9011096
Birch, Horton, Bittner and Cherot
1127 W. Seventh Avenue
Anchorage, AK 99501
(907) 276-1550

Attorneys for Josef F. Boehm

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KRYSTAL WALLIS, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 3:06-cv-00031-RRB |
| JOSEF F. BOEHM, BAMBI TYREE, LESLIE J. WILLIAMS, JR., and ALLEN K. BOWLING, | ) |
| Defendants. | ) |

**AMENDED NOTICE OF TAKING AUDIO-VISUAL
DEPOSITION OF OFFICER STEVEN BOLTZ**

To:   ALL COUNSEL

PLEASE TAKE NOTICE that pursuant to Alaska R. Civ. P. 30, Defendant/Third-Party Plaintiff, Josef F. Boehm, will take the audio-visual deposition of Officer Steven Boltz, before a Notary Public or some other person qualified to take oaths, in the offices of Birch, Horton, Bittner and Cherot, 1127 W. Seventh Avenue, Anchorage, Alaska 99501, on Tuesday, December 18, 2007 at 9:30 a.m. Said

WALLIS VS. BOEHM, ET AL.                                CASE NO. 3:06-CV-00031-RRB
AMENDED NOTICE OF TAKING AUDIO-VISUAL DEPOSITION OF OFFICER BOLTZ PAGE 1 OF 2
F:\506539\2\AKB1127.DOC

Exhibit A
Page 1 of 2

examination will continue from day to day until completed. You are invited to attend and cross-examine if you so desire.

DATED this 20TH day of November, 2007.

BIRCH, HORTON, BITTNER AND CHEROT
Attorneys for Defendant

By: *[signature]*
Timothy J. Petumenos, ABA #7611147
Max D. Garner, ABA #9011096

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 20th day of November 2007, a true and correct copy of the foregoing was served via U.S. Mail, postage prepaid, on the following:

Mr. Verne Rupright
Law Office of Rupright & Associates, LLC
322 Main Street
Wasilla, AK 99654

Officer Steven Boltz
c/o Joyce Johnson-Weaver
Assistant Municipal Attorney
Municipality of Anchorage
632 W. Sixth Avenue, #703
Anchorage, AK 99501

With a courtesy copy to:

Pacific Rim Reporting, LLC
711 M Street, #4
Anchorage, Alaska 99501

BIRCH, HORTON, BITTNER AND CHEROT

By: *Martha K. Marshall*

BIRCH, HORTON, BITTNER AND CHEROT
ATTORNEYS AT LAW
1127 WEST SEVENTH AVENUE
ANCHORAGE, ALASKA 99501-3399
TELEPHONE (907) 276-1550 • FACSIMILE (907) 276-3680

WALLIS VS. BOEHM, ET AL.                            CASE NO. 3:06-CV-00031-RRB
AMENDED NOTICE OF TAKING AUDIO-VISUAL DEPOSITION OF OFFICER BOLTZ   PAGE 2 OF 2
F:\506539\2\AKB1127.DOC