IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT ANCHORAGE

E.A, et al.,                        )
                                    )
        Plaintiffs,                 )
v.                                  )
                                    ) Case No. 3AN-05-11782 CI Consolidated
                                    )
JOSEF F. BOEHM,                     )
                                    )
        Defendant.                  )
_____)
JOSEF F. BOEHM,                     )
                                    )
        Third-Party Plaintiff,      )
vs.                                 )
                                    )
ALLEN K. BOLLING, et al.,           )
                                    )
        Third-Party Defendants.     )
_____)

**SECOND AMENDED
NOTICE OF TAKING *AUDIO-VISUAL* DEPOSITION**
[Officer Steven Boltz]

To:  Officer Steven Boltz
     c/o Joyce Johnson-Weaver
     Asst. Municipal Prosecutor
     632 W. 6th Avenue, Suite 730
     Anchorage, AK  99501

     Russell L. Winner, Esquire
     Winner & Associates, P.C.
     900 West Fifth Avenue, Suite 700
     Anchorage, AK 99501

Second Amended Notice of Deposition - Boltz
E.A., et al v. Boehm, et al./ 3AN-05-11782 CI Consolidated

- 1 -

Exhibit B
Page 1 of 3

1  Myron E. Angstman
   Angstman Law Office
2  Box 585
   Bethel, Alaska 99559
3
4  Kenneth S. Roosa
   Cooke, Roosa & Valcarce
5  3700 Jewel Lake Road
   Anchorage, AK 99502
6
7  Verne Rupright
   Rupright & Associates
   322 Main Street
8  Wasilla, AK 99654
9
   Laura Gould
10 Thomas S. Gingras
   Eide & Gingras
11 425 G Street, Suite 930
   Anchorage, AK 99501
12

13   Please take notice that pursuant to Alaska Rules of Civil Procedure 26, 30 and

14 30.1, counsel for the defendant in the above-captioned matter will take the deposition of

15 Officer Steven Boltz, *previously scheduled for the 6th day of November*, **on the 18th day of**

16

17 **December, 2007**, commencing at 9:30 a.m., at the law office of Wade, Kelly & Sullivan,

18 745 W. 4th Ave., Suite 425, Anchorage, AK 99501, (907) 561-7743. The deposition will

19 be before a person qualified to administer oaths. Counsel is invited to attend and cross-

20 examine.

21
    *This deposition will be recorded by audio-visual means.*
22

23

WADE, KELLY & SULLIVAN
733 W. 4TH AVE., SUITE 200
ANCHORAGE, AK 99503
(907) 561-7743
FAX (907) 562-8977

24  Second Amended Notice of Deposition - Boltz
    E.A., et al v. Boehm, et al./ 3AN-05-11782 CI Consolidated

25
                              - 2 -

1  DATED this 5th day of November, 2007, at Anchorage, Alaska.

BIRCH, HORTON, BITTNER and CHEROT
Attorneys for Josef Boehm

By: _____
Max D. Garner
ABA 9011096

Wade, Kelly, and Sullivan
Attorneys for Defendant, Josef Boehm

By: _____
Pamela S. Sullivan
ABA # 9711072

**CERTIFICATE OF SERVICE**
I certify that a copy of this document
Was mailed on this 5th day of November, 2007
On Joyce Johnson-Weaver, Russell Winner, Myron Angstman,
Kenneth Roosa, Vern Rupright, and Laura Gould
at their addresses of record.

_____

cc:
Max Garner, Esq.
Kenner Law Firm
Sunshine Morrison

WADE, KELLY & SULLIVAN
733 W 4TH AVE, SUITE 200
ANCHORAGE, AK 99503
(907) 581-7743
FAX (907) 562-8977

Second Amended Notice of Deposition - Boltz
E.A., et al v. Boehm, et al./ 3AN-05-11782 CI Consolidated

- 3 -

Page 3 of 3