IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| E.A. a minor, by her mother And next friend D.A., | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| JOSEF F. BOEHM, | ) ) ) |
| Defendant. | ) ) ) Case No. 3AN-05-11782 CI |

### STIPULATION FOR PROTECTIVE ORDER (MODIFIED) FOR DEPOSITION OF OFFICER STEVEN BOLTZ

The parties, through their undersigned counsel, having reviewed the Protective Order (Modified) for Deposition of Officer Steven Boltz, as proposed by the Municipal Attorney's Office, agree the modified Order strikes the appropriate balance between their needs, and those of the witness and Municipality. They further agree that immediate entry of such an order will avoid uncertainties and delays at the deposition the morning of Tuesday, December 18. Accordingly, the parties respectfully request this Court enter the Protective Order (Modified) not later than noon Monday, December 17, and advise the parties of its entry so that the deposition may go forward as scheduled.

MUNICIPALITY OF ANCHORAGE
OFFICE OF THE MUNICIPAL ATTORNEY
P.O. Box 196650
Anchorage, Alaska 99519-6650
Telephone: 343-4545
Facsimile: 343-4550

Dated: _____

By: _____
Timothy J. Petumenos
Attorney for Josef Boehm
Bar No. 7611147

Exhibit C
Page 1 of 10

Dated: 12/13/07        By: /s/ Don C. Bauermeister
                            Don C. Bauermeister
                            Attorney for C.R. & A.R.
                            Bar No. 8206005

Dated: 12/13/07        By: /s/ Russell L. Winner
                            Russell L. Winner
                            Attorney for E.A. & D.A.
                            Bar No. 8306061

Dated: _____         By: _____
                            Thomas S. Gingras
                            Attorney for Bambi Tyree
                            Bar No. 7811098

                            JAMES N. REEVES
                            Municipal Attorney

Dated: 12/13/07        By: /s/ Joyce Weaver Johnson
                            Joyce Weaver Johnson
                            Assistant Municipal Attorney
                            Bar No. 9306029

Certificate of Service
I hereby certify that on this 13th day of December, 2007
I caused to be mailed a true and correct copy of this
foregoing document to:

   Timothy J. Petumenos
   Russell L. Winner
   Don C. Bauermeister
   Thomas S. Gingras

/s/ Sheri Curro
Sheri Curro

MUNICIPALITY
OF
ANCHORAGE

OFFICE OF THE
MUNICIPAL ATTORNEY

P.O. Box 196650
Anchorage, Alaska
99519-6650

Telephone: 343-4545
Facsimile: 343-4550

Stipulation for Protective Order (Modified) for Deposition of Officer Steven Boltz
Case No. 3AN-05-11782 CI
Page 2 of 2

Exhibit C
Page 2 of 10

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| E.A. a minor, by her mother And next friend D.A., | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) |
| JOSEF F. BOEHM, | ) ) ) |
| Defendant. | ) ) Case No. 3AN-05-11782 CI |

### PROTECTIVE ORDER (MODIFIED) FOR DEPOSITION OF OFFICER STEVEN BOLTZ

This Court having reviewed the Municipality of Anchorage's Motion to Quash or for Protective Order as to Deposition of Officer Steven Boltz; heard the parties in open court on December 6; and reviewed the parties' subsequent Stipulation for Protective Order (Modified) for Deposition of Officer Steven Boltz, hereby ORDERS:

1. The court is aware of applicable federal, state and local law protecting confidential victim and witness information, criminal justice information and juvenile records. The Court recognizes the values of victim/witness privacy and the concerns of the Municipality and Officer Boltz about being required to divulge such private information.

2. At the same time, the Court understands the discovery needs of the parties to this litigation. This Order is designed to balance the parties' needs with those of the Municipality and Officer Boltz.

MUNICIPALITY OF ANCHORAGE
OFFICE OF THE MUNICIPAL ATTORNEY
P.O. Box 196650
Anchorage, Alaska 99519-6650
Telephone: 343-4545
Facsimile: 343-4550

Exhibit C
Page 3 of 10

Certificate of Service
I hereby certify that on this 13th day of December, 2007
I caused to be mailed a true and correct copy of this
foregoing document to:

    Timothy J. Petumenos
    Russell L. Winner
    Don C. Bauermeister
    Thomas S. Gingras

_/s/ Sheri Curro_
Sheri Curro

**MUNICIPALITY OF ANCHORAGE**
OFFICE OF THE MUNICIPAL ATTORNEY
P.O. Box 196650
Anchorage, Alaska 99519-6650
Telephone: 343-4545
Facsimile: 343-4550

Protective Order (Modified) for Deposition of Officer Steven Boltz
Case No. 3AN-05-11782 CI
Page 3 of 3

Exhibit C
Page 4 of 10

DEC-14-2007 10:52AM   From: 9072774510   ID:CIVIL FAX RM   Page:007 R=100%

Joyce Weaver Johnson
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
E-mail: uslit@muni.org

Attorney for
Officer Steven Boltz

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KRYSTAL WALLIS, </br></br> Plaintiff, </br></br> vs. </br></br> JOSEF F. BOEHM, BAMBI TYREE, LESLIE J. WILLIAMS, JR., and ALLEN K. BOWLING </br></br> Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) Case No. 3:06-cv-00031-RRB </br> ) |

### STIPULATION FOR PROTECTIVE ORDER (MODIFIED) FOR DEPOSITION OF OFFICER STEVEN BOLTZ

The parties, through their undersigned counsel, having reviewed the Protective Order (Modified) for Deposition of Officer Steven Boltz, as proposed by the Municipal Attorney's Office, agree the modified Order strikes the appropriate balance between their needs, and those of the witness and Municipality. They further agree that immediate entry of such an order will avoid uncertainties and delays at the deposition the morning of Tuesday, December 18. Accordingly, the parties respectfully request this Court enter the

Exhibit C
Page 5 of 10

Protective Order (Modified) not later than noon Monday, December 17, and advise the parties of its entry so that the deposition may go forward as scheduled.

Respectfully submitted this 13th day of December, 2007.

        By:  s/ Max D. Garner   (consent given)
              1127 W. Seventh Avenue
              Anchorage, Alaska 99501
              Phone: (907) 276-1550
              Fax: (907) 276-3680
              E-mail: mgarner@bhb.com
              Alaska Bar No. 9011096

Respectfully submitted this 13th day of December, 2007.

        By:  s/ Verne E. Rupright (consent given)
              322 Main Street
              Wasilla, Alaska 99654
              Phone: (907) 373-3215
              Fax: (907) 373-3217
              E-mail: vbattrny@mtaonline.net
              Alaska Bar No. 9306013

Respectfully submitted this 13th day of December, 2007.

JAMES N. REEVES
Municipal Attorney

        By:  s/ Joyce Weaver Johnson
              Municipal Attorney's Office
              P.O. Box 196650
              Anchorage, Alaska 99519-6650
              Phone: (907) 343-4545
              Fax: (907) 343-4550
              E-mail: uslit@muni.org
              Alaska Bar No. 9306029

Stipulation for Protective Order (Modified) for Deposition of Officer Steven Boltz
Case No. 3:06-cv-00031-RRB
Page 2 of 3

Exhibit C
Page 6 of 10

DEC-14-2007 10:52AM   From: 9072774510        ID:CIVIL FAX RM        Page:009 R=100%

The undersigned hereby certifies that on 12/13/07 a
true and correct copy of the *Stipulation for Protective
Order (Modified) for Deposition of Officer Steven Boltz
& Proposed Order* was served on:

    Verne Rupright
    Max D. Garner

by first class regular mail, if noted above, or by electronic
means through the ECF system as indicated on the Notice
of Electronic Filing.

s/ Sheri Curro
Sheri Curro, Legal Secretary
Municipal Attorney's Office

Stipulation for Protective Order (Modified) for Deposition of Officer Steven Boltz
Case No. 3:06-cv-00031-RRB
Page 3 of 3

Joyce Weaver Johnson
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
E-mail: uslit@muni.org

Attorney for
Officer Steven Boltz

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KRYSTAL WALLIS, | ) |
| Plaintiff, | ) |
| vs. | ) |
| JOSEF F. BOEHM, BAMBI TYREE, LESLIE J. WILLIAMS, JR., and ALLEN K. BOWLING | ) |
| Defendants. | ) Case No. 3:06-cv-00031-RRB |

### PROPOSED PROTECTIVE ORDER (MODIFIED) FOR DEPOSITION OF OFFICER STEVEN BOLTZ

This Court having reviewed the Municipality of Anchorage's Motion to Quash or for Protective Order as to Deposition of Officer Steven Boltz; and reviewed the parties' subsequent Stipulation for Protective Order (Modified) for Deposition of Officer Steven Boltz, hereby ORDERS:

1. The court is aware of applicable federal, state and local law protecting confidential victim and witness information, criminal

Exhibit C
Page 8 of 10

            justice information and juvenile records. The Court recognizes the values of victim/witness privacy and the concerns of the Municipality and Officer Boltz about being required to divulge such private information.

2.    At the same time, the Court understands the discovery needs of the parties to this litigation. This Order is designed to balance the parties' needs with those of the Municipality and Officer Boltz.

3.    Officer Boltz may comply with the civil subpoena and notice of deposition set for December 18, 2007.

4.    The parties may question Officer Boltz regarding any and all persons, including victims of crimes and juveniles.

5.    No part of any tape, videotape, digital recording, stenographic record, transcript or other record of Officer Boltz's deposition shall be published in any pleading, motion or exhibit, or in open court, without this Court's leave. Such records may be submitted to the Court under seal as needed.

6.    No part of any tape, videotape, digital recording, stenographic record, transcript or other record of Officer Boltz's deposition shall be disclosed to any person, other than parties and attorneys participating in this litigation, without this Court's leave.

Proposed Protective Order (Modified) for Deposition of Officer Steven Boltz
Case No. 3:06-cv-00031-RRB
Page 2 of 3

Exhibit C
Page 9 of 10

7.      If the Court grants leave as provided above, it will enter any orders it deems appropriate to protect the confidentiality of the testimony, including closing the courtroom to the public, instructing the jury to not reveal any information, sealing the record, etc.

8.      Violation of this Order shall be punishable by contempt.

It is so ORDERED.

Dated this _____ day of _____ 2007.

By:_____
Ralph Beistline
U. S. District Judge

Proposed Protective Order (Modified) for Deposition of Officer Steven Boltz
Case No. 3:06-cv-00031-RRB
Page 3 of 3

Exhibit C
Page 10 of 10