FILED
MAY 10 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __JOSEF F. BOEHM__ CASE NO. A04-0003-01-CR (JWS)
Defendant: _X_Present  _X_In Custody

BEFORE THE HONORABLE: JOHN W. SEDWICK

DEPUTY CLERK/RECORDER: ELISA SINGLETON / ROBIN CARTER

UNITED STATES' ATTORNEY: FRANK RUSSO/JAMES GOEKE/SHERRI STEPHAN

DEFENDANT'S ATTORNEY: PHILLIP PAUL WEIDNER/REX LAMONT BUTLER/
KEVIN T. FITZGERALD

U.S.P.O.: MARCI LUNDGREN

PROCEEDINGS: IMPOSITION OF SENTENCE - DAY 7 Held 05/06/05:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 10:32 a.m. court convened,

Ronald A. Martino sworn and testified on behalf of the plaintiff as an expert. Plaintiff's exhibit 61 **ADMITTED**.

At 12:02 p.m. court recessed until 1:32 p.m.

Ronald A. Martino resumed the stand and testified further.

At 2:30 p.m. court recessed until 2:43 p.m.

Ronald A. Martino resumed the stand and testified further.

Jimmy L. Brown sworn and testified on behalf of the plaintiff; plaintiff's exhibits 62 and 63 **IDENTIFIED**.

Court and counsel heard re plaintiff's oral motion to seal the last name and address of the next witness; **GRANTED**.

Debra sworn and testified on behalf of the plaintiff; plaintiff's exhibit 64 **ADMITTED**.

Court and counsel heard re trial schedule and order of witnesses.

CONTINUED TO PAGE 2

DATE:   MAY 9, 2005            DEPUTY CLERK'S INITIALS:   ES/RC

Exhibit D
Page 1 of 2
772

```
                  CONTINUATION - PAGE 2
     U.S.A.  vs.  JOSEF F. BOEHM, A04-0003-01-CR (JWS)
             IMPOSITION OF SENTENCE - DAY 7
                       May 6, 2005
```
-----------------------------------------------------------------

Court and counsel heard re sealed sentencing memorandums. Court directed both parties to file redacted copies to be filed in the public file. Government's redacted sentencing memorandum will not include the attachments that were previously filed with the sealed version.

Court and counsel heard re letters of support filed on behalf of the defendant.

Court and counsel heard re government counsel's oral motion to have victim impact statements heard in camera. Defense counsel may file opposition by **Monday, May 9, 2005.**

At 4:52 p.m. court recessed to reconvene **Monday, May 9, 2005 at 9:00 a.m.** and court adjourned.

DATE: ____May 9, 2005_____   DEPUTY CLERK'S INITIALS: ____RC____

A04-0003--CR (JWS)  5/10/05 RMC          F. RUSSO (USA) ✓
----------------------------------        US MARSHAL ✓
P. WEIDNER (WEIDNER) ✓                    US PROBATION ✓
R. BUTLER (BUTLER) ✓
K. FITZGERALD ✓

Exhibit D
Page 2 of 2