FILED

MAY 0 4 2004

UNITED STATES DISTRICT
DISTRICT OF ALASKA
COURT

B

**MINUTES OF THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

UNITED STATES OF AMERICA    v.    JOSEF F. BOEHM, et al.

THE HONORABLE JOHN W. SEDWICK    CASE NO.   A04-0003 CR (JWS)

Deputy Clerk                    Official Recorder

Pam Richter

APPEARANCES:    for PLAINTIFF:  ----

for DEFENDANT:  ----

PROCEEDINGS:    **ORDER FROM CHAMBERS**

At docket 236A, plaintiff United States moves pursuant to 18 U.S.C.
3509 (j) for an order declaring this case to be of special public
importance because children will be called to testify.  In an order
at docket 239, the court directed any party opposed to the motion
to file a response by April 30, 2004.  One of the defendants,
Joseph Boehm, filed an opposition at docket 260.

The statute upon which the motion is premised provides that in
criminal cases in which a child will be called to testify, the
court may in its discretion declare the case to be of special
public  interest.    The  statute  is  obviously  founded  upon
Congressional concern that children anticipating the ordeal of
giving testimony in certain types of criminal trials are likely to
undergo a highly debilitating experience.  For purposes of the
statute, a child is a person under the age of 18 who is alleged to
be either (1) a victim of a crime of physical or sexual abuse, or
exploitation, or (2)  a witness to a crime committed against
another person.  See 18 U.S.C. 3509(a)(2).

Among the charges in the case at bar, are seven counts of sex
trafficking in children in violation of 18 U.S.C. 1591(a)(1) (which
also uses an age of 18 years to separate children from

[FORMS*IA*]

non-children).  The motion is supported by a declaration in which James A. Goeke avers that the United States will use the testimony of several children within the meaning of 18 U.S.C. 3509(a)(2) to prove its charges.  Boehm's opposition focuses on his assessment that the information given in support of the charges and of the motion is simply not specific enough.  The court disagrees.  The information is adequate to establish that 18 U.S.C. 3509(j) may be applied.  In the exercise of its discretion, the court concludes that this case is an appropriate one in which to declare that there is a special public interest within the meaning of 18 U.S.C. 3509(j).  The case involves numerous alleged child victims of serious sexual exploitation.

For the reasons above, the motion at docket 236 A is GRANTED.

ENTERED AT JUDGE'S DIRECTION

DATE:  May 4, 2004      INITIALS:  prr
Deputy Clerk

A04-0003--CR (JWS)      5-4-04      ⟋ D. DATTAN (DATTAN)
-------------------------------------  ⟋ S. TATTER (PPD)
⟋ P. WEIDNER (WEIDNER)      ⟋ P. RUSSO (US-ATTNY)
⟋ K. FITZGERALD      ⟋ MAGISTRATE JUDGE BRANSON
⟋ L. WELLS

Exhibit E
Page 2 of 2