NELSON P. COHEN
United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
(907) 271-5071
(907) 271-2344 fax
daniel.cooper@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | Case No. 3:04-cr-00003-JWS |
|---|---|
| Plaintiff, | |
| v. | **DECLARATION OF COUNSEL** |
| JOSEF F. BOEHM, | |
| Defendant. | |

**DECLARATION**

I, Daniel R. Cooper, Jr., declare under penalty of perjury that the following is true:

1.  I am an Assistant U.S. Attorney in the District of Alaska, and have been assigned certain limited responsibilities in the captioned matter.  This

      Declaration is made in support of the United States' Motion on Shortened Time For a Protective Order.

2.   I was made aware of the pending deposition of Detective Steven Boltz on Wednesday, December 12, 2007, at approximately noon, when I received a copy of a letter from the Municipality of Anchorage (dated December 11th) related to the deposition of Detective Boltz.

3.   On December 13th, I faxed a letter to all known counsel informing them that I intended to seek a protective order concerning the deposition. A copy of the letter to counsel showing the counsel and the fax numbers to which the letter was faxed is attached to this declaration as Exhibit A.

4.   On December 13th, I received a telephone call from Timothy Petumenos, counsel for Mr. Boehm. He related that he supported a briefing schedule that allowed for full briefing of the issues.

5.   On December 14th, I received a telephone call from Russell Winner, counsel for the plaintiffs in the State case. He stated he did not oppose an expedited briefing schedule, and asked that the court put the case on for argument on the merits as soon as possible. He also stated that he and counsel for the remaining child victims have waived their rights to

confidentiality as limited by and expressed in the Confidentiality Order, Exhibit C to the Motion for Protective Order.

6. On December 13th, I received a telephone call from the Law Office of Mr. Gingras, who asked that the letter be faxed again, which I did.

7. I have not heard from any other counsel except Mr. Max Garner, who left a voice mail asking that I keep him informed as to timing of filing the motion.

8. Service of the Motion on Shortened time will also be made via fax to all counsel of record.

9. The United States asks the court to consider the Motion on shortened time because the deposition is scheduled for a date less then the normal time frame for responses to a motion, and because of the vital interests involved.

Date: December 14, 2007

*[signature]*
Daniel R. Cooper, Jr.
Assistant U.S. Attorney

Declarations have the same legal force as affidavits. 28 U.S.C. § 1746.