

**U.S. Department of Justice**

*United States Attorney*
*District of Alaska*

*Federal Building & U.S. Courthouse*
*222 West 7th Avenue, #9, Room 253*   *Commercial: (907) 271-5071*
*Anchorage, Alaska 99513-7567*   *Fax Number: (907) 271-2344*

December 13, 2007

| | |
|---|---|
| Joyce Weaver Johnson<br>Municipal Attorney's Office<br>P.O. Box 196650<br>Anchorage, Alaska 99519-6650<br>343-4550 fax<br><br>Timothy J. Petumenos<br>Max D. Garner<br>Birch Horton Bittner and Cherot<br>1127 W. Seventh Avenue<br>Anchorage, AK 99501<br>276-3680 fax<br><br>Don C. Bauermeister<br>Burke & Bauermeister, P.L.L.C.<br>921 W. 6th Ave., Suite<br>Anchorage, AK 99501<br>277-6111 fax<br><br>Thomas S. Gingras<br>Eide, Gingras & Pate, PC<br>425 G St. Suite 930<br>Anchorage, AK 99501<br>279-0933 fax | Russell L. Winner, Esq.<br>Winner & Associates, P.C.<br>900 West Fifth Ave., Suite 700<br>Anchorage, AK 99501<br>277-4510 fax<br><br>Verne E. Rupright<br>322 Main Street, Wassila, AK 99654<br>907-373-3217 fax<br><br>Pamela S. Sullivan<br>Wade, Kelly & Sullivan<br>745 W. 4th Ave., Suite 425<br>Anchorage, AK 99501<br>562-8977 fax<br><br>Myron Angstman<br>Angstman Law Office<br>Box 585<br>Bethel, AK 99559<br>543-3394 fax<br><br>Carla Raymond<br>Assistant Attorney General<br>1031 West 4th Avenue, Suite 200<br>Anchorage, AK 99501<br>258-6872 fax |

Re:   Notice of Taking Deposition of Det. Steven Boltz,
      Case Nos. 3AN-05-11782 CI and 3:06-cv-00031 RRB

Ladies and Gentlemen:

    I write pursuant to the requirements of L.R. D. Ak. 7.2(c)(1)(A)(ii) to inform you that I will be seeking a hearing on shortened time for a motion for a protective order with respect

Exhibit A
Page 1 of 2

to the deposition of Detective Steven Boltz. The reason I am requesting the hearing on shortened time is because I was only made aware of the pending deposition on December 12, 2007, and because you have scheduled the deposition for December 18, 2007. Please let me know by fax or e-mail if you oppose hearing this matter on shortened time.

The basis for the motion for the protective order is based, in the first instance, on the privacy and confidentiality provisions of 18 U.S.C. § 3509(d), to which child victims and witnesses are entitled. In the second instance, since the work of Detective Boltz was incident to matters occurring before a federal grand jury sitting in the District of Alaska, the matters are secret as provided in Rule 6(e), F.R.Crim.P. These matters may be divulged by Detective Boltz only upon order of the Court supervising the grand jury in this District.

I am sure each of you will have many questions, which I will try to answer. I respectfully request that you consider a continuance of the scheduled deposition pending an orderly and thorough briefing of these important issues before the court.

NELSON P. COHEN
UNITED STATES ATTORNEY

Daniel R. Cooper, Jr.
Assistant U.S. Attorney
daniel.cooper@usdoj.gov