NELSON P. COHEN
United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
(907) 271-5071
(907) 271-2344 fax
daniel.cooper@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>JOSEF F. BOEHM,<br><br>             Defendant. | Case No. 3:04-cr-00003-JWS<br><br>**NOTICE OF ENTRY OF ORDER ON STIPULATION IN RELATED CASE NO. 3:06-cv-0003 RRB** |

COMES NOW the United States of America, and provides Notice to the court that on Friday, December 14, 2007, the Honorable Ralph R. Beistline entered an order in <u>Wallis v. Boehm, et. al.</u>, case no.3:06-cv-00003 RRB concerning the deposition of Detective Boltz.  A copy of the order is attached as Exhibit A.  The briefing in the Wallis case discloses that Judge Beistline was

never advised of this court's earlier order at Docket 265 in this case concerning the privacy protections to which child victims and witnesses are entitled. Nor were the secrecy provisions of the Rule governing grand juries ever briefed or otherwise brought to his attention.

Undersigned counsel was not made aware that there was even a motion pending before Judge Beistline on this issue until after the order was issued.

RESPECTFULLY SUBMITTED this 17th day of December, 2007, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/ Daniel R. Cooper, Jr.
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-2344
E-mail: Daniel.Cooper@usdoj.gov
AK #8211109

**CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2007, a copy of the foregoing Notice of Entry of Order on Stipulation in Related Case No. 3:06-cv-0003 RRB was served via fax on

| | |
|---|---|
| Joyce Weaver Johnson<br>Municipal Attorney's Office<br>P.O. Box 196650<br>Anchorage, Alaska 99519-6650<br>343-4550 fax<br><br>Timothy J. Petumenos<br>Max D. Garner<br>Birch Horton Bittner and Cherot<br>1127 W. Seventh Avenue<br>Anchorage, AK 99501<br>276-3680 fax<br><br>Don C. Bauermeister<br>Burke & Bauermeister, P.L.L.C.<br>921 W. 6th Ave., Suite<br>Anchorage, AK 99501<br>277-6111 fax<br><br>Thomas S. Gingras<br>Eide, Gingras & Pate, PC<br>425 G St. Suite 930<br>Anchorage, AK 99501<br>279-0933 fax | Russell L. Winner, Esq.<br>Winner & Associates, P.C.<br>900 West Fifth Ave., Suite 700<br>Anchorage, AK 99501<br>277-4510 fax<br><br>Verne E. Rupright<br>322 Main Street, Wassila, AK 99654<br>907-373-3217 fax<br><br>Pamela S. Sullivan<br>Wade, Kelly & Sullivan<br>745 W. 4th Ave., Suite 425<br>Anchorage, AK 99501<br>562-8977 fax<br><br>Myron Angstman<br>Angstman Law Office<br>Box 585<br>Bethel, AK 99559<br>543-3394 fax<br><br>Carla Raymond<br>Assistant Attorney General<br>1031 West 4th Avenue, Suite 200<br>Anchorage, AK 99501<br>258-6872 fax |

s/ Daniel R. Cooper, Jr.