Joyce Weaver Johnson
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
E-mail: uslit@muni.org

Attorney for
Officer Steven Boltz

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KRYSTAL WALLIS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| JOSEF F. BOEHM, BAMBI TYREE, LESLIE J. WILLIAMS, JR., and ALLEN K. BOWLING | ) ) ) ) |
| Defendants. | ) Case No. 3:06-cv-00031-RRB ) |

### ▬▬▬▬▬ PROTECTIVE ORDER (MODIFIED) FOR DEPOSITION OF OFFICER STEVEN BOLTZ

This Court having reviewed the Municipality of Anchorage's Motion to Quash or for Protective Order as to Deposition of Officer Steven Boltz; and reviewed the parties' subsequent Stipulation for Protective Order (Modified) for Deposition of Officer Steven Boltz, hereby ORDERS:

1. The court is aware of applicable federal, state and local law protecting confidential victim and witness information, criminal

justice information and juvenile records. The Court recognizes the values of victim/witness privacy and the concerns of the Municipality and Officer Boltz about being required to divulge such private information.

2. At the same time, the Court understands the discovery needs of the parties to this litigation. This Order is designed to balance the parties' needs with those of the Municipality and Officer Boltz.

3. Officer Boltz may comply with the civil subpoena and notice of deposition set for December 18, 2007.

4. The parties may question Officer Boltz regarding any and all persons, including victims of crimes and juveniles.

5. No part of any tape, videotape, digital recording, stenographic record, transcript or other record of Officer Boltz's deposition shall be published in any pleading, motion or exhibit, or in open court, without this Court's leave. Such records may be submitted to the Court under seal as needed.

6. No part of any tape, videotape, digital recording, stenographic record, transcript or other record of Officer Boltz's deposition shall be disclosed to any person, other than parties and attorneys participating in this litigation, without this Court's leave.

7. If the Court grants leave as provided above, it will enter any orders it deems appropriate to protect the confidentiality of the testimony, including closing the courtroom to the public, instructing the jury to not reveal any information, sealing the record, etc.

8. Violation of this Order shall be punishable by contempt.

It is so ORDERED.

Dated this 14 day of December 2007.

By: S/RRB
Ralph Beistline
U. S. District Judge

Proposed Protective Order (Modified) for Deposition of Officer Steven Boltz
Case No. 3:06-cv-00031-RRB
Page 3 of 3