RUSSELL L.  WINNER
WINNER AND ASSOCIATES, P.C.
900 W.  5th Ave., Suite 700
Anchorage, Alaska 99501
(907) 277-9522
(907) 277-4510
rwinner@winnerlaw.com

Myron Angstman
P.O. Box 585
Bethel, AK  99559
(907) 543-2972 phone
(907) 543-3394 fax
angstmanlaw@alaska.com

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA., | ) Case No. 3:04-cr-00003-JSW |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ENTRY OF SPECIAL** |
| | ) **APPEARANCE** |
| JOSEF F. BOEHM, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Russell L. Winner of Winner & Associates, P.C., and Myron Angstman, of Angstman Law Office, hereby enter their special appearance as attorneys for the purpose of responding to Plaintiff's Motion on Shortened Time For Protective Order Pursuant to 18 U.S.C. §3509 (d) and Rule 6(e), F.R. Crim. P.  in the above-entitled action.

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-2029
(907) 277-9522

DATED this 17th day of December, 2007, at Anchorage, Alaska.

By:    s/ Russell L. Winner
         Winner & Associates, P.C.
         900 W. 5th Avenue, Suite 700
         Anchorage, AK 99501
         (907) 277-9522 phone
         (907) 277-4510 fax
         rwinner@winnerlaw.com
         ABA No. 7811149

By:    s/ Myron Angstman
         Myron Angstman
         P.O. Box 585
         Bethel, AK 99559
         (907) 543-2972 phone
         (907) 543-3394 fax
         angstmanlaw@alaska.com
         ABA No. 7410057

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-2029
(907) 277-9522

**<u>Certificate of Service</u>**

I hereby certify that on December 17, 2007, a copy of the
foregoing Entry of Special Appearance was served electronically on
Daniel S. Cooper, and on the following by facsimile:

Daniel R. Cooper, Jr.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
271-2344 fax

Don C. Bauermeister
Burke & Bauermeister, P.L.L.C.
921 W. 6th Ave., Suite 250
Anchorage, AK 99501
277-6111 fax

Joyce Weaver Johnson
Municipal Attorney's Office
P.O. Box 196650
Anchorage, AK 99519-6650
343-4550 fax

Thomas S. Gingras
Eide, Gingras & Pate, PC
425 G. St., Suite 930
Anchorage, AK 99501
279-0933 fax

Timothy J. Petumenos
Max. D. Garner
Birch Horton Bittner and Cherot
1127 W. 7th Ave.
Anchorage, AK 99501
276-3689 fax

Verne E. Rupright
322 Main St.
Wasilla, AK 99654
907-373-3217 fax

Pamela S. Sullivan
Wade, Kelly & Sullivan
745 W. 4th Ave., Suite 425
Anchorage, AK 99501
562-8977 fax

Myron Angstman
Angstman Law Office
Box 585
Bethel, AK 99559
907-543-3394 fax

Carla Raymond
Assistant Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, AK 99501
258-6872 fax

<u>s/ Russell L. Winner</u>

G:\Boehm Cases\General\entry spec app.wpd

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-2029
(907) 277-9522

ENTRY OF SPECIAL APPEARANCE
*U.S.A. v. Boehm*, 3:04-cr-00003-JSW