Attorneys for Plaintiffs E.A., L.B., L.H., J.M., and A.M:

Russell L. Winner, ABA No. 7811149
Winner & Associates, P.C.
900 W. 5th Avenue, Suite 700
Anchorage, AK 99501
(907) 277-9522 phone
(907) 277-4510 fax
rwinner@winnerlaw.com

Myron Angstman
P.O. Box 585
Bethel, AK 99559
(907) 543-2972 phone
(907) 543-3394 fax
angstmanlaw@alaska.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA., ) | Case No. 3:04-cr-00003-JSW |
| ) | |
| Plaintiff, ) | **QUALIFIED NON-OPPOSITION TO MOTION ON SHORTENED TIME FOR PROTECTIVE ORDER PURSUANT TO 18 U.S.C. §3509(d) AND RULE 6(e), F.R Crim. P.** |
| v. ) | |
| ) | |
| JOSEF F. BOEHM, ) | |
| ) | |
| Defendant. ) | |

Plaintiffs E.A., L.B., and L.H., represented by undersigned counsel, have brought a civil suit for damages against Josef Boehm in the Alaska Superior Court., *E.A. et al., v. Boehm, et al.,* Case No. 3AN-05-11782 CI.[1] Plaintiffs do not oppose the United State's motion for a protective order

---

[1] Undersigned counsel also represent J.M. and A.M. They are monitoring the pending state and federal civil litigation against Boehm to decide whether, and if so where, to bring a civil suit for damages against him. E.A., L.B., L.H., J.M., and A.M. shall be referred to collectively here as "Plaintiffs."

regarding the deposition on Detective Steven Boltz,[2] subject to the qualifications stated below. Plaintiffs, however, ask this Court to not enter an order staying this deposition, which is scheduled for tomorrow, December 18, 2007.

First, a point of clarification: defendant Josef Boehm, not plaintiffs in the state and federal civil litigation, have noticed the deposition of Boltz. Plaintiffs, however, intend to call Boltz as a witness at trial. The state civil trial is scheduled to start on March 3, 2008.

As noted by the United States, plaintiffs in the federal and state civil litigation waive their confidentiality and privacy rights under federal law as to matters that pertain to their civil claims.[3] And as noted by the United States, this Court has previously published portions of the grand jury testimony.[4] Thus, Boltz can testify at his deposition and at trial as to matters regarding the Plaintiffs and the other plaintiffs in the state and federal civil litigation, and as to matters addressed in the published grand jury testimony.

The question now before this Court is whether Boltz can also testify to matters involving other minors, and whether Boltz can testify to any matters addressed before the grand jury beyond what has been already published. Plaintiffs ask this Court to allow the Boltz deposition to be held as scheduled and to approve the protective order, dated December 17, 2007, of Alaska Superior Court Judge Mark Rindner, a copy of which is attached here as Exhibit A. This order allows Boltz to answer all questions asked of him at the deposition. Publication of that deposition to others outside the civil litigation will not be permitted absent further order of that court. Plaintiffs believe this order adequately balances the interests of non-plaintiff victims with the need for discovery in the civil litigation. Plaintiffs have no need to have Boltz answer questions regarding minors. This

---

[2] United States' Motion On Shortened Time for Protective Order Pursuant to 18 U.S.C. § 3509(d) and Fed. R.Crim. P. 6(e), dated December 14, 2007 ("United States' Motion").

[3] J.M. and A.M. likewise here waive their confidentiality and privacy rights as to their potential claims against Boehm.

[4] United States' Motion, at 8-9.

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-2029
(907) 277-9522

QUALIFIED NON-OPPOSITION TO MOTION ON SHORTENED TIME
FOR PROTECTIVE ORDER PURSUANT TO 18 U.S.C. §3509(d) AND
RULE 6(e), F.R Crim. P.
E.A. v. Boehm, 3AN-05-11782 CI                                    Page 2 of 4

appears, however, to be something that Boehm would like to ask Boltz about.

In the alternative, Plaintiffs ask this Court to enter an order that allows the Boltz deposition to be held as scheduled; that Boltz be allowed to answer all questions in that deposition regarding the Plaintiffs and other plaintiffs in the federal and state civil lawsuits and regarding grand jury testimony previously published; that this Court receive further briefing on whether Boltz should be allowed to answer questions beyond that; and that Boltz be deposed again regarding any such additional matters, if the parties deem that necessary.

Plaintiffs are sensitive to the privacy and secrecy matters addressed by the United States in its motion. However, postponing the deposition of Boltz pending a full briefing schedule of the issues contained in the United States' motion prior to that deposition would jeopardize the trial date in the state civil case. A further continuance of the state civil trial would prejudice Plaintiffs.

DATED this 17th day of December, 2007, at Anchorage, Alaska.

By:    s/ Russell L. Winner
         Winner & Associates, P.C.
         900 W. 5th Avenue, Suite 700
         Anchorage, AK 99501
         (907) 277-9522 phone
         (907) 277-4510 fax
         rwinner@winnerlaw.com
         ABA No. 7811149

By:    s/ Myron Angstman
         Myron Angstman
         P.O. Box 585
         Bethel, AK 99559
         (907) 543-2972 phone
         (907) 543-3394 fax
         angstmanlaw@alaska.com
         ABA No. 7410057

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-2029
(907) 277-9522

**Certificate of Service**

I hereby certify that on December 17, 2007, a copy of the foregoing Qualified Non-Opposition to Motion on Shortened Time was served electronically on Daniel S. Cooper, and on the following by facsimile

Daniel R. Cooper, Jr.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
271-2344 fax

Don C. Bauermeister
Burke & Bauermeister, P.L.L.C.
921 W. 6th Ave., Suite 250
Anchorage, AK 99501
277-6111 fax

Joyce Weaver Johnson
Municipal Attorney's Office
P.O. Box 196650
Anchorage, AK 99519-6650
343-4550 fax

Thomas S. Gingras
Eide, Gingras & Pate, PC
425 G. St., Suite 930
Anchorage, AK 99501
279-0933 fax

Timothy J. Petumenos
Max. D. Garner
Birch Horton Bittner and Cherot
1127 W. 7th Ave.
Anchorage, AK 99501
276-3689 fax

Verne E. Rupright
322 Main St.
Wasilla, AK 99654
907-373-3217 fax

Pamela S. Sullivan
Wade, Kelly & Sullivan
745 W. 4th Ave., Suite 425
Anchorage, AK 99501
562-8977 fax

Myron Angstman
Angstman Law Office
Box 585
Bethel, AK 99559
907-543-3394 fax

Carla Raymond
Assistant Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, AK 99501
258-6872 fax

s/ Russell L. Winner

G:\Boehm Cases\General\non-opp to fed mot on short time.wpd

Law Offices of
WINNER & ASSOCIATES, P.C.
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-2029
(907) 277-9522