IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

E.A. a minor, by her mother )
And next friend D.A., )
)
            Plaintiff, )
)
vs. )
)
JOSEF F. BOEHM, )
)
           Defendant. )
_____) Case No. 3AN-05-11782 CI

## PROTECTIVE ORDER (MODIFIED) FOR DEPOSITION OF OFFICER STEVEN BOLTZ

This Court having reviewed the Municipality of Anchorage's Motion to Quash or for Protective Order as to Deposition of Officer Steven Boltz; heard the parties in open court on December 6; and reviewed the parties' subsequent Stipulation for Protective Order (Modified) for Deposition of Officer Steven Boltz, hereby ORDERS:

1. The court is aware of applicable federal, state and local law protecting confidential victim and witness information, criminal justice information and juvenile records. The Court recognizes the values of victim/witness privacy and the concerns of the Municipality and Officer Boltz about being required to divulge such private information.

2. At the same time, the Court understands the discovery needs of the parties to this litigation. This Order is designed to balance the parties' needs with those of the Municipality and Officer Boltz.

MUNICIPALITY OF ANCHORAGE
OFFICE OF THE MUNICIPAL ATTORNEY
P.O. Box 196650
Anchorage, Alaska 99519-6650
Telephone: 343-4545
Facsimile: 343-4550

EXHIBIT A
Page 1 of 3

3. Officer Boltz may comply with the civil subpoena and notice of deposition set for December 18, 2007.

4. The parties may question Officer Boltz regarding any and all persons, including victims of crimes and juveniles.

5. No part of any tape, videotape, digital recording, stenographic record, transcript or other record of Officer Boltz's deposition shall be published in any pleading, motion or exhibit, or in open court, without this Court's leave. Such records may be submitted to the Court under seal as needed.

6. No part of any tape, videotape, digital recording, stenographic record, transcript or other record of Officer Boltz's deposition shall be disclosed to any person, other than parties and attorneys participating in this litigation, without this Court's leave.

7. If the Court grants leave as provided above, it will enter any orders it deems appropriate to protect the confidentiality of the testimony, including closing the courtroom to the public, instructing the jury to not reveal any information, sealing the record, etc.

8. Violation of this Order shall be punishable by contempt.

It is so ORDERED.

DATED: 12/17/07

Mark Rindner
Superior Court Judge

MUNICIPALITY OF ANCHORAGE
OFFICE OF THE MUNICIPAL ATTORNEY
P.O. Box 196650
Anchorage, Alaska 99519-6650
Telephone: 343-4545
Facsimile: 343-4550

Protective Order (Modified) for Deposition of Officer Steven Boltz
Case No. 3AN-05-11782 CI
Page 2 of 3

EXHIBIT A
Page 2 of 3

I certify that on 12-17-07 a copy of the above was mailed to each of the following at their addresses of record: faxed Winner Anystrom Roca Bauermeister Sullivan Palumenos MoA-Freeman AG-Rmpaend AG-Bodick T. Gingras L.Gould

Administrative Assistant

Certificate of Service
I hereby certify that on this 13th day of December, 2007
I caused to be mailed a true and correct copy of this
foregoing document to:

    Timothy J. Petumenos
    Russell L. Winner
    Don C. Bauermeister
    Thomas S. Gingras

_Sheri Curro_
Sheri Curro

MUNICIPALITY
OF
ANCHORAGE

OFFICE OF THE
MUNICIPAL ATTORNEY

P.O. Box 196650
Anchorage, Alaska
99519-6650

Telephone: 343-4545
Facsimile: 343-4550

Protective Order (Modified) for Deposition of Officer Steven Boltz
Case No. 3AN-05-11782 CI
Page 3 of 3

EXHIBIT A
Page 3 of 3