```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
```

U.S.A. vs.   JOSEF BOEHM           CASE NO. 3:04-CR-00003-01-JWS
Defendant:  X Not Present    X In Custody

BEFORE THE HONORABLE:         RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:        SUZANNETTE LUCERO / ALEXIS GUTIERREZ

UNITED STATES' ATTORNEY:      DAN COOPER

INTERESTED PARTIES:           RUSS WINNER and MARC JAKUBOVIC

PROCEEDINGS: STATUS CONFERENCE HELD 12/18/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:38 a.m. court convened.

Court and counsel heard re Government's Motion for Protective Order on Shortened Time which should have been filed in 3:06-cv-00031-RRB.

At 9:09 a.m. court adjourned.

OFF RECORD NOTE: Government is instructed to file the Motion for Protective Order in case 3:06-cv-00031-RRB. The clerk is directed to terminate the Motion for Protective Order filed in this case.

DATE:    December 18, 2007     DEPUTY CLERK'S INITIALS: SCL/AXG

Revised 6-18-07