Russell L. Winner
Winner and Associates, P.C.
900 W. 5th Ave., Suite 700
Anchorage, Alaska 99501
(907) 277-9522
(907) 277-4510
rwinner@winnerlaw.com

Myron Angstman
Angstman Law Office
P.O. Box 585
Bethel, AK 99559
(907) 543-2972 phone
(907) 543-3394 fax
angstmanlaw@alaska.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA., | ) Case No. 3:04-cr-00003-JSW |
| Plaintiff, | ) |
| v. | ) **SECOND ENTRY OF SPECIAL APPEARANCE** |
| JOSEF F. BOEHM, | ) |
| Defendant. | ) |

    Russell L. Winner of Winner & Associates, P.C., and Myron Angstman, of Angstman Law Office, hereby enter their second special appearance as attorneys for E.A., L.H., and L.B. to file the accompanying petition for a writ of habeas corpus *ad testificandum*.

Dated this 15th day of January, 2008, at Anchorage, Alaska.

By: s/ Russell L. Winner
Winner & Associates, P.C.
900 W. 5th Avenue, Suite 700
Anchorage, AK 99501
(907) 277-9522 phone
(907) 277-4510 fax
rwinner@winnerlaw.com
ABA No. 7811149

By: s/ Myron Angstman
Myron Angstman
P.O. Box 585
Bethel, AK 99559
(907) 543-2972 phone
(907) 543-3394 fax
angstmanlaw@alaska.com
ABA No. 7410057

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-2029
(907) 277-9522

SECOND ENTRY OF SPECIAL APPEARANCE
*U.S.A. v. Boehm*, 3:04-cr-00003-JSW                                    Page 2 of 3

**Certificate of Service**

I hereby certify that on January 15, 2008, a copy of the
foregoing Second Entry of Special Appearance
was served electronically on Daniel S. Cooper,
and on the following by facsimile:

| | |
|---|---|
| Daniel R. Cooper, Jr.<br>Assistant U.S. Attorney<br>Federal Building & U.S. Courthouse<br>222 W. 7th Ave., #9, Rm. 253<br>Anchorage, AK 99513-7567<br>271-2344 fax | Don C. Bauermeister<br>Burke & Bauermeister, P.L.L.C.<br>921 W. 6th Ave., Suite 250<br>Anchorage, AK 99501<br>277-6111 fax |
| Joyce Weaver Johnson<br>Municipal Attorney's Office<br>P.O. Box 196650<br>Anchorage, AK 99519-6650<br>343-4550 fax | Thomas S. Gingras<br>Eide, Gingras & Pate, PC<br>425 G. St., Suite 930<br>Anchorage, AK 99501<br>279-0933 fax |
| Timothy J. Petumenos<br>Max. D. Garner<br>Birch Horton Bittner and Cherot<br>1127 W. 7th Ave.<br>Anchorage, AK 99501<br>276-3689 fax | Verne E. Rupright<br>322 Main St.<br>Wasilla, AK 99654<br>907-373-3217 fax |
| Pamela S. Sullivan<br>Wade, Kelly & Sullivan<br>745 W. 4th Ave., Suite 425<br>Anchorage, AK 99501<br>562-8977 fax | Myron Angstman<br>Angstman Law Office<br>Box 585<br>Bethel, AK 99559<br>907-543-3394 fax |
| Carla Raymond<br>Assistant Attorney General<br>1031 W. 4th Ave., Suite 200<br>Anchorage, AK 99501<br>258-6872 fax | |

s/ Russell L. Winner

G:\Boehm Cases\General\second entry of special appear - federal ct.wpd

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-2029
(907) 277-9522