Attorneys for E.A., L.H., and L.B.

Russell L. Winner, ABA No. 7811149
Winner & Associates, P.C.
900 W. 5th Avenue, Suite 700
Anchorage, AK 99501
(907) 277-9522 phone
(907) 277-4510 fax
rwinner@winnerlaw.com

Myron Angstman
P.O. Box 585
Bethel, AK  99559
(907) 543-2972 phone
(907) 543-3394 fax
angstmanlaw@alaska.com

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-2029
(907) 277-9522

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA., | ) Case No. 3:04-cr-00003-JSW |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) **PETITION FOR WRIT OF** |
| JOSEF F. BOEHM, | ) **HABEAS CORPUS** |
| | ) *AD TESTIFICANDUM* |
| Defendant. | ) |
| | ) |

COME NOW E.A., L.B., and L.H. ("Petitioners"), by their undersigned counsel, who are

plaintiffs in a civil suit for compensatory and punitive damages against Josef F. Boehm in the Alaska

Superior Court., *E.A. et al., v. Boehm, et al.,* Case No. 3AN-05-11782 CI, and petition this Court,

pursuant to 28 U.S.C. §2241(c)(5) and Fed. R. Civ. P. 81(a)(4), for a writ of habeas corpus *ad*

*testificandum*, requiring that United State Bureau of Prisons transfer temporary custody of Boehm,

Inmate Registration Number 14887-006, from the Federal Correctional Institution, Seagoville,

Texas, to the United State Marshals Service, at Petitioners' expense, for his transportation to

Anchorage, Alaska, to give testimony at trial, to begin on March 3, 2008, in the above-referenced

state-court case.  Petitioners respectfully request that the Court do so by February 8, 2008, so that

there is sufficient time for the Federal Correctional Institution, Seagoville, and the United States

Marshals Service to arrange for this transportation.  This petition is accompanied by a memorandum

of law and a proposed order.

Dated this 15th day of January, 2008, at Anchorage, Alaska.

By:    s/ Russell L. Winner
Winner & Associates, P.C.
900 W. 5th Avenue, Suite 700
Anchorage, AK 99501
(907) 277-9522 phone
(907) 277-4510 fax
rwinner@winnerlaw.com
ABA No. 7811149

By:    s/ Myron Angstman
Myron Angstman
P.O. Box 585
Bethel, AK  99559
(907) 543-2972 phone
(907) 543-3394 fax
angstmanlaw@alaska.com
ABA No. 7410057

Law Offices of
WINNER & ASSOCIATES, P.C.
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-2029
(907) 277-9522

**Certificate of Service**

I hereby certify that on January 15, 2008, a copy of the
foregoing Petition for Writ of Habeas Corpus *Ad Testificandum*
was served electronically on Daniel S. Cooper,
and on the following by facsimile:

Daniel R.  Cooper, Jr.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W.  7th Ave., #9, Rm.  253
Anchorage, AK 99513-7567
271-2344 fax

Don C.  Bauermeister
Burke & Bauermeister, P.L.L.C.
921 W.  6th Ave., Suite 250
Anchorage, AK 99501
277-6111 fax

Joyce Weaver Johnson
Municipal Attorney's Office
P.O. Box 196650
Anchorage, AK 99519-6650
343-4550 fax

Thomas S.  Gingras
Eide, Gingras & Pate, PC
425 G.  St., Suite 930
Anchorage, AK 99501
279-0933 fax

Timothy J. Petumenos
Max.  D.  Garner
Birch Horton Bittner and Cherot
1127 W.  7th Ave.
Anchorage, AK 99501
276-3689 fax

Verne E.  Rupright
322 Main St.
Wasilla, AK 99654
907-373-3217 fax

Pamela S.  Sullivan
Wade, Kelly & Sullivan
745 W.  4th Ave., Suite 425
Anchorage, AK 99501
562-8977 fax

Myron Angstman
Angstman Law Office
Box 585
Bethel, AK 99559
907-543-3394 fax

Carla Raymond
Assistant Attorney General
1031 W.  4th Ave., Suite 200
Anchorage, AK 99501
258-6872 fax

s/ Russell L. Winner

G:\Boehm Cases\General\petition for writ of habeas corpus ad testificandum - marshals.wpd

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-2029
(907) 277-9522