Attorneys for E.A., L.H., and L.B.

Russell L. Winner, ABA No. 7811149
Winner & Associates, P.C.
900 W. 5th Avenue, Suite 700
Anchorage, AK 99501
(907) 277-9522 phone
(907) 277-4510 fax
rwinner@winnerlaw.com

Myron Angstman
P.O. Box 585
Bethel, AK 99559
(907) 543-2972 phone
(907) 543-3394 fax
angstmanlaw@alaska.com

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-2029
(907) 277-9522

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA., | ) Case No. 3:04-cr-00003-JSW |
| Plaintiff, | ) |
| v. | ) **PROPOSED** |
| | ) **ORDER ISSUING WRIT OF** |
| JOSEF F. BOEHM, | ) **HABEAS CORPUS** |
| | ) *AD TESTIFICANDUM* |
| Defendant. | ) |

E.A., L.B., and L.H. ("Petitioners") having petitioned for issuance of a writ of habeas corpus *ad testificandum*, pursuant to 28 U.S.C. §2241(c)(5) and Fed. R. Civ. P. 81(a)(4), requiring that the United State Bureau of Prisons transfer Josef F. Boehm to the temporary custody of the United States Marshals Service for transportation, at Petitioners' expense, to Anchorage, Alaska, to give testimony at trial, to begin on March 3, 2008, in *E.A. et al., v. Boehm, et al.,* Alaska Superior Court Case No. 3AN-05-11782 CI; the Court having reviewed any response to this petition; and the Court being fully informed in the matter,

IT IS HEREBY ORDERED that the petition is GRANTED. The United State Bureau of Prisons shall transfer temporary custody of Josef F. Boehm, Inmate Registration Number 14887-006,

from the Federal Correctional Institution, Seagoville, Texas, to the United States Marshals Service for his transportation to Anchorage, Alaska, to appear as a witness in the above-referenced state-court case. Thereafter, Mr. Boehm shall be transported back to the Federal Correctional Institution, Seagoville. All costs involved shall be paid by the Petitioners.

Dated:_____          _____
                                John W. Sedwick
                                United States District Court Judge

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-2029
(907) 277-9522

ORDER ISSUING WRIT OF HABEAS CORPUS *AD TESTIFICANDUM*
E.A. v. Boehm, 3AN-05-11782 CI                                    Page 2 of 3

**Certificate of Service**

I hereby certify that on January 15, 2008, a copy of the
foregoing Proposed Order Issuing Writ of Habeas Corpus *Ad Testificandum*
was served electronically on Daniel S. Cooper,
and on the following by facsimile:

Daniel R. Cooper, Jr.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
271-2344 fax

Don C. Bauermeister
Burke & Bauermeister, P.L.L.C.
921 W. 6th Ave., Suite 250
Anchorage, AK 99501
277-6111 fax

Joyce Weaver Johnson
Municipal Attorney's Office
P.O. Box 196650
Anchorage, AK 99519-6650
343-4550 fax

Thomas S. Gingras
Eide, Gingras & Pate, PC
425 G. St., Suite 930
Anchorage, AK 99501
279-0933 fax

Timothy J. Petumenos
Max. D. Garner
Birch Horton Bittner and Cherot
1127 W. 7th Ave.
Anchorage, AK 99501
276-3689 fax

Verne E. Rupright
322 Main St.
Wasilla, AK 99654
907-373-3217 fax

Pamela S. Sullivan
Wade, Kelly & Sullivan
745 W. 4th Ave., Suite 425
Anchorage, AK 99501
562-8977 fax

Myron Angstman
Angstman Law Office
Box 585
Bethel, AK 99559
907-543-3394 fax

Carla Raymond
Assistant Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, AK 99501
258-6872 fax

s/ Russell L. Winner

G:\Boehm Cases\General\order granting petition for writ of habeas corpus ad testificandum - marshals.wpd

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-2029
(907) 277-9522

ORDER ISSUING WRIT OF HABEAS CORPUS *AD TESTIFICANDUM*
E.A. v. Boehm, 3AN-05-11782 CI                                    Page 3 of 3