Attorneys for E.A., L.H., and L.B.

Russell L. Winner, ABA No. 7811149
Winner & Associates, P.C.
900 W. 5th Avenue, Suite 700
Anchorage, AK 99501
(907) 277-9522 phone
(907) 277-4510 fax
rwinner@winnerlaw.com

Myron Angstman
P.O. Box 585
Bethel, AK 99559
(907) 543-2972 phone
(907) 543-3394 fax
angstmanlaw@alaska.com

RECEIVED
JAN 17 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA., <br><br> Plaintiff, <br><br> v. <br><br> JOSEF F. BOEHM, <br><br> Defendant. | Case No. 3:04-cr-00003-JWS <br><br> ~~PROPOSED~~ <br> ORDER ISSUING WRIT OF <br> HABEAS CORPUS <br> *AD TESTIFICANDUM* |

E.A., L.B., and L.H. ("Petitioners") having petitioned for issuance of a writ of habeas corpus *ad testificandum*, pursuant to 28 U.S.C. §2241(c)(5) and Fed. R. Civ. P. 81(a)(4), requiring that the United State Bureau of Prisons transfer Josef F. Boehm to the temporary custody of the United States Marshals Service for transportation, at Petitioners' expense, to Anchorage, Alaska, to give testimony at trial, to begin on March 3, 2008, in *E.A. et al., v. Boehm, et al.,* Alaska Superior Court Case No. 3AN-05-11782 CI; the Court having reviewed any response to this petition; and the Court being fully informed in the matter,

IT IS HEREBY ORDERED that the petition is GRANTED. The United State Bureau of Prisons shall transfer temporary custody of Josef F. Boehm, Inmate Registration Number 14887-006,

ORDER ISSUING WRIT OF HABEAS CORPUS *AD TESTIFICANDUM*
E.A. v. Boehm, 3AN-05-11782 CI

from the Federal Correctional Institution, Seagoville, Texas, to the United States Marshals Service for his transportation to Anchorage, Alaska, to appear as a witness in the above-referenced state-court case. Thereafter, Mr. Boehm shall be transported back to the Federal Correctional Institution, Seagoville. All costs involved shall be paid by the Petitioners.

Dated: 1-16-08

REDACTED

John W. Sedwick
United States District Court Judge

Law Offices of
WINNER & ASSOCIATES, P.C.
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-2029
(907) 277-9522

ORDER ISSUING WRIT OF HABEAS CORPUS *AD TESTIFICANDUM*
E.A. v. Boehm, 3AN-05-11782 CI