Attorneys for E.A., L.H., and L.B.

Russell L. Winner, ABA No. 7811149
Winner & Associates, P.C.
900 W. 5th Avenue, Suite 700
Anchorage, AK 99501
(907) 277-9522 phone
(907) 277-4510 fax
rwinner@winnerlaw.com

Myron Angstman
P.O. Box 585
Bethel, AK  99559
(907) 543-2972 phone
(907) 543-3394 fax
angstmanlaw@alaska.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA., | ) Case No. 3:04-cr-00003-JSW |
| Plaintiff, | ) |
| v. | ) **MOTION TO VACATE ORDER** |
| JOSEF F. BOEHM, | ) **FOR ISSUANCE OF WRIT OF** |
| Defendant. | ) **HABEAS CORPUS** *AD TESTIFICANDUM* |

COME NOW E.A., L.B., and L.H. ("Petitioners"), by their undersigned counsel, who are plaintiffs in a civil suit for compensatory and punitive damages against Josef F. Boehm in the Alaska Superior Court., *E.A. et al., v. Boehm, et al.,* Case No. 3AN-05-11782 CI, and petition this Court to vacate its order, dated January 16, 2008, granting petitioners' motion for issuance of a Writ of Habeas Corpus *ad Testificandum,* because the civil case has settled.

Dated this 22nd day of January, 2008, at Anchorage, Alaska.

By: s/ Russell L. Winner
Winner & Associates, P.C.
900 W. 5th Avenue, Suite 700
Anchorage, AK 99501
(907) 277-9522 phone
(907) 277-4510 fax
rwinner@winnerlaw.com
ABA No. 7811149

By: s/ Myron Angstman
Myron Angstman
P.O. Box 585
Bethel, AK  99559
(907) 543-2972 phone
(907) 543-3394 fax
angstmanlaw@alaska.com
ABA No. 7410057

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-2029
(907) 277-9522

MOTION TO VACATE ORDER
E.A. v. Boehm, 3AN-05-11782 CI                                                                                       Page 2 of 3

**Certificate of Service**

I hereby certify that on January 15, 2008, a copy of the foregoing Petition for Writ of Habeas Corpus *Ad Testificandum* was served on the following by facsimile:

Daniel R. Cooper, Jr.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
271-2344 fax

Don C. Bauermeister
Burke & Bauermeister, P.L.L.C.
921 W. 6th Ave., Suite 250
Anchorage, AK 99501
277-6111 fax

Joyce Weaver Johnson
Municipal Attorney's Office
P.O. Box 196650
Anchorage, AK 99519-6650
343-4550 fax

Thomas S. Gingras
Eide, Gingras & Pate, PC
425 G. St., Suite 930
Anchorage, AK 99501
279-0933 fax

Timothy J. Petumenos
Max. D. Garner
Birch Horton Bittner and Cherot
1127 W. 7th Ave.
Anchorage, AK 99501
276-3689 fax

Verne E. Rupright
322 Main St.
Wasilla, AK 99654
907-373-3217 fax

Pamela S. Sullivan
Wade, Kelly & Sullivan
745 W. 4th Ave., Suite 425
Anchorage, AK 99501
562-8977 fax

Myron Angstman
Angstman Law Office
Box 585
Bethel, AK 99559
907-543-3394 fax

Carla Raymond
Assistant Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, AK 99501
258-6872 fax

s/ Russell L. Winner

G:\Boehm Cases\General\MOTION TO VACATE ORDER FOR WRIT.wpd

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-2029
(907) 277-9522

MOTION TO VACATE ORDER
E.A. v. Boehm, 3AN-05-11782 CI                                    Page 3 of 3