NELSON P. COHEN
United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: daniel.cooper@usdoj.gov

Attorney for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    vs.<br><br>JOSEF F. BOEHM,<br><br>                    Defendant. | Case No. 3:04-cr-00003-JWS<br><br>**NOTICE TO DISCONTINUE ELECTRONIC SERVICE** |

COMES NOW Plaintiff United States of America, by and through Nelson P. Cohen, United States Attorney for the District of Alaska, and hereby requests the Court no longer electronically serve pleadings in the above-captioned case on Daniel R. Cooper, Jr., Assistant U.S. Attorney.

RESPECTFULLY SUBMITTED this 25th day of March, 2008, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/ Daniel R. Cooper, Jr.
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-2344
E-mail: Daniel.Cooper@usdoj.gov
AK #8211109

**CERTIFICATE OF SERVICE**

I hereby certify that on March 25, 2008,
a copy of the foregoing Notice to Discontinue
Electronic Service was served via facsimile on the following:

| | |
|---|---|
| Joyce Weaver Johnson<br>Municipal Attorney's Office<br>P.O. Box 196650<br>Anchorage, Alaska 99519-6650<br>343-4550 fax<br><br>Timothy J. Petumenos<br>Max D. Garner<br>Birch Horton Bittner and Cherot<br>1127 W. Seventh Avenue<br>Anchorage, AK 99501<br>276-3680 fax<br><br>Don C. Bauermeister<br>Burke & Bauermeister, P.L.L.C.<br>921 W. 6th Ave., Suite<br>Anchorage, AK 99501<br>277-6111 fax<br><br>Thomas S. Gingras<br>Eide, Gingras & Pate, PC<br>425 G St. Suite 930<br>Anchorage, AK 99501<br>279-0933 fax | Russell L. Winner, Esq.<br>Winner & Associates, P.C.<br>900 West Fifth Ave., Suite 700<br>Anchorage, AK 99501<br>277-4510 fax<br><br>Verne E. Rupright<br>322 Main Street, Wassila, AK 99654<br>907-373-3217 fax<br><br>Pamela S. Sullivan<br>Wade, Kelly & Sullivan<br>745 W. 4th Ave., Suite 425<br>Anchorage, AK 99501<br>562-8977 fax<br><br>Myron Angstman<br>Angstman Law Office<br>Box 585<br>Bethel, AK 99559<br>543-3394 fax<br><br>Carla Raymond<br>Assistant Attorney General<br>1031 West 4th Avenue, Suite 200<br>Anchorage, AK 99501<br>258-6872 fax |

s/ Daniel R. Cooper, Jr.