

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,
      Plaintiff,

  v.

JOSEF F. BOEHM,
      Defendant.

Case Number 3:07-cv-00104-HRH
(3:04-cr-00003-01-JWS)

**JUDGMENT IN A CIVIL CASE**

____ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_XX_ **DECISION BY COURT.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT defendant's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 is denied.

APPROVED:

**REDACTED SIGNATURE**

H. RUSSEL HOLLAND
United States District Judge

Date: March 26, 2008

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

          Ida Romack
_____
Ida Romack, Clerk of Court

[~6340311.wpd]{JMT2.WPT*Rev.3/03}