G. Blair McCune
Attorney at Law
425 G St., Suite 620
Anchorage, Alaska 99501-2137
Tel. (907) 644-8568
Fax (907) 644-9008
E-mail: mccune@gci.net

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 3:04-cr-00003-01-JWS-HRH |
| Plaintiff, | ) | |
| | ) | **NOTICE OF ATTORNEY** |
| vs. | ) | **APPEARANCE** |
| | ) | |
| JOSEF FRANZ BOEHM, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

G. Blair McCune, Attorney at Law, hereby gives notice of his appearance on behalf of the Defendant, Mr. Josef F. Boehm, and requests that copies of all pleadings filed in this action be served electronically or mailed to his office at 425 G Street, Suite 620, Anchorage, Alaska 99501-2137.

DATED at Anchorage, Alaska April 2, 2008.

RESPECTFULLY SUBMITTED,

_____s/ G. Blair McCune_____
G. BLAIR McCUNE
Attorney for Defendant
425 G St., Suite 620
Anchorage, Alaska 99501-2137
Tel. (907) 644-8568
Fax (907) 644-9008
E-mail: mccune@gci.net
Alaska Bar No. 7906037

Certification

I certify that on April 2, 2008 a copy of the foregoing
**NOTICE OF ATTORNEY APPEARANCE**
was served electronically on:

Mr. Frank V. Russo
Assistant United States Attorney

Mr. David Kenner
Kenner Law Firm
Attorney for Defendant

Ms. Pamela Sullivan
Wade, Kelly, and Sullivan
Attorney for Defendant


___s/ G. Blair McCune___
Attorney at Law
Attorney for Defendant