David E. Kenner, Esq.
Brett A. Greenfield, Esq.
Kenner Law Firm
15303 Ventura Blvd., 9th Floor
Sherman Oaks, Ca 91403
Tel. (818) 995-1195
Fax (818) 475-5369
Email. David@Kennerlaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　Plaintiff/Petitioner,<br><br>vs.<br><br>JOSEF F. BOEHM<br><br><br>　　　Defendant(s)/Respondent. | Case No. 3:07-cv-00104-HRH<br>(3:04-cr-00003-JWS-1)<br><br><br><br><br><br><br>NOTICE OF APPEAL |

　　　NOTICE is hereby given that JOSEF F. BOEHM, by and through his counsel of record David E. Kenner and Brett A. Greenfield, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final Order denying Defendant's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 entered in this action on the 26th day of March, 2008. A true and correct copy of the Order denying the 28 U.S.C. § 2255 Motion is attached hereto as Exhibit "A".

DATED April 3, 2008

　　　　　　　　　　　　　　　　　　　　　　S/David E. Kenner
　　　　　　　　　　　　　　　　　　　　　　David E. Kenner
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　15303 Ventura Blvd., 9th Floor
　　　　　　　　　　　　　　　　　　　　　　Sherman Oaks, Ca 91403
　　　　　　　　　　　　　　　　　　　　　　Tel. (818) 995-1195
　　　　　　　　　　　　　　　　　　　　　　Fax (818) 475-5369
　　　　　　　　　　　　　　　　　　　　　　Email: David@Kennerlaw.com
　　　　　　　　　　　　　　　　　　　　　　California Bar No. 41425

Certification
I certify that on April 3, 2008 a copy of the foregoing
**NOTICE OF ATTORNEY APPEARANCE** was served electronically on:

**George Blair McCune**
G. Blair McCune, Attorney At Law
425 G. Street, Suite 620
Anchorage, AK 99501
907-644-8568
Fax: 907-644-9008
Email: mccune@gci.net
*ATTORNEY TO BE NOTICED*

**Pamela S. Sullivan**
Wade, Kelly, and Sullivan
733 W 4th Avenue
Anchorage, AK 99501
907-561-7743
Fax: 907-562-8977
Email: sullivan@ak.net
*ATTORNEY TO BE NOTICED*
*Designation: Retained*


**Frank V. Russo**
U.S. Attorney's Office (Anch)
222 West 7th Avenue, #9
Anchorage, AK 99513
907-271-5071
Fax: 907-271-1500
Email: Frank.Russo@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*