UNITED STATES
DISTRICT COURT
District of Alaska
Anchorage Division

# 00132620 - NL
April 15, 2008

| Code | Case # | Qty | Amount |
|------|--------|-----|--------|
| 086900-F 04-3 | | | 105.00 CK |
| 510000-C 04-3 | | | 150.00 CK |
| 086400-R 04-3 | | | 200.00 CK |

TOTAL→            455.00

FROM: G. BLAIR MCCUNNE
      APPEAL FILING FEE
      USA V BOEHM
      3:04-CR-00003-JWS