**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

  United States of America   v.   Josef F. Boehm et al 

IDA ROMACK, CLERK OF COURT

D<small>EPUTY</small> C<small>LERK</small>                                         CASE NO.  3:04-cr-00003-JWS-1 

 Nancy Lealaisalanoa 

PROCEEDINGS: **CLERK'S NOTICE**                        DATE: April 23, 2008

    Time Schedule Order on April 4, 2008 was inadvertently due to clerical error and is stricken.

[ ]{CLERKNOT.WPD*Rev.12/97}