RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

APR 18 2008

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

FILED_____ 4/18/08
DOCKETED_____ DATE   INITIAL

8-35318

**CASE INFORMATION:**
Short Case Title: USA v Boehm et al
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: JOHN W. SEDWICK-3:04-cr-00003-JWS
H.RUSSEL HOLLAND-3:07-cv-00104-HRH

Date Indictment Filed: 1/22/04
Date Appealed Judgment *entered*: 3/26/08
Date NOA *filed*: 4/4/08
COA Status (check one):
__granted in full (attach order)   __denied in full (send record)
__granted in part (send record)   __pending

RECEIVED
APR 28 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Court Reporter(s) Name and Phone Number: April Karper-907-677-6102

Magistrate Judge's Order? If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: __           Date Docket Fee billed: __
Date FP granted: __                Date FP denied: __
Is FP pending? _no                 Was FP Limited/Revoked?
US Government Appeal? _no
Companion Cases? Please list: __

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellate Counsel:                 Appellee Counsel:
**David Kenner**                   **Frank V. Russo**
Kenner Law Firm                    U.S. Attorney's Office
16000 Ventura Blvd., Suite 1208    222 West 7th Avenue, #9
Encino, CA 91436                   Anchorage, AK 99513

_X_retained   __CJA   __FPD   __FPD   __Other   Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: __                    Address: __
Custody: __                        Bail: __

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: $455.00 on 4/15/08      9th Circuit Docket Number: unknown

Name and phone number of person completing this form: Nancy Lealaisalanoa -907-677-6122.