UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date: 04/29/08

To: Records Unit                                    ATTN: (XX) CIVIL
    U.S. Court of Appeals
    95 Seventh Street                                     (XX) CRIMINAL
    San Francisco, California 94103
                                                     (  ) JUDGE

From: U.S. District Court
      222 W. 7th Ave., #4
      Anchorage, AK 99513


DC No: 3:07-cv-00104-HRH & 3:04-cr-00003-JWS          Appeal No: 08-35318

Short title: USA v Boehm

Composition of Record

Clerk's Files in   23   volumes    (X) original    ( ) certified copy

    Bulky docs.  3  volumes, docket # 6,9, 264 & 783
                            (folders)

Reporter's in   8   volumes    (X) original    ( ) certified copy
Transcripts Docket #'s 165, 170, 180, 187, 189, 600, 822, 823, 824, 825, 826, 827, 828, 830, 831, 832 & 938

Exhibits:   in _____ envelopes    ( ) under seal

          in _____ boxes        ( ) under seal

Other: **(16) Sealed volumes 1 thru 16 and (4) Sealed Expando folders with Dkt # 467, 726, 736, &746.** Documents filed 1/1/06 and after are available electronically: Sealed Documents printed from ECF were Dkt#'s 897, 900, 908, 914, 919, 920, 934, 940, 941, 942, 944, 947, 948, & 974
(please note any documents filed under seal)

*Note* Total of 5 boxes sent to 9CCA.*


Acknowledgment:_____   Date:_____
"record.app" [11/21/97]